FILED

SEP 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
| Plaintiff, | ) CASE NUMBER 1:05CV01826 |
| v. | ) JUDGE: Richard J. Leon |
| RITA M. BANK, | ) DECK TYPE: Personal Injury/Malpractice |
| Defendant. | ) DATE STAMP: 09/14/2005 |

JURY ACTION

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Rita M. Bank ("Bank") has filed this Notice of Removal in the Office of the Clerk of the United States District Court for the District of Columbia. In support of this Notice, Bank states:

1. Plaintiff Joseph E. Stiglitz brought an action against Bank in the Superior Court for the District of Columbia by filing a Complaint on or about August 17, 2005. The lawsuit was assigned Case No. 05-0006545. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Complaint is attached hereto as Exhibit A, and a true and correct copy of the Summons, Initial Order, Affidavit of Service and Notice of Service of Discovery are attached hereto as Exhibit B.

2. Bank first received a copy of the Complaint in this lawsuit on August 25, 2005.

3. The basis for removal is diversity of citizenship. Pursuant to 28 U.S.C. § 1332(a), United States District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different States.

4. Bank is a resident and citizen of Maryland.

5.  Upon information and belief, and as alleged in Paragraph 1 the Complaint, Stiglitz is a resident and citizen of New York.

6.  The lawsuit seeks damages in excess of $75,000.

7.  Jurisdiction over the subject matter of this case is conferred by 28 U.S.C. §§ 1332(a) and 1441(a).

8.  This Notice of Removal is filed with this Court within thirty (30) days of Bank's first receipt "through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

9.  A copy of this Notice of Removal also has been forwarded for filing with the Clerk of the Superior Court for the District of Columbia, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, Bank gives notice that she removes the captioned case to the United States District Court for the District of Columbia.

Respectfully submitted,

ROSS, DIXON & BELL, LLP

DATED: September 14, 2005

Richard A. Simpson
D.C. Bar No. 411893
Charles A. Jones
D.C. Bar No. 449127
2001 K Street, N.W.
Washington, D.C. 20006-1040
Phone: (202) 662-2000
Fax: (202) 662-2134

*Counsel for Defendant Rita M. Bank*