IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH E. STIGLITZ,**<br>305 Riverside Drive, Apt. 8B<br>New York, NY 10025<br><br>    **Plaintiff,**<br><br>v.<br><br>**RITA M. BANK,**<br>3611 Thornapple Street<br>Chevy Chase, MD 20815<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 05-1826 RJL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF AMENDED CAPTION

PLEASE TAKE NOTICE that on September 16, 2005, pursuant to U.S. District Court of the District of Columbia Local Civil Rule 5.1(e), defendant Rita M. Bank filed with the Office of the Clerk of the United States District Court for the District of Columbia the above amended caption. Pursuant to the requirements of Local Civil Rule 5.1(e), the amended caption adds the address of the defendant.

                                                 Respectfully submitted,

                                                 ROSS, DIXON & BELL, LLP

DATED: September 16, 2005                    /s/ Richard A. Simpson
                                                 Richard A. Simpson
                                                 D.C. Bar No. 411893
                                                 Charles A. Jones
                                                 D.C. Bar No. 449127
                                                 2001 K Street, N.W.
                                                 Washington, D.C. 20006-1040
                                                 Phone: (202) 662-2000
                                                 Fax: (202) 662-2134

                                                 *Counsel for Defendant Rita M. Bank*

325782 v 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Amended Caption was filed electronically with the Court on September 16, 2005, and was served via First Class mail, postage prepaid, this 16th day of September, 2005 on the following counsel of record.

        David G. Whitworth Jr., Esq.
        Whitworth & Trunnell, P.A.
        2101 Defense Highway
        Crofton, MD 21114

        /s/ Meredith E. Werner
        Meredith E. Werner