IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH E. STIGLITZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**RITA M. BANK,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-1826 RJL |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Rita M. Bank ("Bank") respectfully requests that this Court grant her an extension of time to respond to Plaintiff's Complaint until October 7, 2005. Counsel has only recently been retained by Bank and is in the process of collecting and reviewing related documents in order to respond to the Complaint. Counsel for Bank has consulted with counsel for Plaintiff regarding this request, and counsel for Plaintiff has graciously consented to an extension of time to respond to the Complaint until October 7, 2005. This is the first request for an extension in this matter and it will have no effect on other deadlines as none have yet been scheduled.

325983 v 1

A proposed Order reflecting the requested relief is being submitted herewith.

        Respectfully submitted,

        ROSS, DIXON & BELL, LLP

DATED: September 21, 2005        /s/ Richard A. Simpson
        Richard A. Simpson
        D.C. Bar No. 411893
        Charles A. Jones
        D.C. Bar No. 449127
        2001 K Street, N.W.
        Washington, D.C. 20006-1040
        Phone: (202) 662-2000
        Fax: (202) 662-2134

        *Counsel for Defendant Rita M. Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion for Extension of Time to Answer was filed electronically with the Court on September 21, 2005, and was served via First Class mail, postage prepaid, this 21st day of September, 2005 on the following counsel of record.

      David G. Whitworth Jr., Esq.
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, MD 21114



      /s/ Charles A. Jones
Charles A. Jones

325983 v 1