IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| **RITA M. BANK,** | ) |
| **Defendant.** | ) |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond to Complaint, and for good cause shown, it is hereby ORDERED that the motion is GRANTED, and Defendant shall have until October 6, 2005 to respond to the Complaint.

_____
Richard J. Leon, Judge
United States District Court