IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITA M. BANK, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1826 RJL |

**JOINT RULE 16.3 REPORT**

Pursuant to Local Rule 16.3, Plaintiff Joseph E. Stiglitz and Defendant Rita M. Bank hereby submit their Joint Rule 16.3 Report. On October 27, 2005, the parties conferred regarding scheduling and case management in this matter. For the Court's convenience, this Joint Report follows the numbering and topics of Local Rule 16.3(c).

1. The parties believe that it is premature to determine whether the case is likely to be resolved by dispositive motion.

2. The parties suggest that the deadline for amending the pleadings and joining parties be February 1, 2006.

3. The parties are satisfied with the assignment of this case and do not believe that this matter should be assigned to a Magistrate Judge.

4. The parties believe that it is premature to determine whether or not there is a realistic chance of settlement.

5. Although they believe it is premature to make a decision regarding alternative dispute resolution, the parties believe it likely that alternative dispute resolution will be appropriate after sufficient discovery has been completed to permit the parties to evaluate the

328130 v 1

case. In that regard, the parties believe that private mediation with a mediator retained by the parties will likely be the most useful form of alternative dispute resolution. The parties have agreed to confer as the case progresses regarding whether and when to schedule mediation. The parties have preliminarily noted that an appropriate time for mediation might be toward the end of fact discovery and before expert discovery.

6. No motion to dismiss will be filed. The parties believe that it is premature to determine whether the case is likely to be resolved by a summary judgment motion. The parties propose that September 15, 2006 be the deadline for filing any summary judgment motion.

7. The parties propose that the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P., will be served within 21 days of their October 27, 2005 Rule 26(f) conference.

8. The parties believe that discovery should be bifurcated between fact and expert discovery. The parties propose that fact discovery be completed by May 1, 2006. The parties propose that expert discovery be completed by September 15, 2006.

9. The parties propose the following schedule for expert discovery: Plaintiff will serve any expert witness reports and information pursuant to Rule 26(a)(2), Fed. R. Civ. P. by June 1, 2006. Defendant will serve any expert witness reports and information pursuant to Rule 26(a)(2), Fed. R. Civ. P. by July 1, 2006. Plaintiff will serve any rebuttal expert witness reports and information by August 1, 2006. The parties agree that experts may be deposed prior to the end of expert discovery.

10. This matter is not a class action.

11. The parties believe that discovery should be bifurcated between fact and expert discovery.

12. The parties propose that pre-trial disclosures and a final pre-trial conference be scheduled at the court's convenience following the September 15, 2006 expert discovery completion date and the court's ruling on any summary judgment motion that may be filed.

13. The parties request that the Court set a trial date at the pre-trial conference.

14. There are no additional matters that the parties wish to have included in a scheduling order.

In conjunction with the Rule 16.3 Report, the parties are submitted a proposed Scheduling Order.

                                                              Respectfully submitted,

                                                              ROSS, DIXON & BELL, LLP

DATED: November 7, 2005                        /s/ Richard A. Simpson
                                                              Richard A. Simpson
                                                              D.C. Bar No. 411893
                                                              Charles A. Jones
                                                              D.C. Bar No. 449127
                                                              2001 K Street, N.W.
                                                              Washington, D.C. 20006-1040
                                                              Phone: (202) 662-2000
                                                              Fax: (202) 662-2134

                                                              *Counsel for Defendant Rita M. Bank*

                                                              /s/ David G. Whitworth, Jr.
                                                              David G. Whitworth Jr., Esq.
                                                              Whitworth & Trunnell, P.A.
                                                              2101 Defense Highway
                                                              Crofton, MD 21114

                                                              *Counsel for Plaintiff Joseph Stiglitz*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Joint Rule 16.3 Report was filed electronically with the Court on November 7, 2005, and was served via First Class mail, postage prepaid, this 7th day of November, 2005 on the following counsel of record.

>David G. Whitworth Jr., Esq.
>Whitworth & Trunnell, P.A.
>2101 Defense Highway
>Crofton, MD  21114

>   /s/ Meredith E. Werner
>Meredith E. Werner

328130 v 1