# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| RITA M. BANK, | ) |
|       Defendant. | ) |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Rule 16.3 Report, it is this _____ day of _____, 200_ hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings: February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures: November 17, 2005

3. Close of fact discovery: May 1, 2006.

4. Deadline for plaintiff's expert witness disclosures: June 1, 2006

5. Deadline for defendant's expert witness disclosures: July 1, 2006

6. Deadline for plaintiff's rebuttal expert disclosures: August 1, 2006

7. Close of expert discovery: September 15, 2006

_____
U. S. District Court Judge

328144 v 1