IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   Case No.: 05-1826 RJL |
| | * |
| RITA M. BANK | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE TO ENTER APPEARANCE OF CO-COUNSEL

Dear Clerk:

Please enter the appearance of co-counsel, Toni-Ann DiMaggio, of Whitworth & Trunnell, P.A., on behalf of the Plaintiff, Joseph E. Stiglitz, in the above-captioned matter.

Respectfully submitted,

_____
David G. Whitworth, Jr., Bar No.: 224139
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035

_____
Toni-Ann DiMaggio, Bar No. 490860
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2005, a copy of the foregoing Line to Enter Appearance of Co-Counsel was electronically filed and mailed, postage prepaid, to: Richard A. Simpson, Charles A. Jones, 2001 K Street, NW, Washington, D.C. 20006-1040.

_____
David G. Whitworth, Jr (D.C. Bar #224139)