IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITA M. BANK, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1826 RJL |

### NOTICE OF APPEARANCE

Please enter the appearance of Meredith Werner as additional counsel for Defendant Rita M. Bank in the above-captioned matter. Ms. Werner is with the law firm of Ross, Dixon & Bell, LLP, 2001 K Street NW, Washington, DC 20006-1040. To receive electronic notices, Ms. Werner's email address is mwerner@rdblaw.com. Ms. Werner's appearance in this matter on behalf of Defendant Rita M. Bank is in addition to that of Richard A. Simpson and Charles A. Jones of the same firm, whose appearances have previously been entered.

Respectfully submitted,

ROSS, DIXON & BELL, LLP

DATED: January 6, 2006

    /s/ Meredith E. Werner
Richard A. Simpson
D.C. Bar No. 411893
Charles A. Jones
D.C. Bar No. 449127
Meredith E. Werner
D.C. Bar No. 493455
2001 K Street, N.W.
Washington, D.C. 20006-1040
Phone: (202) 662-2000
Fax: (202) 662-2134

331178 v 1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically with the Court on January 6, 2006.

                                        /s/ Meredith E. Werner
                                        Meredith E. Werner

331178 v 1