IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH E. STIGLITZ,<br><br>   Plaintiff,<br><br> v.<br><br>RITA M. BANK,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1826 RJL<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF REVISED SCHEDULING ORDER**

  Please find attached a Revised Scheduling Order. The parties agreed to the revisions at the January 18, 2006 Scheduling Conference and now submit the attached for the Court's consideration.

                 Respectfully submitted,

                 ROSS, DIXON & BELL, LLP

DATED: January 18, 2006          s/ Meredith E. Werner
                    Richard A. Simpson
                    D.C. Bar No. 411893
                    Charles A. Jones
                    D.C. Bar No. 449127
                    Meredith E. Werner
                    D.C. Bar No. 493455
                    2001 K Street, N.W.
                    Washington, D.C. 20006-1040
                    Phone: (202) 662-2000
                    Fax: (202) 662-2134

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing of Revised Scheduling Order was filed electronically with the Court on January 18, 2006.

                                                s/ Meredith E. Werner
                                                Meredith E. Werner