# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

JOSEPH E. STIGLITZ,                          )
                                             )
                    Plaintiff,               )
                                             )
            v.                               )        Civil Action No. 05-1826 RJL
                                             )
RITA M. BANK,                                )
                                             )
                    Defendant.               )
_____)

## REVISED SCHEDULING ORDER

Upon consideration of the parties' January 18, 2006 scheduling conference, it is this

_____ day of _____, 200_ hereby

ORDERED that the following schedule governs this case:

1.      Deadline for amending the pleadings:  February 1, 2006

2.      Deadline for serving Rule 26(a)(1) initial disclosures:  November 17, 2005

3.      Close of fact discovery:  June 1, 2006.

4.      Deadline for plaintiff's expert witness disclosures:  July 1, 2006

5.      Deadline for defendant's expert witness disclosures:  August 1, 2006

6.      Deadline for plaintiff's rebuttal expert disclosures:  September 1, 2006

7.      Close of expert discovery:  October 15, 2006

_____
U. S. District Court Judge