IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, <br><br> Plaintiff, <br><br> v. <br><br> RITA M. BANK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1826 RJL <br> ) <br> ) <br> ) <br> ) |

**REVISED SCHEDULING ORDER**

Upon consideration of the parties' January 18, 2006 scheduling conference, it is this _25th_ day of _January_, 2006 hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings: February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures: November 17, 2005

3. Close of fact discovery: June 1, 2006.

4. Deadline for plaintiff's expert witness disclosures: July 1, 2006

5. Deadline for defendant's expert witness disclosures: August 1, 2006

6. Deadline for plaintiff's rebuttal expert disclosures: September 1, 2006

7. Close of expert discovery: October 15, 2006

_____
U. S. District Court Judge

328144 v 1