IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| **RITA M. BANK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF DEPOSITION OF JOSEPH STIGLITZ

To:    David Whitworth, Esq.
Whitworth & Trunnell, P.A.
2101 Defense Highway
Maryland Route 450
Crofton, MD  21114

PLEASE TAKE NOTICE THAT Defendant Rita M. Bank, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and Rules 26.2 and 30.1 of the Local Rules for the United States District Court for the District of Columbia, will take the deposition on oral examination of Joseph Stiglitz.  The deposition will take place at the offices Ross, Dixon & Bell, LLP, 2001 K Street NW, Washington, D.C., 20006, commencing at 9:30 a.m. on April 21, 2006 and may be continued from day to day or to such other date as may be established until completed.

The deposition will be taken before a court reporter or other person authorized to administer oaths, and will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Columbia.  The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the rules. The deposition will be recorded stenographically and may be videotaped.

332548 v 1

Respectfully submitted,

ROSS, DIXON & BELL, LLP

DATED: February 3, 2006                       s/ Meredith E. Werner
    Richard A. Simpson
    D.C. Bar No. 411893
    Charles A. Jones
    D.C. Bar No. 449127
    Meredith E. Werner
    D.C. Bar No. 493455
    2001 K Street, N.W.
    Washington, D.C. 20006-1040
    Phone: (202) 662-2000
    Fax: (202) 662-2134

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Deposition of Joseph Stiglitz was filed electronically with the Court on February 3, 2006.

                                                          s/ Meredith E. Werner
                                                          Meredith E. Werner