IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH E. STIGLITZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| **RITA M. BANK,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME OF OPERATIVE DATES IN GOVERNING SCHEDULING ORDER**

Defendant Rita Bank, through counsel, respectfully moves this Court for an extension of four months of each operative date in the governing Scheduling Order.  Notwithstanding diligent effort, the parties have been unable to complete all fact discovery by the June 1 deadline.  Fact discovery has thus far proceeded amicably, with the parties working out by agreement various issues that have arisen.  In addition to the time taken to resolve issues by agreement, fact discovery has taken longer than anticipated because many of the witnesses and documents are in other jurisdictions and some of the witnesses are non-party lawyers with tight calendars.  There are also a number of privilege issues that have arisen.  Moreover, as discussed at the initial scheduling conference, the parties intend to confer at the end of fact discovery regarding how to proceed with the case and wish to include a reasonable amount of time in the schedule for those consultations.  Counsel for Plaintiff Joseph Stiglitz have authorized Defendant to represent that Plaintiff joins in requesting the relief sought.

338121 v 1

        Respectfully submitted,

        ROSS, DIXON & BELL, LLP

DATED: May 31, 2006                            s/ Meredith E. Werner
        Richard A. Simpson, D.C. Bar No. 411893
        Charles A. Jones, D.C. Bar No. 449127
        Meredith E. Werner, D.C. Bar No. 493455
        2001 K Street, N.W.
        Washington, D.C. 20006-1040
        Phone: (202) 662-2000
        Fax: (202) 662-2134

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on May 31, 2006.

                                                        s/ Meredith E. Werner
                                                        Meredith E. Werner