IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| RITA M. BANK, | ) |
| Defendant. | ) |

## REVISED SCHEDULING ORDER

Upon consideration of the parties' May 31, 2006 Consent Motion, it is this _____ day of _____, 2006 hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings: February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures: November 17, 2005

3. Close of fact discovery: October 1, 2006.

4. Deadline for plaintiff's expert witness disclosures: November 1, 2006

5. Deadline for defendant's expert witness disclosures: December 1, 2006

6. Deadline for plaintiff's rebuttal expert disclosures: January 1, 2006

7. Close of expert discovery: February 15, 2006

_____
U. S. District Court Judge

338122 v 1