IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH E. STIGLITZ            *

    Plaintiff            *

v.                            *       Case No.: 05-1826 RJL

RITA M. BANK                  *

    Defendant            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### LINE TO ENTER APPEARANCE OF CO-COUNSEL

Dear Clerk:

Please enter the appearance of co-counsel, Linda Hamilton, of Law Office of Linda Hamilton, on behalf of the Plaintiff, Joseph E. Stiglitz, in the above-captioned matter.

Respectfully submitted,

_____
David G. Whitworth, Jr., Bar No. 224139
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035

_____
Toni-Ann DiMaggio, Bar No. 490860
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035

_____
Linda Hamilton, Bar No. 336446
LAW OFFICE OF LINDA HAMILTON
1300 Mercantile Lane, Suite 149
Largo, Maryland 20774
(301) 925-7833

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __16__ day of August, 2006, a copy of the foregoing Line to Enter Appearance of Co-Counsel was electronically filed and mailed, postage prepaid, to: Richard A. Simpson, Charles A. Jones, 2001 K Street, NW, Washington, D.C. 20006-1040.

_____
David G. Whitworth, Jr. (D.C. Bar #224139)