IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 05-1826 RJL<br>)<br>RITA M. BANK, )<br>)<br>Defendant ) | |

## PLAINTIFF'S EXPERT WITNESS DESIGNATION

COMES NOW the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA and Linda Hamilton of the Law Office of Linda Hamilton, and pursuant to the Court's Scheduling Order and the parties' stipulation, a copy of which is attached hereto as exhibit 1, Plaintiff designates the following experts expected to be called at trial in accordance with Federal Rule of Civil Procedure 26(b)(4):

1. Glenn C. Lewis, Esquire
   The Lewis Law Firm, P.C.
   805 15th Street, NW
   Suite 200
   Washington, D.C. 20005
   (202) 408-0655

Glenn C. Lewis, Esquire has been retained as a legal standard of care expert who is expected to testify at the time of trial in the above-captioned matter on behalf of the Plaintiff, Joseph E. Stiglitz (hereinafter referred to as "Stiglitz" or "Plaintiff"). Mr. Lewis will testify as to the relevant standard of care required of the Defendant, and as to the breach of the standard of care by the Defendant in her representation of the Plaintiff in his divorce matter in the District of Columbia. Specifically, Mr. Lewis will testify as to the Defendant's breach of the standard of

1

care when she: (i) failed to negotiate a settlement of the Plaintiff's divorce in the District of Columbia; (ii) failed to file suit in the District of Columbia before the Plaintiff established residency in an alternate jurisdiction; (iii) failed to advise the Plaintiff of the potential ramifications of establishing residency in the State of New York and in Manhattan; and (iv) failed to protect the Plaintiff from the enhanced earnings and celebrity status consequences he faced in New York. In addition, Mr. Lewis will offer his opinion as to the likely resolution of Plaintiff's divorce if it were settled and/or litigated in the District of Columbia and the potential litigation costs in the District of Columbia. Moreover, Mr. Lewis will testify as to the potential conflict of interest inherent in Defendant's continued representation of the Plaintiff when she was entertaining to join firms with the counsel for Stiglitz's estranged wife. A letter summarizing Mr. Lewis' opinion is attached hereto and incorporated herein as Exhibit 2.

Mr. Lewis' background, training, and experience are summarized in his *Curriculum Vitae*, attached hereto as Exhibit 3 and incorporated hereby. Mr. Lewis is an attorney and the chairman and founding member of The Lewis Law Firm, P.C., a national practice emphasizing in family and matrimonial law. Mr. Lewis has tried cases in more than twenty five (25) states and the District of Columbia, and has been counsel in numerous billion dollar divorce cases. Mr. Lewis has participated in several of the largest asset distributions in American divorce law, both at the trial and appellate levels. Mr. Lewis' expertise stems from his diplomatic and strategic handling of complex family and matrimonial law matters.

In addition to the accolades of his numerous clients, Mr. Lewis is respected among his peers in the field of matrimonial law. Mr. Lewis is peer selected for inclusion in *The Best Lawyers in America*, the *Legal Elite in Virginia Business* magazine, the *Top Ten Leaders* among family law attorneys in Washington, DC, and is a Diplomat and Fellow of the *American Academy of Matrimonial Lawyers*. Moreover, in March of 2000, *Washingtonian* magazine

2

recognized Mr. Lewis as one of the top two divorce attorneys in the only comprehensive survey ever taken of divorce lawyers in the D.C. Metropolitan Area, and he was recently featured as *"The Doyen of Divorce"* in *Washington Business Journal*. Mr. Lewis also received the Virginia State Bar Family Law Lifetime Achievement Award in 2004, an honor presented to a few select individuals who have been identified for having made a substantial career contribution to the practice and administration of family law in Virginia.

In July of 2006, Mr. Lewis was recognized by the Virginia Law Foundation and presented with the *Gardiner G. DeMallie, Jr Continuing Education Award* "in recognition of an individual who has contributed outstanding service to continuing legal education in Virginia, possessing the highest level of professionalism, integrity and commitment to legal learning." In addition, in 1997 the Virginia State Bar named Mr. Lewis "Local Bar Leader of the Year," following his service as President of the Fairfax Bar Association (FBA) in Fairfax, Virginia.

Mr. Lewis has also served and chaired innumerable policy boards, study groups, and task forces. Most notably, from 1992 to 1995 Mr. Lewis served the Supreme Court in efforts to create A Family Court for Virginia, developing rules and procedures and facilitating transition to a new court system. Since 2000, Mr. Lewis has served and chaired important subcommittees of the Supreme Court Pro Se Litigation Task Force and the Chief Justice's Child Custody Pro Bono Commission. In addition, in 1993 Mr. Lewis was one of two trial lawyers on the SJR 243, Commission on Youth Work Study Group, appointed by the Virginia General Assembly. In this capacity, Mr. Lewis lead the effort to revise and re-codify Virginia's child custody and support laws in 1993, leading to the passage of Virginia Code 20-124.1, et seq.
Additionally, Mr. Lewis is one of twelve leading divorce lawyers in America contributing chapters to Inside the Minds-the Art and Science of Divorce Law (2004). During the last ten (10) years, Mr. Lewis has published the following articles:

3

"A Roadmap to Divorce Law." <u>Inside the Minds: Leading Divorce Lawyers - Industry Insiders on Successful Tactics for Achieving the Best Results for One's Client</u>

Seek Out Some Words of Advice: Early Counsel Will Help the Family Whether or Not the Marriage Can Be Saved. Legal Times. June 2003.

"Havoc in Virginia Child Support: The legacy of *Riggins* and *Shoup*." <u>The Journal of Virginia Trial Lawyers Association</u>. Fall 2002

During the last four (4) years, Mr. Lewis has not testified as an expert witness. More than four (4) years ago, Mr. Lewis testified in the Circuit Court for Arlington County, Virginia as a legal expert. Mr. Lewis is currently employed on the Plaintiff's behalf at an hourly rate of Five Hundred Dollars ($500.00) per hour for consultation and document review and Seven Hundred Dollars ($700.00) per hour for testimony.

Mr. Lewis' opinions are based on his training and experience and on his review of the written materials provided to him in connection with this matter, which are set forth in Exhibit 4, attached hereto and incorporated hereby. Mr. Lewis will rely on supplemental documentation, discovery, and witness testimony that will be provided to him as discovery continues in the above-captioned matter. In addition, Mr. Lewis will base his opinions and trial testimony on the sworn testimony, exhibits, and evidence presented at trial.

Mr. Lewis' opinion may further express opinions that the time of trial related to the necessity, fairness, and reasonableness of the cost and attorneys' fees incurred by the Plaintiff to mitigate his damages proximately caused by the errors and omissions of the Defendant. Mr. Lewis may also express his opinions related to the opinions of other experts that may testify at the time of trial.

    2.    Marcy L. Wachtel
Katsky Korins LLP
605 Third Avenue
16th Floor
New York, New York 10158
(212) 953-6000

Marcy L. Wachtel, Esquire has been retained as a legal standard of care expert who is expected to testify at the time of trial in the above-captioned matter on behalf of the Plaintiff, Joseph E. Stiglitz. Ms. Wachtel will testify as to the relevant standard of care required of a New York attorney when advising a client regarding settlement and/or litigation of a divorce matter, in the State of New York and specifically in Manhattan, where there are potential implications of enhanced earnings and celebrity status. Ms. Wachtel will testify that more often than not, divorce matters should be settled when there are claims of enhanced earnings and celebrity status. Ms. Wachtel will testify that the efforts adopted by Stiglitz's counsel were reasonable under the circumstances and that an hourly rate in the range of Five Hundred Dollars ($500.00) is a reasonable hourly rate for an upper echelon matrimonial attorney practicing in New York City. A letter summarizing Ms. Wachtel's opinion is attached hereto and incorporated herein as Exhibit 5.

Ms. Wachtel's background, training, and experience are summarized in her *Curriculum Vitae*, attached hereto as Exhibit 6 and incorporated hereby. Ms. Wachtel is a partner of Katsky Korins LLP, a general practice law firm in New York, New York, and exclusively practices in the matrimonial and family law field. She has litigated at trial and appellate levels in New York State and has been involved in Connecticut and New Jersey actions. Ms. Wachtel's experience has been recognized by her peers, as she was selected by peer review for inclusion in The Best Lawyers in America; Best Lawyers in New York, and Superlawyers.

Ms. Wachtel is a member of the Family Law Sections of the American Bar Association (ABA) and the New York State Bar Association (NYSBA) and is currently serving on the

Association of the Bar of the City of New York Matrimonial Law Committee. In addition, Ms. Wachtel is committed to continuing her legal education in the area of family law and has attended numerous seminars and lectures on cutting edge family law issues. Ms. Wachtel has also completed the Law Guardian certification and training program in 2002 and 2003 and is certified as Law Guardian in the First Judicial Department.

Furthermore, Ms. Wachtel is committed to furthering legal education in the area of family law. In that regard, she taught a seminar at the Ackerman Institute for Family Therapy entitled "The Rudiments of Divorce Law" for which the attendees were given continuing education credits. In 2001 and 2002 Ms. Wachtel was a speaker at NYSBA, Family Law Section seminars. Subsequently, in 2004 and 2005, Ms. Wachtel also chaired the NYSBA Seminar on Basic Matrimonial Practice.

Additionally, Ms. Wachtel is a member of the Board of Editors of the New York Family Law Monthly and has authored several articles, including but not limited to "Divorce Preparedness Guidelines," June, 1993; "Understanding Equitable Distribution," October, 2003; and "Creating Parental Access Plans," January, February, and March, 2006. She also co-authored the alimony chapter of Consumer Reports Guide to Income Tax Preparation. Ms. Wachtel also has a trademark on ConsensUs, an alternative dispute resolution process for divorcing couples. Ms. Wachtel's *Curriculum Vitae* further outlines all of her publications over the last ten (10) years.

During the last four (4) years, Ms. Wachtel has not testified at trial or in a deposition as an expert witness. Ms. Wachtel is currently employed on the Plaintiff's behalf at an hourly rate of Four Hundred Ninety Dollars ($490.00) per hour.

Ms. Wachtel's opinions are based on her training and experience and on her review of the written materials provided to her in connection with this matter, which are set forth in Exhibit 7,

6

attached hereto and incorporated hereby. Ms Wachtel will rely on supplemental documentation, discovery, and witness testimony that will be provided to her as discovery continues in the above-captioned matter. In addition, Ms. Wachtel will base her opinions and trial testimony on the sworn testimony, exhibits, and evidence presented at trial.

Ms. Wachtel's opinion may further express opinions that the time of trial related to the necessity, fairness, and reasonableness of the cost and attorneys' fees incurred by the Plaintiff to mitigate his damages proximately caused by the errors and omissions of the Defendant. Ms. Wachtel may also express his opinions related to the opinions of other experts that may testify at the time of trial.

3.  Plaintiff reserves the right to elicit expert testimony from any of the financial experts retained in the underlying matter, either by the Plaintiff and/or by Jane Hannaway, Plaintiff's ex-wife. Specifically, Plaintiff reserves the right to call the following individuals:

> A. John R Johnson, Managing Partner
> BST Valuation & Litigation Advisors, LLC
> 1285 Avenue of the Americas, 35th Floor
> New York, New York 10019
>
> B. Michael I. Cragg, Ph.D.
> Cambridge Finance Partners, LLC
> 955 Massachusetts Avenue
> Cambridge, Massachusetts 02139

During their testimony, the aforementioned experts may refer to any and all of the materials they reviewed previously, or to any supplemental documentation provided at or in preparation of trial. Copies of the expert reports, including their qualifications, were previously provided to Defendant in the course of discovery.

4.  Plaintiff reserves the right to elicit expert testimony from any of the parties, fact witnesses, or other experts who may be called to testify in this case and to further designate additional expert testimony or opinions based on additional discovery that may be obtained in

this case or the opinions of other experts that may be designated by the defense. Additionally, Plaintiff Joseph Stiglitz is expected to testify in support of his economic damages claim as set forth in his deposition testimony and in the discovery responses produced in the underlying and above captioned matters. Plaintiff Stiglitz's Curriculum Vitae with his qualifications, publications and experience as an economic expert has been previously provided to Defense counsel. While his testimony regarding his economic loss is predominantly factual, nevertheless, his testimony includes evaluations of alternative economic outcomes as set forth in his deposition testimony and answers to interrogatories that he is able to synthesize and articulate by drawing upon his experience and expertise as a recognized economic expert.

Respectfully submitted,

David G. Whitworth, Jr., Bar No. 224139
Toni-Ann DiMaggio, Bar No. 490860
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035

Linda Hamilton, Bar No. 336446
LAW OFFICE OF LINDA HAMILTON
1300 Mercantile Lane, Suite 149
Largo, Maryland 20774
(301) 925-7833

## CERTIFICATE OF SERVICE

I hereby certify that on this __15__ TH day of November, 2006, a copy of the foregoing Plaintiff's Expert Witness Designation was sent via facsimile and first class mail, postage prepaid, to: Meredith Werner, 2001 K Street, NW, Washington, D.C. 20006-1040.

                                    David G. Whitworth, Jr. (D.C. Bar #224139)