LAW OFFICES

# WHITWORTH & TRUNNELL, P.A.
2101 DEFENSE HIGHWAY
CROFTON, MARYLAND 21114

DAVID G. WHITWORTH, JR.*
RICHARD R. TRUNNELL†
RODNEY C. WARREN
TONI-ANN DIMAGGIO*

Of Counsel:
MARIE S. PALMQUIST

*Also Member of District of Columbia Bar
† Also Member of Pennsylvania Bar

(301) 261-0035 (WASH.)
(410) 721-7169 (ANNAP.)
(410) 793-3977 (BALT.)

(866) 328-0600 (TOLL FREE)
(410) 793-0291 (FAX)
(301) 261-0114 (FAX)

October 30, 2006

<u>VIA E-MAIL & FIRST CLASS MAIL</u>
Richard A. Simpson
Meredith Werner
2001 K Street, NW
Washington, D.C. 20006-1040

    RE:    *Joseph Stiglitz v. Rita Bank*
             Case No.: 05-1826 RJL
             Our File No.: 04,115.1

Dear Mr. Simpson and Ms. Werner:

    Thank you for stipulating to a two (2) week extension, from November 1, 2006 through November 15, 2006, for Plaintiff to designate experts in the above-captioned case. A corresponding two (2) week extension will also apply for Defendant to disclose experts from December 1, 2006 through December 15, 2006.

    Thank you again for accommodating our request.

                                    Sincerely,

                                    David G. Whitworth, Jr.

DGW/alg
Cc:    Dr. Joseph Stiglitz
         Linda Hamilton, Esq.

EXHIBIT 1