# Curriculum Vitae of
# Glenn C. Lewis
## The Lewis Law Firm, A Professional Corporation
Suite 200
805 15th Street, N.W.
Washington, D.C. 20005
Ph: 202.408.0655
Fax: 202.408.9826
glewis@lewislawfirm.com

**Personal:** Born October 20, 1952, New York City, New York

**Degrees:** B.A., *cum laude*, Politics and Public Affairs, University of Miami, 1973

J.D., *cum laude*, George Mason University School of Law, 1977

**Bar Membership:** Virginia State Bar, admitted 1977
District of Columbia, admitted 1978
Maryland Bar, admitted 1998

**Employment:** 1994-Present
Chairman, The Lewis Law Firm, A Professional Corporation, Washington, D.C.

1998-Present
Adjunct Professor of Law, George Mason University School of Law, team-teaching Family Law with Fairfax Circuit Judge Dennis J. Smith and Trial Advocacy with retired Arlington Circuit Court Chief Judge Paul Sheridan.

1981-1994
Founding and Senior Partner, Lewis, Dack, Paradiso, O'Connor & Good, P.C., Washington, D.C.

1980-1981
Partner, Sandground, Lewis, Kinsey, Dack, & Good, P.C., Washington, D.C.

1978-1980
Sandground, Good, & Lewis, Washington, D.C.

1977-1978
Associate, Santarelli, Sandground, & Good, Washington, D.C.

**Affiliations:**

*District of Columbia Bar*


EXHIBIT 3

| | |
|---|---|
| **Appointed:** | Voting Delegate by District of Columbia Court of Appeals to Judicial Conference, 1993-2004 |
| | By Chief Judge, D.C. Superior Court to Chief Judge's Task Force on Maintaining the Court Record, 1994-1997 |
| **Member:** | Family Law Committee |
| | Domestic Relations Section |
| | Litigation Section |
| | Bar Association of D.C. |
| **Served:** | Pro Bono Mediator for D.C. Superior Court Family Court |

*Virginia State Bar*

| | |
|---|---|
| **Elected:** | Bar Council, Elected Delegate, Two Terms, 1998-2004 |
| | Board of Governors, Family Law Section, 1989-1994, Chairman, 1992-1993 |
| **Member:** | Special Committee on Access to Legal Services, 1999-2003, Chairman, 2000-2003 |

*American Bar Association*

| | |
|---|---|
| **Named:** | Virginia Liaison, Section of Family Law, 1993 |
| **Member:** | House of Delegates, Virginia Delegation, 1996-2004 |
| | Section of Family Law, 1990-2006 |
| | Section of Science & Technology, 2000-present |
| | National Conference of Bar Presidents, 1994-present |

*Fairfax Bar Association*
President, 1995-1996
Board of Directors, 1992-1997

Chaired and served on numerous other committees and sections

*Virginia Bar Association*
President-Elect, 2007-2008
Chair, Finance Committee, present

*Virginia Trial Lawyers Association*
Member, Family Law Section, present

- 2 -