EXHIBIT 4

DOCUMENTS GLENN C. LEWIS REVIEWED:

Retainer Agreement between Rita Bank and Joseph Stiglitz

June 28, 2001 to January 22, 2002 Correspondence between Rita Bank and Sanford K. Ain

April 16, 2002 letter from Rita Bank to Sanford K. Ain

May 16, 2002 letter from Sanford Ain to Rita M. Bank along with April 19, 2006 supplement

July 2, 2002 letter from Rita Bank to Sanford Ain with attachments

August 28, 2002 letter from Rita Bank to Sanford Ain with attachment

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Action for Divorce, September 16, 2002

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Answer to Action for Divorce, October 30, 2002

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Order of Justice Lobis, October 23, 2003

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Defendant Joseph Stiglitz's Statement of Proposed Disposition, March 21, 2004

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Plaintiff Jane Hannaway's Amended Statement of Proposed Disposition, March 28, 2004

Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Stipulation of Settlement, August 4, 2004

Expert and Valuation Report by BST Valuation and Litigation Advisors, LLC

Expert and Valuation Report by Michael Cragg

Klein Lipton Liebman Gresen, LLC's Enhanced Earnings Report

Defendant's Statement of Proposed Disposition

Amended Statement of Proposed Disposition

Kroll Risk Consulting Billing Statements dated April 1, 2003 – March 10, 2004



EXHIBIT 4

Cambridge Financial Services, LLC Billing Statements dated September 5, 2003 – March 31, 2004

Klein Lipton Liebman Gresen, LLC Billing Statements dated March 9, 2004 – April 1, 2004

Superior Court for the District of Columbia, Case No.: 05-0006545, Complaint for Professional Negligence, August 17, 2005

Defendant's Memorandum of Law in Support of his Motion for Partial Summary Judgment on Enhanced Earning Capacity and Celebrity Status, Index No.: 350584/02

Plaintiff's Memorandum of Law in Opposition to Defendant's Frivolous Motion for Summary Judgment and In Support of Her Cross-Motion for Counsel Fees and Sanctions, Index No.: 350584/02

Defendant's Reply Memorandum of Law in Support of His Motion for Partial Summary Judgment, Index No.: 350584/02

Deposition Transcript, exhibits and Errata Sheet of Joseph E. Stiglitz, April 21, 2006

Deposition Transcript, exhibits and Errata Sheet of Joseph E. Stiglitz, July 21, 2006

Deposition Transcript and exhibits of Alton Abramowitz, Esquire, October 26 2006

Complaint and Summons, Joseph E. Stiglitz v. Rita M. Bank, In the Superior Court for the District of Columbia, Civil Action No. 05-0006545

Defendant, Rita M. Bank's Answer to Complaint, Joseph E. Stiglitz v. Rita Bank, In the Superior Court for the District of Columbia, Civil Action No. 05-0006545