# CURRICULUM VITAE OF

## MARCY LYNN WACHTEL

1725 York Avenue - Apt. 18E
New York, New York 10128
(212) 410-5372 (Home)
(212) 716-3227 (Office)

## EMPLOYMENT

KATSKY KORINS LLP, New York, New York
  April 1985 to present

Matrimonial and family law partner (effective July 1, 1990). Drafting and negotiation of pre-nuptial, post-nuptial, separation and settlement agreements. Preparation of pleadings, motion papers and memoranda of law. Conducting pre-trial discovery, including taking and defending depositions and propounding and responding to interrogatories. Trial preparation including interviewing witnesses and outlining testimony and conducting trials. Writing and submitting trial and appellate briefs. Oral argument of motions. Handling adoption and paternity proceedings. *Pro hac vice* appearances in New Jersey and Connecticut cases.

COHEN & SHALLECK, New York, New York
  April 1983 to April 1985

Matrimonial and family law associate. Drafting pleadings and motion papers. Drafting and negotiation of settlement, separation and pre-nuptial agreements. Preparation of trial, post-trial and appellate briefs. Trial preparation, including direct and cross examinations. Court appearances and oral arguments.

NEW YORK CITY LAW DEPARTMENT-General Litigation Division
  Summer 1981

Research and preparation of briefs in defense of city agencies.

HAWKINS, DELAFIELD & WOOD, New York, New York
  Summers 1979 and 1980

Legal research and preparation of memoranda of law.

AMERICAN CIVIL LIBERTIES UNION, New York, New York
  Summer 1977

Research assistant on project investigating auxiliary police force.

-1-

3799-2-W


EXHIBIT
6

## EDUCATION

UNIVERSITY OF PENNSYLVANIA LAW SCHOOL

Juris Doctor awarded May 1982
   Morris Fellow

CORNELL UNIVERSITY

Bachelor of Arts awarded May 1979: Magna Cum Laude; Distinction in all subjects
Major: Government
   Government Department Honors Program
   Dean's List
   Aleph Samach/Raven & Serpent Honor Society
   New York State Regents Scholarship
   Film Critic, Cornell Daily Sun

## BAR ADMISSIONS

Admitted to New York State Bar 1983. Admitted to Southern and Eastern Districts of New York. Bar Association memberships.

## PROFESSIONAL ACCOLADES

Selection by peer review for inclusion in The Best Lawyers in America: Best Lawyers in New York, and Superlawyers.

## BAR ASSOCIATION MEMBERSHIPS

Member of Family Law Sections of ABA and NYSBA and of NYSBA's Committee on Substantive Law Relating to the Family. Member of the Association of the Bar of the City of New York (Matrimonial Law Committee, 1990-1993, 1996-1999 and currently serving 2004-2007).

## CERTIFICATIONS

Certification for Law Guardian, First Judicial Department, 2002. Attendance at Law Guardian certification and training programs April 15, 2002 and November 14, 2003.

## COURSES/PRESENTATIONS

Teaching of seminar at The Ackerman Institute for Family Therapy entitled "The Rudiments of Divorce Law" for which the attendees were given continuing education credits.

3799-2-W

Presentation of speech entitled "Understanding Divorce" to the Financial Women's Association, Working Mothers' Committee.

Speaker at New York State Bar Association, Family Law Section seminars in 2001 (Practice Management) and 2002 (Cutting Edge Issues).

Chaired NYSBA Seminar on Basic Matrimonial Practice in 2004 and 2005.


## PUBLICATIONS

Member of the Board of Editors of the <u>New York Family Law Monthly</u>. Author: "Divorce Counseling: For the Sake of the Child," <u>Legal Times</u>, May 24, 1993; "Finding Direction Away from the Pain of Dissolution," <u>The Recorder</u>, June 28, 1993; "Deposition Preparedness Guidelines," <u>Fairshare</u>, June 1993, reprinted in <u>The New York Family Law Monthly</u>, December 2001; "Ten Likely Areas of Inquiry During Deposition on Financial Issues," <u>Fairshare</u>, December 1993, reprinted in <u>The New York Family Law Monthly</u>, October 2001; "Formulating the Budget," <u>Fairshare</u>, April 1998, reprinted in the <u>New York Family Law Monthly</u>, December 2001; "Prenuptial Agreements: Divorce Insurance," <u>The Alert</u>, December 1998; "How to Challenge the Forensic Psychiatrist's Report", <u>The New York Family Law Monthly</u>, March and April, 2003; "Claims that can Arise from the Non-Marital Domestic Relationship", <u>New York Family Law Monthly</u>, May and June, 2002; "Understanding Equitable Distribution" (an analysis of the capitalization of excess earnings valuation methodology), <u>The New York Family Law Monthly</u>, November, 2003; "Creating Parental Access Plans", <u>The New York Family Law Monthly</u>, January, February and March 2006.


## TRADEMARKS

<u>ConsensUs</u>, an alternative dispute resolution process for divorcing couples.


## CONTINUING LEGAL EDUCATION

I have attended the following seminars:

a.   Drafting Matrimonial Agreements, given by the Practicing Law Institute on April 23, 24 and 25, 1985;

b.   The Nuts and Bolts of Equitable Distribution and Matrimonial Tax, given by Law Journal Seminars Press on October 3 and 4, 1985;

c.   Family Court Practice, given by the New York State Bar Association on October 29 and 30, 1985.

d.   Handling An Equitable Distribution Divorce Case, given by the Practicing Law Institute on October 6, 1986;

e.   Trial of An Equitable Distribution Action given by the New York State Bar Association on November 14, 1986;

3799-2-W

f.   Matrimonial and Family Law 1987: Valuation, Taxes, Pensions and Post-Litigation Problems given by the New York State Bar Association on June 12, 1987;

g.   Matrimonial and Family Law Update given by the New York State Bar Association on December 11, 1987;

h.   Basic Accounting for Lawyers given by the New York State Bar Association on March 11, 1988;

i.   Pensions and "QDRO's"/Motion Practice given by the New York State Bar Association on May 13, 1988;

j.   Anatomy of an Equitable Distribution Trial given by the New York State Bar Association on December 2, 1988;

k.   Thorny Valuation Problems in Equitable Distribution Litigation given by the New York State Bar Association on June 2, 1989; and

l.   Child Support Standards Act given by the American Academy of Matrimonial Lawyers on September 8, 1989.

m.   Child Support Guidelines given by the New York State Bar Association on March 14, 1990.

n.   Child Support Standards Act-One Year Later given by the American Academy of Matrimonial Lawyers on September 14, 1990.

o.   Trial Of An Equitable Distribution Action given by the New York State Bar Association on May 31, 1991.

p.   How to Handle a Child Custody Case given by the New York State Bar Association on December 13, 1991.

q.   Matrimonial and Family Law Update given by the New York State Bar Association on June 12, 1992.

r.   How to Handle New Developments in Matrimonial Law given by the New York State Bar Association on December 11, 1992.

s.   Critical Elements of an Equitable Distribution Case given by the New York State Bar Association on May 14, 1993.

t.   Valuing Assets and Handling the Valuation Expert in Equitable Distribution Trials given by the New York State Bar Association on December 16, 1994.

u.   Matrimonial and Family Law Update by the New York State Bar Association on June 16, 1995.

v.   Child Support Guidelines and Valuing Professional Licenses given by the New York State Bar Association on June 7, 1996.

w.   Matrimonial and Family Law Update, New York State Bar Association on December 11, 1998.

x.   "Ethics", Family Law Section Program given by the New York State Bar Association, 122nd Annual Meeting, New York Marriott Marquis, January 28, 1999

y.   Valuation of Closely-held Businesses and Professional Practices, Tippins Cornaire LLP, Spring 1999.

z.   Family Law Section Summer Meeting, NYSBA, The Equinox Hotel, Manchester, Vermont, July 15-18, 1999.

aa.   Bankruptcy and Divorce Conflicts, ABA New York Bankruptcy Committee, September 22, 1999.

bb. What Matrimonial Lawyers Should Know About Criminal Law, NYC Bar, October 18, 1999.

cc. FLS-Selected Recurring Issues, New York State Bar Association, December 17, 1999

dd. Family Law Section Annual Meeting, New York State Bar Association, at New York Marriott Marquis, January 27, 2000

ee. Courtroom Evidence 2000, Matlaw Systems Corp. and Tippins and Cornaire, LLP on May 4, 2000

ff. Family Law Section Summer Meeting, New York State Bar Association, on July 13, 2000

gg. Matrimonial Law Update, Appellate Division, First Department, on November 27, 2000

hh. Ultimate Update, Matlaw Systems Corp. and Tippins and Cornaire, LLP, December 8, 2000

ii. Family Law Section Annual Meeting, New York State Bar Association, New York Marriott Marquis, on January 25, 2001

jj. An Ethics Roundtable, New York State Trial Lawyers Institute, on March 22, 2001

kk. Equitable Distribution, Matlaw Systems Corp. and Tippins and Cornaire, LLP, on May 10, 2001

ll. Family Law Section Summer Meeting, New York State Bar Association, Manchester Village, Vermont, in July, 2001, 2002, 2003, 2004, 2005 and 2006

mm. Coping with Mental Health Witnesses in Custody Litigation, Matlaw Systems Corp. and Tippins and Cornaire, LLP, on October 12, 2001

nn. Ultimate Update, Matlaw Systems Corp. and Tippins and Cornaire, LLP, in, 2001, 2002, 2003, 2004, 2005 and 2006.

oo. Family Law Section Annual Meeting, New York State Bar Association, January 24, 2002, 2003, 2004, 2005 and 2006.

pp. Children and The Law, New York State Bar Association, New York Marriott Marquis, January 25, 2002

I have attended the following lectures and panel discussions:

a. Litigation Involving an Obstructionist Spouse sponsored by the New York State Bar Association on October 23, 1984;

b. Division of Marital Property: Equitable or Equal? at the Association of the Bar of the City of New York on December 11, 1985;

c. Jewish Divorce and Civil Law in New York at the Association of the Bar of the City of New York on December 15, 1986;

d. Tax Impacting of Equitable Distribution Assets/ Separate Property vs. Marital Property: The Elusive Distinction at the Association of the Bar of the City of New York on December 3, 1987;

e. Current Developments in Matrimonial Law at the Association of the Bar of the City of New York on February 2, 1989;

f. Prenuptial Agreements: Re-defining the Legal Consequences of Marriage at the Association of the Bar of the City of New York on September 13, 1989.

–5–

g. Tax Aspects of Divorce and Separation at the Association of the Bar of the City of New York on May 13, 1991.

h. Bankruptcy and the Bankrupt Marriage at the Association of the Bar of the City of New York on December 3, 1991.

i. Latest Developments in Matrimonial Law at the Association of the Bar of the City of New York on April 2, 1992.

j. "CSSA: Realities and Myths" at the Association of the Bar of the City of New York on October 24, 1992.

k. Recent Developments in Matrimonial Law at The Association of the Bar of the City of New York on December 11, 1992.

l. Recent Developments in Matrimonial Law at The Association of the Bar of the City of New York on February 24, 1994.

m. When Worlds Collide: Custody Litigation at The Association of the Bar of the City of New York on May 12, 1994.

n. Recent Developments in Matrimonial Law at the Association of the Bar of the City of New York on February 6, 1995.

o. Law Guardian Representation Standards given by the New York State Bar Association on January 26, 1996.

p. Recent Developments in Matrimonial Law at The Association of the Bar of the City of New York on February 27, 1996.

q. Resolving Child Custody Disputes and Relocation at The Association of the Bar of the City of New York on April 29, 1996.

r. Reflections from The Bench at The Association of the Bar of the City of New York on November 26, 1996.

s. Psychiatric Testimony and Forensic Evaluations in Custody Cases at The Association of the Bar of the City of New York on March 4, 1997.

t. Annual Update on Matrimonial Law at the Association of the Bar of the City of New York on April 24, 1997.

u. Matrimonial Practice and The New Tax Law at the Association of the Bar of the City of New York on November 3, 1997.

I have attended and participated in the programs given by the Interdisciplinary Committee on Mental Health and Family Law at the Association of the Bar of the City of New York.