IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| **RITA M. BANK,** ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF CERTAIN
DATES IN GOVERNING SCHEDULING ORDER**

The parties, through counsel, respectfully move this Court for an extension of certain dates in the governing Scheduling Order. Discovery has thus far proceeded amicably, with the parties working out by agreement various issues that have arisen. The parties are very close to completing fact discovery. Mr. Stiglitz has indicated that he wishes to depose Jane Hannaway and Eleanor Alter; otherwise, fact discovery is complete. The relatively long extension of the expert discovery deadline is to allow the parties to engage in private mediation before incurring the expense of expert discovery.

346072 v 1

                                                         Respectfully submitted,

DATED: November 28, 2006                              s/ Meredith E. Werner
                                                     Richard A. Simpson, D.C. Bar No. 411893
                                                     Charles A. Jones, D.C. Bar No. 449127
                                                     Meredith E. Werner, D.C. Bar No. 493455
                                                   ROSS, DIXON & BELL, LLP
                                                   2001 K Street, N.W.
                                                   Washington, D.C. 20006-1040
                                                   Phone: (202) 662-2000
                                                 Fax: (202) 662-2134

                                                 *Attorneys for Defendant*


                                                   s/ David G. Whitworth, Jr.
                                                 David G. Whitworth, D.C. Bar No. 224139
                                                 Toni-Ann DiMaggio, D.C. Bar No. 490860
                                                 WHITWORTH & TRUNNELL, P.A.
                                                 2101 Defense Highway
                                                 Crofton, MD 21114
                                                 Phone: (410) 793-3977

                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on November 28, 2006.

                                                                 s/ Meredith E. Werner
                                                                 Meredith E. Werner