IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| **RITA M. BANK,** | ) |
| Defendant. | ) |

**REVISED SCHEDULING ORDER**

Upon consideration of the parties' November 28, 2006 Joint Motion, it is this

_____ day of _____, 2006 hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings: February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures: November 17, 2005

3. Close of fact discovery: October 1, 2006 except that the parties may take the depositions of Jane Hannaway and Eleanor Alter after that date but before January 1, 2007.

4. Deadline for plaintiff's expert witness disclosures: November 15, 2006

5. Deadline for defendant's expert witness disclosures: January 15, 2007

6. Deadline for plaintiff's rebuttal expert disclosures: February 15, 2007

7. Close of expert discovery: April 15, 2007[1]

                  _____

                  U. S. District Court Judge

---

[1] The parties intend to conduct a private mediation before incurring the expense of expert deposition discovery.

345902 v 1