IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| RITA M. BANK, | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF CERTAIN
DATES IN GOVERNING SCHEDULING ORDER**

The parties, through counsel, respectfully move this Court for an extension of certain dates in the governing Scheduling Order. The parties are very close to completing fact discovery. Mr. Stiglitz is attempting to schedule dates for the depositions of Jane Hannaway and Eleanor Alter; otherwise, fact discovery is complete. Due to scheduling conflicts, the parties will not be able to conduct a private mediation until mid-April 2007. The extension of the expert discovery deadline is to allow the parties to engage in private mediation before incurring the expense of expert discovery.

347627 v 1

Respectfully submitted,

DATED: January 4, 2007

    s/ Meredith E. Werner
Richard A. Simpson, D.C. Bar No. 411893
Charles A. Jones, D.C. Bar No. 449127
Meredith E. Werner, D.C. Bar No. 493455
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Phone: (202) 662-2000
Fax: (202) 662-2134

*Attorneys for Defendant*

    s/ David G. Whitworth, Jr.
David G. Whitworth, D.C. Bar No. 224139
Toni-Ann DiMaggio, D.C. Bar No. 490860
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, MD 21114
Phone: (410) 793-3977

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on January 4, 2007.

                                                                                        _s/ Meredith E. Werner_
                                                                                       Meredith E. Werner