## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ,          ) | |
|          ) | |
|        Plaintiff,       ) | |
|          ) | |
| v.          ) | Civil Action No. 05-1826 RJL |
|          ) | |
| RITA M. BANK,          ) | |
|          ) | |
|        Defendant.      ) | |

### DEFENDANT'S EXPERT WITNESS DESIGNATION

Defendant, Rita M. Bank ("Bank" or "Defendant"), by and through her undersigned

counsel, designates the following experts expected to be called at trial in accordance with

Federal Rule of Civil Procedure 26(a)(2):

      1.      Robert F. Aucone, CPA
               BKD, LLP
               1700 Lincoln Street, Suite 3400
               Denver, CO 80203

Robert F. Aucone, CPA, has been retained as a damages expert who is expected to testify

at the time of trial in the above-captioned matter on behalf of the Defendant. A letter

summarizing Mr. Aucone's opinion is attached hereto as Exhibit 1.

Mr. Aucone is a certified public accountant and is accredited in Business Valuation by

the American Institute of Certified Public Accountants. Mr. Aucone is employed as the leader of

litigation support services for BKD. BKD is among the nation's ten largest public accounting

and advisory firms. For the past 20 years, Mr. Aucone has focused on litigation support, which

has included providing expert witness services, calculation of damages and testimony in many

industries in both federal and state courts. Mr. Aucone has significant experience in calculating

damages in divorce cases, which constitute about 20 to 30 percent of his time.

During the last four years, Mr. Aucone has testified as an expert witness on numerous occasions. A list of that testimony is attached as Exhibit 2. Mr. Aucone has been retained by the Defendant for $300 an hour for consultation and document review and $350.00 an hour for deposition and trial testimony. Mr. Aucone's opinions are based on his training and experience and on his review of the written materials provided to him in connection with this matter, which are included in Exhibit 1. Mr. Aucone will rely on supplemental documentation, discovery and witness testimony that will be provided to him as discovery continues. Mr. Aucone will also base his trial testimony on the evidence presented at trial. Mr. Aucone may also express opinions related to the opinions of other experts presented by the Plaintiff.

2.      Armin U. Kuder, Esq.
        Kuder, Smollar & Friedman, P.C.
        1925 K Street, N.W., Suite 200
        Washington, D.C. 20006

Armin U. Kuder, Esq. has been retained as a standard of care expert who is expected to testify at the time of trial in the above-captioned matter on behalf of the Defendant. Mr. Kuder will testify that Ms. Bank did not breach the standard of care required of a District of Columbia matrimonial attorney in her representation of Mr. Stiglitz. A letter summarizing Mr. Kuder's opinion is attached hereto as Exhibit 3.

Mr. Kuder is a founding partner in the law firm of Kuder, Smollar & Friedman, PC, which opened in 1978. Mr. Kuder's practice focuses on matrimonial law, and he has appeared in many high-profile matrimonial cases in the trial and appellate level. He has been recognized for his achievements in the area of matrimonial law on many occasions. For instance, since 1968, Mr. Kuder has been named in every article in Washingtonian Magazine's issue identifying the region's best family law attorneys. He was also named in The Best Lawyers in America by Steven Naifeh and Gregory White Smith (Woodward/White 1999).

Mr. Kuder is a fellow of the American Academy of Matrimonial Lawyers and the

International Academy of Matrimonial Lawyers. He has lectured on a variety of family law

matters. Mr. Kuder has participated in a leadership capacity in a number of Bar activities,

including acting as Chair of a Hearing Committee for the Board of Professional Responsibility

for the District of Columbia Bar from 1984 to 1990 and as Chair of the Clients' Security Fund of

the District of Columbia Bar from 1983 to 1991.

During the last four years, Mr. Kuder has not testified at trial or in a deposition as an

expert witness. In the last ten years, Mr. Kuder has co-authored one published article:

"Controversies in Managed Mental Health Care," A. Lazarus, M.D., editor (APA Press 1996).

Mr. Kuder has been retained on Defendant's behalf for a rate of $475.00 per hour. Mr. Kuder's

opinions are based on his training and experience and on his review of the written materials

provided to him in connection with this matter, which are included in Exhibit 3. Mr. Kuder will

rely on supplemental documentation, discovery and witness testimony that will be provided to

him as discovery continues. Mr. Kuder will also base his trial testimony on the evidence

presented at trial. Mr. Kuder may also express opinions related to the opinions of other experts

presented by the Plaintiff.

> 3.     Prof. Catherine J. Ross
>        The George Washington University Law School
>        Stuart Hall
>        2013 G Street, Suite 419
>        Washington, D.C. 20052

Professor Catherine J. Ross has been retained as a standard of care expert who is

expected to testify at the time of trial in the above-captioned matter on behalf of the Defendant.

Professor Ross will testify as to the differences between matrimonial law in New York and the

District of Columbia during the relevant time period as those differences would pertain to the

resolution of the Stiglitz/Hannaway divorce, with particular reference to how each jurisdiction

would have been likely to treat Mr. Stiglitz's Nobel Prize and any accompanying material advantages related to it. A letter summarizing Professor Ross' opinion is attached hereto as Exhibit 4.

Professor Ross has been a member of the George Washington University Law School faculty since 1996. Professor Ross focuses her research and teaching in the areas of family law and constitutional law. Professor Ross has also been a visiting professor at the University of Pennsylvania Law School and Boston College Law School. She serves on the editorial board of the Family Courts Review and has served on the editorial board of the Family Law Quarterly. Prior to becoming a law professor, she was a litigator at Paul, Weiss, Rifkind, Wharton & Garrison in New York City.

During the last four years, Professor Ross has not testified at trial or in a deposition as an expert witness. Professor Ross' publications in the last ten years are set forth in Exhibit 5. Professor Ross has been retained on Defendant's behalf for a rate of $500.00 per hour, and was guaranteed a minimum of 20 hours of work on the project. Professor Ross' opinions are based on her training and experience and on her review of the written materials provided to her in connection with this matter, which are included in Exhibit 4. Professor Ross will rely on supplemental documentation, discovery and witness testimony that will be provided to her as discovery continues. Professor Ross will also base her trial testimony on the evidence presented at trial. Professor Ross may also express opinions related to the opinions of other experts presented by the Plaintiff.

Respectfully submitted,


DATED: February 8, 2007                          s/ Meredith E. Werner
                                        Richard A. Simpson, D.C. Bar No. 411893
                                        Charles A. Jones, D.C. Bar No. 449127
                                        Meredith E. Werner, D.C. Bar No. 493455
                                        ROSS, DIXON & BELL, LLP
                                        2001 K Street, N.W.
                                        Washington, D.C. 20006-1040
                                        Phone: (202) 662-2000
                                        Fax: (202) 662-2134

                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Expert Witness

Designation was filed electronically with the Court on February 8, 2007.


 s/ Meredith E. Werner
 Meredith E. Werner