# EXHIBIT 2



February 9, 2007

Testimony given by Robert F. Aucone, CPA, July 1, 2002, through date above:

1. Andrews v. Dillie & Kuhn;
2. District Court, El Paso County;
3. July 25, 2002 (Deposition);
4. Case No. 00CV2838.

1. Gilmer v. Gilmer;
2. District Court, Arapahoe County;
3. September 16, 2002;
4. Case No. 01DR1659.

1. Moritz v. Moritz;
2. District Court, City and County of Denver;
3. September 17, 2002;
4. Case No. 02DR770.

1. Robert Sanders, et al. v. Harvey G. Mozer, et al.;
2. Jefferson County District Court;
3. November 21, 2002 (Deposition);
4. Case No. 00CV792.

1. Weingarter v. Helfrich;
2. District Court, City and County of Denver;
3. January 29, 2003;
4. Case No. 02DR1642.

1. Haas v. Haas;
2. District Court, Jefferson County;
3. March 3, 2003;
4. Case No. 02DR1055.

1. Four Mile Condominium Association, Inc. v. Clifford N. Brandon III;
2. County Court, City and County of Denver;
3. April 28, 2003;
4. Case No. L74687.

Wells Fargo Center    1700 Lincoln Street, Suite 1400    Denver, CO 80203-4514    303 861-4545    Fax 303 832-5705

Beyond Your Numbers 

1. Pinal Creek Group, et al. v. Newmont Mining et al.;
2. United States District Court for the District of Arizona;
3. May 9, 2003 (Deposition);
4. Docket No. CV 91-1764 PHX-DAE.

1. Heidi A. Jordan, M.D. v. Henry M. Heller, M.C., PC;
2. District Court, La Plata County;
3. June 12, 2003 (Deposition);
4. Case No. O3 CV 50.

1. Pollock v. Pollock;
2. Private Arbitration, Judge Sidel;
3. July 21, 2003;
4. Case No. 02 DR 726.

1. Christensen v. Christensen;
2. District Court, Arapahoe County;
3. August 26, 2003;
4. Case No. 02 DR 2852.

1. Guinn v. Guinn;
2. District Court, Jefferson County;
3. October 1, 2003;
4. Case No. 01 DR 1690.

1. Noonan Lundberg v. Lundberg;
2. District Court, Douglas County;
3. October 27, 2003;
4. Case No. 02 DR 404.

1. Blackfox Real Estate Group, LLC v. Donald B. Berland;
2. Judicial Arbitor Group Arbitration;
3. November 13, 2003;
4. Arbitration No. 230942.

1. Thrash v. Thrash;
2. District Court, Jefferson County;
3. November 20, 2003;
4. Case No. 03 DR 964.

1. EEOC and Mohr v. Norgren Company;
2. U.S. District Court for the District of Colorado;
3. November 21, 2003 (Deposition);
4. Case No. 01 B 565(PAC).

1. Graves v. Graves;
2. District Court, City and County of Denver;
3. April 27, 2004;
4. Case No. 03 DR 2892.

1. Huling v. Huling;
2. District Court, Arapahoe County;
3. May 6, 2004;
4. Case No. 03 DR 1229.

1. Chester P. Andrews Jr. v. Dillie & Kuhn;
2. District Court, El Paso County;
3. May 11, 2004;
4. Case No. 00 CV 2838.

1. Lundberg v. Lundberg;
2. District Court, Douglas County;
3. August 5, 2004;
4. Case No. 02 DR 404.

1. Hollinger v. Hollinger;
2. District Court, Mesa County;
3. August 6, 2004;
4. Case No. 03 DR 947.

1. Dorsey v. Dorsey;
2. District Court, Arapahoe County;
3. August 31, 2004;
4. Case No. 87 DR 874.

1. O'Donnell, Inc., A Colorado Corporation v. Farmers Insurance Exchange;
2. District Court, El Paso County;
3. September 2, 2004;
4. Case No. 00 CV 1615.

1. Haas v. Haas;
2. District Court, Jefferson County;
3. October 4, 2004;
4. Case No. 02 DR 1055.

Page 4

1. Hanson v. Hanson;
2. District Court, Arapahoe County;
3. October 20, 2004 (Arbitration);
4. Case No. 03 DR 864.

1. Liberty Savings Bank FSB v. Webb Crane Services, Inc., et al.;
2. Eagle County District Court;
3. October 21, 2004 (Deposition);
4. Case No. 03 RB 2218.

1. Chen v. Ye;
2. District Court, Arapahoe County;
3. November 1, 2004;
4. Case No. 03 DR 509.

1. Dorsey v. Dorsey;
2. District Court, Arapahoe County;
3. November 18, 2004;
4. Case No. 87 DR 874.

1. Hobbs v. Hobbs;
2. District Court, Douglas County;
3. February 2, 2005;
4. Case No. 03 DR 340.
1. Clark v. Clark;
2. District Court, City and County of Denver;
3. February 8, 2005;
4. Case No. 04 DR 148.

1. Palli v. Nair-Palli;
2. District Court, Arapahoe County;
3. March 1, 2005;
4. Case No. 02 DR 1521.

1. Gibson v. Gibson;
2. District Court, El Paso County;
3. March 7, 2005;
4. Case No. 03 DR 3447.

1. Gilligan v. Gilligan;
2. District Court, Jefferson County;
3. March 30, 2005;
4. Case No. 04 DR 2553.

1. McSparin v. Lifland;
2. District Court, Summit County;
3. September 8, 2005;
4. Case No. 05 DR 24.

1. Paswaters v. Paswaters;
2. Private arbitration;
3. February 29, 2006;
4. Case No. 99 DR 1396.

1. Gress v. Gress;
2. District Court, Douglas County;
3. May 11, 2006;
4. Case No. 05 DR 740.

1. Paragon Health, LLC, et al. v. Big Sky Medicine, P.C., et al;
2. District Court, Jefferson County;
3. July 29, 2006 (Deposition);
4. Case No. 05CV2277.

1. Wiechman v. Wiechman;
2. District Court, City and County of Denver;
3. July 7, 2006;
4. Case No. 02DR2842.

1. Paragon Health, LLC, et al. v. Big Sky Medicine, P.C., et al.;
2. District Court, Jefferson County;
3. August 25, 2006;
4. Case No. 05CV2277.

1. Michael A. Fremling, M.D. v. William L. Saber, M.D., P.C., d/b/a Alpine Plastic Surgery, P.C.;
2. District Court, Adams County;
3. December 6, 2006;
4. Case No. 05CV657.

1. Fisher v. Fisher.;
2. District Court, Jefferson County;
3. February 1, 2007;
4. Case No. 06DR806.