# EXHIBIT 5

February 2007
Short version

# CURRICULUM VITAE

# *CATHERINE J. ROSS*

**ADDRESS**:

George Washington University Law School
2000 H St., N.W.
Washington D.C. 20052
Telephone: 202/ 994-9456
cross@law.gwu.edu

**EDUCATION:**

| | |
|---|---|
| Yale Law School | J.D., 1987 |
| Yale University | Ph.D. in History, 1977 |
| Yale College | B.A., *magna cum laude*, 1971, Honors in History |

**PROFESSIONAL EXPERIENCE:**

**Current Position: The George Washington University Law School**

- Professor, January 2005-present
- Associate Professor with tenure (July 2000-December 2004)
- Associate Professor with term (July 1996-June 1999)

**Visiting Appointments**

University of Pennsylvania:
- Visiting Associate Professor, Law School, Fall 2001 and Senior Visiting Scholar, Center for Children's Policy, Practice and Research, University of Pennsylvania, 2001-2002

Boston College:
- Visiting Associate Professor of Law, Boston College Law School with joint appointments in the School of Education and Department of History, August 1994-June 1996

1

## Professional History

Paul, Weiss, Rifkind, Wharton & Garrison:
- Associate (Litigation), 1987-1994

Yale University:
- Assistant Professor of History and Assistant Section Head, Section in History and Social Policy, Yale University School of Medicine, Child Study Center 1979-1983 (on leave 1983-1985); with joint appointments in History and Women's Studies.
- Bush Center in Child Development and Social Policy, Research Associate, 1978-1979, Post-Doctoral Fellow, 1977-1978.

## COURSES TAUGHT:

Lecture Courses: Family Law; Child, Family & State; Evidence

Seminars, *e.g.*, Parents, Pluralism and Public Schools; Children, Speech Rights and Forms of Communication; Topics in Children and the Law; The Child Welfare System

## BIBLIOGRAHY:

### BOOKS

Contemporary Family Law. (co-author, Abrams, Douglas, Cahn, Naomi, Ross, Catherine and Meyer, David). St. Paul, MN: Thomson West, 2006.

- Primary author:

    Chapter 9, Division of Marital Property at Dissolution
    Chapter 12, Child Custody
    Chapter 13, Visitation and Post-Dissolution Custody Disputes

    (with Cahn) Chapter 1, Marriage, Family and Privacy in Contemporary America
    (with Cahn) Chapter 4, Social and Economic Rights and Obligations

- Also authored the relevant sections of the accompanying Teacher's Manual (West, 2006)

<u>America's Children at Risk: An Agenda for Legal Action</u>. (Report of the ABA Working Groups on the Unmet Legal Needs of Children and their Families). Chicago: American Bar Association Press, 1993.

<u>Child Abuse: An Agenda for Action</u>. (co-editor with Gerbner, George and Edward Zigler). New York: Oxford University Press, 1980.

**LAW REVIEW ARTICLES & CHAPTERS IN BOOKS**

"Choosing a Text for the Family Law Curriculum of the Twenty-First Century," 44 <u>Family Court Review</u> 584-589 (Oct. 2006) (Special Issue: The Family Law Education Reform Project).

"Legal Intersections: Foster Children Awaiting Adoption Under the Adoption and Safe Families Act of 1997," <u>Adoption Quarterly</u>, Vol. 9 (2/3) 2006.

"A Place at the Table: Creating Presence and Voice for Teenagers in Dependency Proceedings." Special Issue on the Legal Representation of Children, 6 <u>Nevada Law Journal</u> 1362-1373 (Spring 2006).

"Constitutional Obstacles to Regulating Violence in the Media." in <u>Handbook of Children, Culture, and Violence</u> 291-310, edited by Nancy Dowd, Dorothy G. Singer, & Robin Fretwell Wilson. Thousand Oaks, CA: Sage, 2006.

"A Delicate Task: Balancing the Rights of Children and Mothers in Parental Termination Proceedings." in 33 <u>Studies in Law, Politics and Society</u>, edited by Austin Sarat & Patricia Ewick. London: Elsevier Press, 2004.

"Society's Children: The Care of Indigent Youngsters in New York City, 1875-1903." in <u>Families by Law: An Adoption Reader</u> 11-18, edited by Naomi R. Cahn & Joan Hollinger. New York: New York University Press, 2004.

"The Tyranny of Time: Vulnerable Children, 'Bad' Mothers, and Statutory Deadlines in Parental Termination Proceedings." 11 <u>Virginia Journal of Social Policy and the Law</u> 176-228 (2004).

"Implementing Constitutional Rights for Juveniles: The Parent-Child

3

Privilege in Context." 14 <u>Stanford Law and Policy Review</u> 85-120 (2003).

"Including Lawyers in the Mix: The Role of Law, Lawyers, and Legal Training in Child Advocacy." in 4 <u>Handbook of Applied Developmental Science: Promoting Positive Child, Adolescent, and Family Development through Research, Policies, and Programs</u> 353-370, edited by Richard M. Lerner, Francine Jacobs & Donald Wertlieb. Thousand Oaks, CA: Sage Publications, 2003.

"The Parent-Child Privilege in Context." 21 <u>Quinnipiac Law Review</u> 1139-1143 (2003) (Symposium Issue on AALS Evidence Conference).

"Anything Goes: Examining the State's Interest in Protecting Children from Controversial Speech." 53 <u>Vanderbilt Law Review</u> 427-524 (2000).

(with Adreienne Davis, Marion Crain, Bonnie Thornton Dill, Nancy Dowd, and Joan Williams). "Panel Two: Who's Minding the Baby?" 49 <u>American University Law Review</u> 901-942 (2002).

"An Emerging Right for Mature Minors to Receive Information." 2 <u>University of Pennsylvania Journal of Constitutional Law</u> 223-275 (1999).

"Families Without Paradigms: Child Poverty and Out-of-Home Placement in Historical Perspective." 60 <u>Ohio State Law Journal</u> 1249-1293 (1999).

(with Cahn, Naomi). "Subsidy for Caretaking in Families: Lessons from Foster Care." 8 <u>American University Journal of Gender, Social Policy and the Law</u> 55-71 (1999).

"Unified Family Courts: Good Sense, Good Justice." 35 <u>Trial</u> 30 (January 1999).

"The Failure of Fragmentation: The Promise of a System of Unified Family Courts." 32 <u>Family Law Quarterly</u> 3-30 (1998).

"Sex, Violence, Children and the Media: Legal, Historical and Empirical Perspectives. Transcript of Comments at AALS Annual Meeting. Mass Communications Program." <u>CommLaw Conspectus</u> (January 6, 1997).

"From Vulnerability to Voice: Appointing Counsel for Children in Civil Litigation." 64 <u>Fordham Law Review</u> 1571-1620 (1996).

(with Emens, Elizabeth F., Nancy W. Hall and Edward F. Zigler). "Preventing Juvenile Delinquency: An Ecological, Developmental Approach." in <u>Children, Families and Government: Preparing for the Twenty-First Century</u>, edited by Edward F. Zigler, Sharon Lynn Kagan and Nancy W. Hall. New York: Cambridge University Press, 1996.

"Disposition in a Discretionary Regime: Punishment and Rehabilitation in the Juvenile Justice System." (Symposium - Struggling for a Future: Juvenile Violence, Juvenile Justice). 36 <u>Boston College Law Review</u> 1037-1059 (1995).

(with Haynes, Margaret Campbell). "Negotiating the Child Support Collection Maze." 30 <u>Trial</u> 47 (February 1994).

"Advocacy Movements in the Century of the Child." in <u>Children, Families and Government: Perspective on American Social Policy</u>, edited by Edward Zigler, Sharon Lynn Kagan and Edward Klugman. New York: Cambridge University Press, 1983.

"Of Children and Liberty: An Historian's View." <u>American Journal of Orthopsychiatry</u> (Special issue on children's rights). (July 1982).

(with Zigler, Edward). "An Agenda for Action." in <u>Child Abuse: An Agenda for Action</u>, edited by George Gerbner, Catherine J. Ross, and Edward Zigler. New York: Oxford University Press, 1980.

"The Lessons of the Past: Defining and Controlling Child Abuse in the United States." in <u>Child Abuse: An Agenda for Action</u>, edited by George Gerbner, Catherine J. Ross, and Edward Zigler. New York: Oxford University Press, 1980

(with Aber, L., et al.). "Conference Recommendations on Child Abuse, November 20-21, 1978, Philadelphia, PA." Abridged version reprinted in <u>Child Abuse in the International Year of the Child</u>, edited by Leslie Taylor and Eli H. Newberger. New York: United Nations Secretariat Discussion Paper Series, 1979.
Available in English, French and Spanish.

"Early Skirmishes with Poverty: The Historical Roots of Head
   Start." in <u>Project Head Start: A Legacy of the War on Poverty</u>,
   edited by Edward Zigler and Jeanette Valentine. New York:
   The Free Press, 1979.

(with Valentine, Jeanette and Edward Zigler). "Epilogue." in <u>Project
   Head Start: A Legacy of the War on Poverty</u>, edited by Edward
   Zigler and Jeanette Valentine. New York: The Free Press, 1979.

(with Weitzman, L. and D. Eifler). "Sex Role Socialization in Picture
   Books for Pre-School Children." <u>American Journal of
   Sociology</u> (May 1972).
   Reprinted in <u>Marriage and Family: A Critical Analysis
      and Proposals for Change</u>, edited by Carolyn C.
      Perrucci and Dena B. Targ. New York: David
      McKay Co., 1974.

<u>Selected Other Publications</u>:

Kirk A. Bailey and Catherine J. Ross, <u>School Safety & Youth Violence: A Legal Primer</u>
(Hamilton Fish Institute, 2001) (funded by and available from Office of Juvenile Justice
and Delinquency Prevention, U.S. Department of Justice).

"Who Speaks for the Children?" <u>Chicago Tribune</u>, December 30, 1993, invited article in
a series with HHS Secretary Donna Shalala, the Rev. Jesse Jackson and others.

## WORKS IN PROGRESS:

<u>Competing Values and Visions: Accommodation of Parental Preferences in Public
Schools</u>. A book length project.

"Children's Religious Expression in School: A Comparative Treatment of the Veil and
Other Religion Symbols in Western Democracies," to be published in <u>Competing
Paradigms: Rights and Responsibilities Towards Children</u> , edited by Martha Fineman
and Karen Worthington. (currently being circulated to prospective publishers).

"Mothers and Children at Odds: Doing Justice to Conflicting Claims in the Child Welfare
System," to be published in <u>Competing Paradigms: Rights and Responsibilities Towards
Children</u>, edited by Martha Fineman and Karen Worthington. (currently being circulated
to prospective publishers).

A number of smaller pieces, including conference symposiums, book reviews and invited contributions to the <u>Chicago Companion to the Child</u> (Chicago: University of Chicago Press, in press) on Foster Care and (with Naomi Cahn) *Parens Patriae*.

**SELECTED PRESENTATIONS:**

Invited Commentator, Grand Rounds, The National Institutes of Health, Bethesda Md., on a bioethics problem involving inheritable disease and adoption, February 7, 2007.

Violent Videogames Summit, University of Minnesota, Minneapolis, MN, October 20-21, 2006

"Balancing the Interests of the National Community and the Rights of Religious Minorities in State-Supported Schools," Society for the Advancement of Socio-Economics (SASE), Communitarian Ideals and Civil Society, Trier Germany, June 29-July 1, 2006.

Commentator, Historical Perspectives on the Welfare State in Sweden, France and the United States, interdisciplinary invitational working conference, Columbia University, N.Y., N.Y., May 25-26, 2006.

Moderator and Commentator, Panel on Teen Mothers and the Child Welfare System, Conference on "Law and Adolescence: The Legal Status, Rights and Responsibilities of Adolescents in the Child Welfare, Juvenile, and Criminal Justice Systems," at Temple University James E. Beasley
School of Law, Philadelphia PA, March 17-18, 2006.

"Reconciling Children's Brains with Children's Rights," invitational, interdisciplinary international colloquium on "Law, Mind & Brain," The Gruter Institute/ University College, London, England, February 13-14, 2006.

Keynote Panel, response to the comments of Chief Judge Judith Kaye, ABA Summit on Youth at Risk, Hofstra University Law School, February 2-4, 2006.

"Comparative Treatment of Religious Symbols in Public Schools: the Problem of the Veil and Related Issues," International Society of Family Law, 12th World Conference, Salt Lake City, Utah, July 2005.

"The Problem of the Veil," Competing Paradigms of Rights and Responsibility: Children in the Discourses of Religion and International Human Rights, Emory School of Law, April 15-17, 2005

"*Mens Rea,*" Invitational interdisciplinary conference on "The Mind of a Child: The relationship Between Brain Development, Cognitive Functioning, and Accountability Under the Law," The Ohio State University Moritz College of Law, Columbus, OH, March 10-11, 2005.

"No Winners: Doing Justice to the Competing Rights of Mothers and Children in the Child Welfare System, Panel on Children," at the Law and Society Association Annual Meeting, Pittsburgh, PA. June 7, 2003.

Participant, Woodrow Wilson Center, United States Studies Division, Discussion of American Law Institute Report on child custody issues, May 20, 2003. Transcript available at the Wilson Center website.

Keynote Address, New York State Judicial Institute, Judicial Training on Domestic Violence Courts, May 1, 2003, White Plains, N.Y.

"Constitutional Obstacles to Regulating Violent Speech," Colloquium on Children, Culture and Violence, Florida State University, March 20-21, 2003

"The Parent-Child Privilege in Context: Implementing Constitutional Rights for Juveniles" presented at the American Association of Law Schools Conference on Evidence Law, June 3, 2002

"Mothers and Children at Odds: Doing Justice to Conflicting Claims in the Child Welfare" System, presented at the Conference on Feminism and Child Protection: Tensions and Possibilities, co-sponsored by the Baldy Center for Law and Social Policy, Buffalo School of Law and the Cornell Law School Feminism and Legal Theory Project, May 3-4, 2002

"The Parent-Child Privilege in Context: Implementing Constitutional Rights for Juveniles," Bush Center in Child Development and Social Policy, Yale University, February 22, 2002.

"The Parent-Child Privilege in Context: Implementing Constitutional Rights for Juveniles," Works-in-Progress, University of Pennsylvania Law School, December 11, 2001.

"Preventing Violence Via a Constitutional Standard of Care," American Psychological Association, Washington, D.C., December 2, 1999.

Panelist, AWho=s Minding the Baby?@ Symposium on Unbending Gender: Why Family and Work Conflict & What to Do About It, Gender, Work, & Family Project, American

University, Washington College of Law, November 19, 1999.

"From Indenture to Adoption: Sources of Confusion About the Meaning of the Foster Family." Symposium on The Implications of Welfare Reform for Children, Ohio State University College of Law, March 12, 1999.

"Accommodation in Public Schools: Who Decides What Children Learn?@ Communitarian Summit, Washington, D.C., February 27, 1999.

Moderator, APrivacy and the Family,@ Symposium on Privacy and the Law, George Washington University Law School, February 12, 1999.

"Toward an Emerging Right for Mature Minors to Receive Information; Symposium on the Emerging and Existing Constitutional Rights of Children," University of Pennsylvania Law School, February 5, 1999.

"Sex, Violence, Children, and the Media: Legal, Historical and Empirical Perspectives," AALS Annual Meeting, Mass Communications Law Program, January 6, 1997 (Washington D.C.).

>    Transcript in COMMLAW CONSPECTUS, JOURNAL OF COMMUNICATIONS LAW AND
>    POLICY,
>    Summer 1997.

Moderator and Commentator, Colloquium on Unified Family Courts, New York Colloquium of the Second World Congress on Family Law and the Rights of Children, UNICEF, September 1996.

Moderator, Panel on Child Custody Disputes, Annual Meeting of the International Society of Family Law, Quebec, Canada, June 1996.

**SELECTED PROFESSIONAL ACTIVITIES:**

Chair, Section on Law and Communitarian Studies, Association of American Law Schools (AALS), 2006.

Member, Accreditation Committee, ABA Section of Legal Education and Admissions to the Bar, July 2000-2005.

Chair or Co-Chair, Committee on Children's Rights, ABA Section of Individual Rights and Responsibilities, 1998- present.

Senior Legal Consultant, Center for Children's Policy, Practice and Research, University of Pennsylvania, academic year 2002-2003.

Elected Fellow, American Bar Foundation, 1998.

Reviewer of manuscripts for academic presses including Cornell, the University of California, LEXIS publishing.

Member, Editorial Board of the Family Courts Review (formerly the Family and Conciliation Courts Review) (sponsored by the Association of Family and Conciliation Courts), 1997- present.

Member, Editorial Board of the Family Law Quarterly, 1994- 2000

Member, Editorial Board, *Promoting Positive, Child, Adolescent and Family Development: A Handbook of Program and Policy Innovations* (four volumes) (Sage Publications, 2003).

Delegate, United States Delegation to the International Conference on Family Law, Havana, Cuba, 2002

Consultant, Hamilton Fish National Institute on School and Community Violence, 2000.

Member, American Bar Association Coalition for Justice (Presidential Committee), 1999- 2002

Member, Expert Working Group on Guidelines for Public Policy and State Legislation Governing Permanency for Children, U.S. Department of Health & Human Services and Department of Justice, 1997-99.

> Chair, Subcommittee on Standards for Legal Representation of Children, Parents and the Child Welfare Agency.

Member, Program Committee, AALS Section of Family Law 1999 Meeting.

Co-Chair, American Bar Association Steering Committee on the Unmet Legal Needs of Children, 1997– 98.

> · Program Chair, ABA Summit on Unified Family Courts: Exploring Solutions for
> > Woman and Children in Crisis, Philadelphia, PA May 14-16, 1998.
> > Chief Justices of 35 States and Puerto Rico sent official delegations.

>Co-sponsors included the Conference of Chief Justices, the Conference of State Court Administrators, the National Council of Juvenile and Family Court Judges, the National Association of Women Judges and the National Judicial College. The Violence Against Women Grants Office, Office of Justice Programs, U.S. Department of Justice provided substantial funding.

Chair, American Bar Association Steering Committee on the Unmet Legal Needs of Children, 1994 –1997; Vice Chair 1993-1994 (Hon. A. Leon Higginbotham, Jr. served as Chair in 1993-94).

Vice Chair, American Bar Association Presidential Working Group on the Unmet Legal Needs of Children and Their Families, 1993.

> · Primary responsibility for the day-to-day operation of the Working Group, chaired by the Honorable A. Leon Higginbotham, Jr.

Member, American Bar Association Coordinating Committee on Gun Violence, 1997-99.

Member, American Bar Association Section of Litigation Task Force on Children 1993-97.

Member, Executive Committee, Initiatives for Children, American Academy of Arts and Sciences, 1995-97.

Member, Advisory Committee, ABA Center for Children and the Law, 1995 –97.

Speaker, Presidential Showcase on the Report of the ABA Presidential Working Group on the Unmet Legal Needs of Children and Their Families (August 1993); numerous other ABA presentations, 1993-present.

Consulting and public appearances: Department of Health and Human Services; National Center for Child Abuse and Neglect (project on homeless children); frequent guest commentator on educational and commercial television and radio shows on legal issues affecting children and families including ABC World News Tonight, CNN=s Burden of Proof, Court TV Supreme Court Watch (Fred Graham), Barry Gray etc.

**LAW SCHOOL AND UNIVERSITY SERVICE**

University Committee on the Status of Women Faculty and Librarians (2004-present).

Law School: Academic Integrity Committee (2003-present, Chair 2006-7); Appointments Committee (elected, 2004-5); Curriculum Committee (1999- 2001); Works-in-Progress (1996-99; 2003-present). Faculty Secretary (1997-98).


**HONORS**:

Fellow, American Bar Foundation, elected 1998.

Who's Who in America, Who's Who in the World and Other Marquis Who's Who listings.

Aspen Institute for Humanistic Studies, Andrew Mellon Fellow, 1983-84.

Research Grants (1979-83): Edna McConnell Clark Foundation; Ehrmann Foundation; Ford Foundation; MacArthur Foundation.

Fellowships (1971-77): Danforth Foundation Kent Fellow; Carnegie Teaching Fellow; Sutherland Douglas Fellow (Yale).