IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH E. STIGLITZ,<br><br>        Plaintiff,<br><br>v.<br><br>RITA M. BANK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1826 RJL<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF CERTAIN
DATES IN GOVERNING SCHEDULING ORDER**

      The parties, through counsel, respectfully move this Court for an extension of certain dates in the governing Scheduling Order.  The parties have completed fact discovery and have exchanged expert witness reports.  Due to scheduling conflicts, the parties were not able to schedule a mediation until May 23, 2007.  The parties have already scheduled the depositions of the designated experts for the first half of June 2007, in the event the case does not settle at the May 23, 2007 mediation.  The extension of the expert discovery deadline will allow the parties to engage in private mediation before incurring the expense of expert depositions.

352654 v 1

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 1, 2007 | s/ Meredith E. Werner<br>Richard A. Simpson, D.C. Bar No. 411893<br>Charles A. Jones, D.C. Bar No. 449127<br>Meredith E. Werner, D.C. Bar No. 493455<br>ROSS, DIXON & BELL, LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006-1040<br>Phone: (202) 662-2000<br>Fax: (202) 662-2134<br><br>*Attorneys for Defendant*<br><br>s/ David G. Whitworth, Jr.<br>David G. Whitworth, D.C. Bar No. 224139<br>Toni-Ann DiMaggio, D.C. Bar No. 490860<br>WHITWORTH & TRUNNELL, P.A.<br>2101 Defense Highway<br>Crofton, MD 21114<br>Phone: (410) 793-3977<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on May 1, 2007.

                                                                s/ Meredith E. Werner
                                                                 Meredith E. Werner

Case 1:05-cv-01826-RJL    Document 19    Filed 05/01/2007    Page 3 of 3