IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR EXTENSION OF CERTAIN DATES IN GOVERNING SCHEDULING ORDER

The parties, through counsel, respectfully move this Court for an extension of certain dates in the governing Scheduling Order. The parties have completed fact discovery and have exchanged expert witness reports. Due to scheduling conflicts, the parties were not able to schedule private mediation until May 23, 2007. Although the parties planned to depose their expert witnesses during the first half of June in the event the mediation was unsuccessful, at the May 23, 2007 mediation the parties agreed to schedule a continuation session for the private mediation. Thus, on June 11, 2007, the parties will participate in a second private mediation session.

The parties are in the process of re-scheduling expert witness depositions in the next several months. However, due to previously scheduled vacation plans of the parties, the expert witnesses, and undersigned counsel, the parties request a ninety (90) day extension for the close of expert discovery. The extension of the expert discovery deadline will allow the parties to engage in private mediation before incurring the expense of expert depositions.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>DATED: May 30, 2007</td><td>   s/ Richard A. Simpson<br>Richard A. Simpson, D.C. Bar No. 411893<br>Charles A. Jones, D.C. Bar No. 449127<br>Meredith E. Werner, D.C. Bar No. 493455<br>ROSS, DIXON & BELL, LLP<br>2001 K Street, N.W.<br>Washington, D.C. 20006-1040<br>Phone: (202) 662-2000<br>Fax: (202) 662-2134<br><br>*Attorneys for Defendant*<br><br>   s/ David G. Whitworth, Jr.<br>David G. Whitworth, D.C. Bar No. 224139<br>Toni-Ann DiMaggio, D.C. Bar No. 490860<br>WHITWORTH & TRUNNELL, P.A.<br>2101 Defense Highway<br>Crofton, MD 21114<br>Phone: (410) 793-3977<br><br>*Attorneys for Plaintiff*</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on May 29, 2007.

                                                             s/ David G. Whitworth, Jr.
                                                 David G. Whitworth, D.C. Bar No. 224139