IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

**REVISED SCHEDULING ORDER**

Upon consideration of the parties' May 29, 2007 Joint Motion, it is this _____ day of

_____, 2007 hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings:  February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures:  November 17, 2005

3. Close of fact discovery:  October 1, 2006 except that the parties may take the depositions of Jane Hannaway and Eleanor Alter after that date but before February 15, 2007.

4. Deadline for plaintiff's expert witness disclosures:  November 15, 2006

5. Deadline for defendant's expert witness disclosures:  January 31, 2007

6. Deadline for plaintiff's rebuttal expert disclosures:  February 28, 2007

7. Close of expert discovery:  September 14, 2007[1]

---

[1] The parties participated in private mediation on May 23, 2007.  Additionally, the parties scheduled a second private mediation session for June 11, 2007.  The parties are in the process of scheduling expert depositions for the following months in the event the case is not settled on June 11, 2007.  Due to the previously scheduled vacation plans of the parties, expert witnesses, and counsel, a ninety (90) day extension is prudent.

_____
U. S. District Court Judge