## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOSEPH E. STIGLITZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1826 RJL** |
| | ) | |
| **RITA M. BANK,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT MOTION FOR EXTENSION OF CERTAIN
## DATES IN GOVERNING SCHEDULING ORDER

The parties, through counsel, respectfully move this Court for an extension of certain dates in the governing Scheduling Order. The parties have completed fact discovery and have exchanged expert witness reports. The parties held a mediation session on May 23, 2007. Although a resolution was not reached, the parties agreed to participate in another session. Due to scheduling conflicts, the parties were not able to schedule a second mediation session until September 24, 2007. In the event the case does not settle at the September 24, 2007 mediation, the parties will need to schedule the depositions of the designated experts. The parties estimate that it could take up to eight weeks to schedule the depositions of the five expert witnesses. Accordingly, the parties request until November 16, 2007 to complete expert discovery. The extension of the expert discovery deadline will allow the parties to engage in private mediation before incurring the expense of expert depositions.

357832 v 1

Respectfully submitted,


DATED: September 3, 2007              s/ Meredith E. Werner
                                     Richard A. Simpson, D.C. Bar No. 411893
                                     Charles A. Jones, D.C. Bar No. 449127
                                     Meredith E. Werner, D.C. Bar No. 493455
                                     ROSS, DIXON & BELL, LLP
                                     2001 K Street, N.W.
                                     Washington, D.C. 20006-1040
                                     Phone: (202) 662-2000
                                     Fax: (202) 662-2134

                                     *Attorneys for Defendant*


                                        s/ David G. Whitworth, Jr.
                                     David G. Whitworth, D.C. Bar No. 224139
                                     Toni-Ann DiMaggio, D.C. Bar No. 490860
                                     WHITWORTH & TRUNNELL, P.A.
                                     2101 Defense Highway
                                     Crofton, MD 21114
                                     Phone: (410) 793-3977

                                     *Attorneys for Plaintiff*

357832 v 1                              2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion was filed electronically with the Court on September 3, 2007.

s/ Meredith E. Werner
Meredith E. Werner

357832 v 1