IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| **RITA M. BANK,** | ) |
| Defendant. | ) |

## REVISED SCHEDULING ORDER

Upon consideration of the parties' September 3, 2007 Joint Motion, it is this _____ day of _____, 2007 hereby

ORDERED that the following schedule governs this case:

1. Deadline for amending the pleadings: February 1, 2006

2. Deadline for serving Rule 26(a)(1) initial disclosures: November 17, 2005

3. Close of fact discovery: October 1, 2006 except that the parties may take the depositions of Jane Hannaway and Eleanor Alter after that date but before February 15, 2007.

4. Deadline for plaintiff's expert witness disclosures: November 15, 2006

5. Deadline for defendant's expert witness disclosures: January 31, 2007

6. Deadline for plaintiff's rebuttal expert disclosures: February 28, 2007

357834 v 1

7. Close of expert discovery: November 16, 2007[1]

                                                                         _____
                                                                         U. S. District Court Judge

---

[1] The parties have scheduled a second mediation session for September 24, 2007.

357834 v 1