IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| RITA M. BANK, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT RITA M. BANK'S MOTION TO STRIKE THE EXPERT REPORT OF MICHAEL CRAGG AND TO PRECLUDE MICHAEL CRAGG FROM TESTIFYING TO ANY OF THE TOPICS ADDRESSED IN HIS REPORT**

Upon consideration of Defendant Rita M. Bank's ("Bank") Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to Any of the Topics Addressed in His Report, the Memorandum of Law in Support, any opposition, and the record herein, it is this __ day of _____, 2007 hereby

**ORDERED** that the motion is GRANTED and that the Expert Report of Michael Cragg is stricken from the record. Michael Cragg is precluded from testifying to any of the topics addressed in his Expert Report. Bank is further awarded the fees and costs associated with bringing this Motion.

_____
U. S. District Court Judge

361370 v 1