# EXHIBIT 2



```
                                          901 E. St. Louis Street, Suite 1800
                                          P.O. Box 1900
                                          Springfield, MO  65801-1900
                                          417 831-7283  Fax 417 831-4763

                                          BKD Tax ID#: 44-0160260

                                          AMOUNT ENCLOSED
                                          $

    RITA M BANK
    C/O ROSS DIXION & BELL LLP            Date....: 12/28/06
    RICHARD A SIMPSON ESQ
    2001 K ST NW
    WASHINGTON DC  20006-1040             BO      3958
```

Return Top Portion With Payment
S T A T E M E N T

| Inv Number | Date | Trans Type | Trans Amount | 0-15 | 16-60 | 61-90 | over 90 |
|---|---|---|---|---|---|---|---|
| 289371 | 12-11-06 | Invoice | 9560.00 | | 9560.00 | | |
| | Total Due | | 9560.00 | | 9560.00 | | |

You will be charged a monthly percentage rate of 1.50% for any
balance over 45 days old for an annual percentage rate of 18.0%.



RECEIVED JAN -3 2007

**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900

RB-EX 00796



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

INVOICE                    AMOUNT ENCLOSED
                           $

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW                 RECEIVED
WASHINGTON DC 20006-1040     FEB 26 2007
                                           Date:    2/21/07
                                           Page:          1
                                           003958-312244

Return Top Portion With Payment

                          BALANCE FORWARD    $     6,891.40

Services in connection with:

LARRY R GAMBRELL:
1/5/07 Review report for Bob Aucone and
comment.                                  1.00       210.00
1/8/07 Review report for Bob Aucone and
comment.                                   .30        63.00
ROBERT F AUCONE:
1/3/07 Review documents and report in preparation
for telephone conference with Rick; notes
re: changes to make to report.            3.70     1,110.00
1/4/06 Work on report changes; telephone call with
Rick.                                     2.40       720.00
1/5/07 Complete report changes; final proof;
discuss with Rand Gambrell; final report  2.20       660.00
1/23/07 Telephone call with Rick.          .30        90.00
1/29/07 Perform analysis and comparison of May 16,
2002, and July 2, 2002, settlement offers; update
report accordingly.                       3.20       960.00
AMANDA A VAUDRIN:
1/15/07 Revise Stiglitz Report.           1.00       120.00
1/31/07 Edit Simpson report.               .25        30.00
Correspondence and reports                           125.00
                                                 ----------
            INVOICE TOTAL                    $     4,088.00
                                                 ----------
            BALANCE DUE                      $    10,979.40
                                                 ==========

  Invoices are due upon receipt unless detailed in your engagement
  letter. A service charge is assessed on accounts 45 days past due.

**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900

RB-EX 00797



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

AMOUNT ENCLOSED
$

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date: 12/11/06
Page:        1
003958-289371

Return Top Portion With Payment

Date: 12/11/06                                Client# 003958 Invoice# 289371

Services in connection with the following:

ROBERT F AUCONE:
10/12/06 Preliminary review of documents received
via e-mail; arrange for printing and archiving;
set-up files.                                                         780.00
10/16/06 Begin detail review of documents; discuss
scope of work with Merideth.                                        1,410.00
10/17/06 Work on file and continue review of
documents.                                                            540.00
11/07/06 Complete review of correspondence;
detail review of Stiglitz deposition of
April 21, 2006.                                                       840.00
11/08/06 Complete review of Stiglitz deposition of
April 21, 2006 and deposition exhibits.                             1,110.00
11/09/06 Review Stiglitz deposition of
July 21, 2006 and exhibits.                 4.30                    1,290.00
11/10/06 Review Bank deposition of
April 20, 2006.                             4.20                    1,260.00
11/13/06 Review Bank deposition of
August 17, 2006.                            2.40                      720.00
11/16/06 Review various sources re: expert
testimony and adequate documentation; review file
in preparation for conference call.         2.20                      660.00
11/17/06 Conference call with Rick Simpson, Tony
Jones and Meredith Werner; work on file.    1.80                      540.00

**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283 Fax 417 831-4763

RB-EX 01888



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

AMOUNT ENCLOSED
$

I N V O I C E

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date: 12/11/06
Page:           2
003958-289371

Return Top Portion With Payment

---

Date: 12/11/06                       Client# 003958 Invoice# 289371

11/18/06 Review e-mails received; preliminary
review of documents attached; coverage by
set-up.                                                         360.00

Correspondence                                                   50.00
                                                         ---------------
         INVOICE TOTAL                                $       9,560.00
                                                         ===============

Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283  Fax 417 831-4763

RB-EX 01889



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

**AMOUNT ENCLOSED**
$

I N V O I C E

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:   5/08/07
Page:        1
003958-345709

Return Top Portion With Payment

---

Date:  5/08/07                                Client# 003958  Invoice# 345709

Services in connection with the following:

ROBERT F AUCONE:
4/13/07 Review Alter deposition                    .70              210.00
                                                                 -----------
INVOICE TOTAL                                              $        210.00
                                                                 ===========

Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

*Thank you for your business!*

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283  Fax 417 831-4763

RB-EX 01890



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

| AMOUNT ENCLOSED |
|---|
| $ |

I N V O I C E

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:    3/15/07
Page:         1
003958-320150

Return Top Portion With Payment

---

Date:  3/15/07                    Client# 003958  Invoice# 320150

BALANCE FORWARD    $      244.62

Services in connection with the following:



ROBERT F AUCONE:
2/6/07 Review report; change appropriate documents to
attach to report; respond to e-mail.                          420.00
2/9/07 Finalize report; e-mail to Rick.                       120.00
2/16/07 Review expert disclosures and Koehler and
Cross reports.                                                330.00
                                                        ---------------
INVOICE TOTAL                                      $         870.00
                                                        ---------------
BALANCE DUE                                        $       1,114.62
                                                        ===============

Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

*Thank you for your business!*

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283  Fax 417 831-4763

RB-EX 01891



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

| AMOUNT ENCLOSED |
|---|
| $ |

RITA M BANK
C/O ROSS DIXON & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:   1/09/07
Page:        1
003958-297431

Return Top Portion With Payment

---

Date:  1/09/07                           Client# 003958  Invoice# 297431

                              BALANCE FORWARD    $      9,560.00
                                                 ---------------

Services in connection with the following:

LARRY R GAMBRELL:
12/14/06 Review report for B Aucone and comment;
discussion with B Aucone and review information
received re: damage calculations.         1.00        210.00
12/18/06 Review revised report to B Aucone and
comment.                                              168.00
ROBERT F AUCONE:
12/12/06 Begin review of additional documents
received.                                 1.40        420.00
12/13/06 Continue review of documents; begin
analysis and consideration of report organization
and content.                              3.70      1,110.00
12/14/06 Continue work on report draft.   3.20        960.00
12/19/06 Continue review of documents; work on
draft report.                             5.40      1,620.00
12/22/06 Continue working on draft report. 5.20     1,560.00

Clerical and report typing.               7.00        700.00
                                                 ---------------
         INVOICE TOTAL                    $         6,748.00
                                                 ---------------
         BALANCE DUE                      $        16,308.00
                                                 ===============

  Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO  65801-1900
Phone  417 831-7283  Fax 417 831-4763

RB-EX 01892