# EXHIBIT 5

## Rosslyn Samuels

**From:** Meredith Werner
**Sent:** Wednesday, September 05, 2007 3:49 PM
**To:** 'Toni Dimaggio'
**Subject:** RE: Stiglitz v. Bank

Toni,
We are still working on pulling together the dates. I will let you know as soon as I know something further.
Michael Cragg was not designated as an expert. The deadline for designating experts and submitting expert reports is long past. If you submit his report, we will be forced to move to preclude him from testifying.
Thanks,
Meredith

---

**From:** Toni Dimaggio [mailto:TDimaggio@wstlaw.com]
**Sent:** Wednesday, September 05, 2007 2:24 PM
**To:** Meredith Werner
**Subject:** RE: Stiglitz v. Bank

Meredith-
I tentatively scheduled Glen Lewis for November 15th at his office and Marcy Wachtel for November 12th (Veteran's Day) in NY. Let me know if I can confirm both dates with the experts. Also, I should have Michael Cragg's expert report to you within the next 2 weeks. Do you want to schedule a tentative date for him? Any word on your experts' availability?
-Toni

---

**From:** Meredith Werner [mailto:mwerner@rdblaw.com]
**Sent:** Monday, September 03, 2007 3:54 PM
**To:** Toni Dimaggio
**Subject:** RE: Stiglitz v. Bank

Toni,
We could do Nov. 5, 6, 12, 13, 14, 15. I am checking with our experts regarding their availability. The carrier has advised us that it plans to send a representative.
Thanks,
Meredith

---

**From:** Toni Dimaggio [mailto:TDimaggio@wstlaw.com]
**Sent:** Friday, August 31, 2007 11:02 AM
**To:** Meredith Werner
**Subject:** Stiglitz v. Bank

Meredith-
I just spoke with Glen Lewis' associate regarding locking in some dates for expert witness depositions in the Stiglitz v. Bank matter. Can you send me your availability for the first 2 weeks in November as well as the availability for your experts. In the event we cannot settle on the 24th, I want to make sure we do not have to scramble for dates. Also, can you confirm that the carrier will be present with authority on the 24th? Thanks.

9/5/2007

-Toni-Ann DiMaggio  
Whitworth & Trunnell, PA  
2101 Defense Highway  
Crofton, Maryland 21114  
(410) 721-7169, ext 20  
(301) 261-0114 fax

9/5/2007