IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| RITA M. BANK, ) | |
| Defendant. ) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by their undersigned counsel, hereby stipulate and agree that the Plaintiff, Joseph E. Stiglitz shall have up to and including Friday, December 14, 2007, in which to file an opposition to Defendant Rita Bank's Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics addressed in the Report, and the Defendant, Rita Bank, shall have up to and including Friday, January 4, 2008, in which to file a reply to Plaintiff Joseph E. Stiglitz's Opposition to Defendant Rita Bank's Motion to Strike the Expert Report f Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics.

Respectfully submitted,

DATED: December 10, 2007

    s/ David G. Whitworth, Jr.
David G. Whitworth, D.C. Bar No. 224139
Toni-Ann DiMaggio, D.C. Bar No. 490860
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, MD 21114
Phone: (410) 793-3977
*Attorneys for Plaintiff*

DATED: December 10, 2007         s/ Richard A. Simpson
                                                              Richard A. Simpson, D.C. Bar No. 411893
                                                              Charles A. Jones, D.C. Bar No. 449127
                                                              Meredith E. Werner, D.C. Bar No. 493455
                                                              ROSS, DIXON & BELL, LLP
                                                              2001 K Street, N.W.
                                                              Washington, D.C. 20006-1040
                                                              Phone: (202) 662-2000
                                                              Fax: (202) 662-2134
                                                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Stipulation for Extension of Time was filed electronically with the Court on December 10, 2007.

                                                               s/ David G. Whitworth, Jr.
                                                              David G. Whitworth, D.C. Bar No. 224139