# EXHIBIT B

# ROSS, DIXON & BELL, LLP

2001 K Street, N.W. • Washington, D.C. 20006-1040 • p (202) 662-2000  f (202) 662-2190

RICHARD A. SIMPSON
DIRECT DIAL: (202) 662-2035
EMAIL: RSIMPSON@RDBLAW.COM

MEREDITH WERNER
DIRECT DIAL: (202) 662-2053
EMAIL: MWERNER@RDBLAW.COM

December 4, 2006

**VIA EMAIL AND FIRST-CLASS MAIL**

David G. Whitworth, Jr., Esq.
Toni-Ann DiMaggio
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114

Re:     Stiglitz v. Bank, Civil Action No. 05-1826 RJL

Dear David and Toni-Ann:

We received your Expert Witness Designation, which included designations of John R. Johnson of BST Valuation & Litigation Advisors and Michael I. Cragg of Cambridge Finance Partners as experts. Your designation does not disclose any opinions of these experts regarding the damages allegedly sustained by Mr. Stiglitz in this case, but rather refers to the expert reports presented by these gentlemen in the underlying litigation in New York. Under these circumstances, we believe that you are precluded from eliciting opinions at trial from Messrs. Johnson and/or Cragg regarding damages allegedly sustained by Mr. Stiglitz as result of the alleged malpractice by Ms. Bank, or any other opinions that go beyond the opinions disclosed in the expert reports in the underlying litigation.

Sincerely,

ROSS, DIXON & BELL, LLP

By: _____
Richard A. Simpson
Meredith Werner

cc: Charles A. Jones