# EXHIBIT C

## Toni Dimaggio

**From:** Toni Dimaggio
**Sent:** Tuesday, April 10, 2007 10:44 AM
**To:** 'Meredith Werner'
**Subject:** RE: Stiglitz v. Bank

Meredith-
I propose the following:
Glen Lewis 6/6/07 10 a.m. at his office
Marcy Wachtel 6/8/07 10 a.m. in NY at her office Armin Kuder 6/11/07 10 a.m.
Catherine Ross 6/12/07 10 a.m.
Bob Aucone 6/12/07 1 p.m.

Where would you like to conduct the Kuder, Ross, and Aucone depositions? Preferably, we should conduct Ross and Aucone at the same place. Potentially we will call Michael Cragg and John Johnson as experts as well....can we schedule their depositions at a later date if necessary?

Let me know if this works for you. Once we finalize the schedule, are you planning on drafting an amended scheduling order?
-Toni