# EXHIBIT D

**Toni Dimaggio**

| | |
|---|---|
| **From:** | Meredith Werner [mwerner@rdblaw.com] |
| **Sent:** | Wednesday, April 11, 2007 5:26 PM |
| **To:** | Toni Dimaggio |
| **Subject:** | Stiglitz v. Bank |

Toni,

    This schedule is acceptable to us, with a few caveats. I need to confirm that our experts are still available on these dates, I did not ask them to hold any dates and need to do so.

    As you know, we do not believe that either Mr. Cragg or Mr. Johnson were properly designated as experts in connection with this matter. In the hopes of avoiding an unnecessary conflict, we agree that we should defer scheduling any depositions of those individuals until such time as you decide that you do wish to call them as experts in this case and the court rules that you may do so.

    We are willing to pay for the time of your experts in deposition and ask that you agree to pay for our experts' time in deposition. Each party should be responsible for the preparation time of its own experts. The depositions of Mr. Kuder and Professor Ross will take place in our office. The deposition of Mr. Aucone, who works and resides in Denver, Colorado, will take place in our office, provided that you are willing to pay his reasonable travel expenses.

    Finally, I am willing to draft and file a motion to revise the scheduling order. I think it makes sense to simply extend time to take the expert depositions of the five individual experts. To make it more palatable for the court, I would provide the dates and times of the depositions.

    Let me know if the above is agreeable and I will confirm the dates with our experts.

Thanks,
Meredith