# EXHIBIT E

**To:** Meredith Werner
**Subject:** RE: Stiglitz v. Bank

Meredith-
I tentatively scheduled Glen Lewis for November 15th at his office and Marcy Wachtel for November 12th
(Veteran's Day) in NY.  Let me know if I can confirm both dates with the experts.  Also, I should have Michael
Cragg's expert report to you within the next 2 weeks.  Do you want to schedule a tentative date for him?  Any
word on your experts' availability?
-Toni