# EXHIBIT F

## Toni Dimaggio

**From:** Meredith Werner [mwerner@rdblaw.com]
**Sent:** Wednesday, September 05, 2007 3:49 PM
**To:** Toni Dimaggio
**Subject:** RE: Stiglitz v. Bank

Toni,
We are still working on pulling together the dates. I will let you know as soon as I know something further.
Michael Cragg was not designated as an expert. The deadline for designating experts and submitting expert reports is long past. If you submit his report, we will be forced to move to preclude him from testifying.
Thanks,
Meredith