# EXHIBIT G

LAW OFFICES
# WHITWORTH & TRUNNELL, P.A.
2101 DEFENSE HIGHWAY
CROFTON, MARYLAND 21114

DAVID G. WHITWORTH, JR *
RICHARD R. TRUNNELL +
RODNEY C. WARREN
TONI-ANN DiMAGGIO*
LISA B. HALL

OF COUNSEL:
MARIE S. PALMQUIST

*ALSO MEMBER OF DISTRICT OF COLUMBIA BAR
+ALSO MEMBER OF PENNSYLVANIA BAR

(301) 261-0035 (WASH.)
(410) 721-7169 (ANNAP.)
(410) 793-3977 (BALT.)
(866) 328-0600 (TOLL FREE)
(301) 261-0114 (FAX)
(410) 793-0291 (FAX)

October 29, 2007

Meredith Werner
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, D.C. 20006-1040

RE:   *Joseph Stiglitz v. Rita Bank*
      Case No.: 05-1826 RJL
      Our File No.: 04,115.1

Dear Ms. Werner:

Please accept this letter as an informal supplement to Plaintiff's Expert Designation.

As previously set forth in Plaintiff's Expert Designation, Plaintiff has retained Michael I. Cragg as a financial expert. Mr. Cragg has reviewed the following documents in preparation of his expert report:

July 21, 2006 Deposition of Joseph Stiglitz
Plaintiff's Responses to Interrogatories
Plaintiff's First Supplemental Responses to Interrogatories
Plaintiff's Second Supplemental Responses to Interrogatories
2002 Federal and State Tax Returns of Joseph Stiglitz
2003 Federal and State Tax Returns of Joseph Stiglitz
2004 Federal and State Tax Returns of Joseph Stiglitz
2005 Federal and State Tax Returns of Joseph Stiglitz
April 17, 2002 letter from Rita M. Bank to Sanford K. Ain and Darryl A. Feldman
May 16, 2002 letter from Sanford K. Ain to Rita M. Bank and Sharon R. Siegel with Assets Summary (exhibit 18 to Stiglitz April 21, 2006 deposition)
May 31, 2002 letter from Daryl A. Feldman to Rita M. Bank with Assets Summary (exhibit 18 to Stiglitz April 21, 2006 deposition)

July 2, 2002 letter from Rita M. Bank to Sanford Ain and Darryl Feldman with Draft of Separation and Property Settlement Agreement (exhibit 19 to Stiglitz April 21, 2006 deposition)
August 28, 2002 letter from Rita M. Bank to Sanford K. Ain and Darryl A. Feldman with Complaint for Absolute Divorce
Supreme Court of the State of New York, County of New York, Index No.: 350584/02, Stipulation of Settlement, August 4, 2004
March 3, 2003 Deposition Transcript of Jane Hannaway, 30 pages, word index & errata sheet
October 22, 2003 Deposition Transcript of Jane Hannaway, 30 pages & word index
April 25, 2004 Deposition Transcript of Joseph Stiglitz, 209 pages, word index & errata
May 1, 2003 Deposition Transcript of Joseph Stiglitz, 395 pages, word index & errata
May 20, 2003 Deposition Transcript of Joseph Stiglitz, 632 pages, word index & errata sheet
July 14, 2003 Deposition Transcript of Joseph Stiglitz, 792 pages, word index & errata sheets
October 21, 2003 Deposition Transcript of Anya Schifftin, 242 pages, word index
Deposition Transcript of Alton Abramowitz and Exhibits
Settlement Sheet for sale of the Kingston, New Jersey property

In accordance with Federal Rule of Civil Procedure 26(b)(4) over the last four (4) years, Mr. Cragg testified at trial or in a deposition as an expert witness in the matter of Penick Corporation before the United States Department of Justice, Drug Enforcement Agency. Mr. Cragg is currently employed on the Plaintiff's behalf at an hourly rate of Four Hundred Dollars ($400.00) per hour. Further, Mr. Cragg's full list of publications is detailed in his Curriculum Vitae which is attached.

I have enclosed the following documents related to Mr. Cragg's expert services which have been bates labeled as follows:

MC001 to MC003 – Expert Reports
MC004 to MC007 – Curriculum Vitae
MC008 to MC050 – Correspondence

Thank you for your time and attention to this matter. Please feel free to contact me with any questions or concerns.

Sincerely,

Toni-Ann DiMaggio

TAD/jlm
Enclosures
Cc: Joseph Stiglitz (w/o encl.)