# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH E. STIGLITZ,                    )
                                       )
            Plaintiff,                 )
                                       )
                                       )      Civil Action No. 05-1826 RJL
                                       )
RITA M. BANK,                          )
                                       )
            Defendant.                 )
                                       )

**AMENDED NOTICE OF DEPOSITION *DUCES TECUM*
AND *DE BENE ESSE* OF ROBERT F. AUCONE**

COMES NOW the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel,

David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and pursuant to

Rules 30 and 45of the Federal Rules of Civil Procedure and Rules 26.2 and 30.1 of the Local

Rules for the United States District Court for the District of Columbia hereby notices the

Deposition of Robert F. Aucone, CPA, for Tuesday, November 13, 2007, at 11:00 a.m., via

videoconferencing, at the offices of Robert F. Aucone & Associates, 1999 Broadway # 3200,

Denver, Colorado 80202. The deposition will be conducted for purposes of discovery and/or as

evidence in this matter, before a videographer, court reporter or other person duly authorized to

administer oaths, and in accordance with the Federal Rules of Civil Procedure and the Local

Rules for the District of Columbia.

Respectfully submitted,

David G. Whitworth, Jr. (D.C. Bar #224139)
Toni-Ann DiMaggio (D.C. Bar #490860)
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(410) 793-3977
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19__ day of September, 2007, a copy of the foregoing Amended Notice of Deposition Duces Tecum and De Bene Esse of Robert F. Aucone was sent via first class mail to: Meredith Werner, Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040.

Toni-Ann DiMaggio (D.C. Bar #490860)