# EXHIBIT J



```
                                        901 E. St. Louis Street, Suite 1800
                                        P.O. Box 1900
                                        Springfield, MO 65801-1900
                                        417 831-7283  Fax 417 831-4763

                                        BKD Tax ID#: 44-0160260

                                        ┌─────────────────────┐
                                        │  AMOUNT ENCLOSED    │
              I N V O I C E             ├─────────────────────┤
                                        │ $                   │
                                        └─────────────────────┘

        RITA M BANK
        C/O ROSS DIXION & BELL LLP
        RICHARD A SIMPSON ESQ
        2001 K ST NW
        WASHINGTON DC 20006-1040        Date: 12/11/06
                                        Page:         1
                                        003958-289371
```

Return Top Portion With Payment

--------------------------------------------------------------------

Date: 12/11/06                    Client# 003958  Invoice# 289371

Services in connection with the following:

ROBERT F AUCONE:
10/12/06 Preliminary review of documents received
via e-mail; arrange for printing and archiving;
set-up files.                                    2.60         780.00
10/16/06 Begin detail review of documents; discuss
scope of work with Merideth.                     4.70       1,410.00
10/17/06 Work on file and continue review of
documents.                                       1.80         540.00
11/07/06 Complete review of correspondence; begin
detail review of Stiglitz deposition of
April 21, 2006.                                  2.80         840.00
11/08/06 Complete review of Stiglitz deposition of
April 21, 2006 and deposition exhibits.          3.70       1,110.00
11/09/06 Review Stiglitz deposition of
July 21, 2006 and exhibits.                      4.30       1,290.00
11/10/06 Review Bank deposition of
April 20, 2006.                                  4.20       1,260.00
11/13/06 Review Bank deposition of
August 17, 2006.                                 2.40         720.00
11/16/06 Review various sources re: expert
testimony and adequate documentation; review file
in preparation for conference call.              2.20         660.00
11/17/06 Conference call with Rick Simpson, Tony
Jones and Meredith Werner; work on file.         1.80         540.00

*Thank you for your business!*
BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283  Fax 417 831-4763

RB-EX 01888



901 E. St Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

AMOUNT ENCLOSED
$

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date: 12/11/06
Page:      2
003958-289371

Return Top Portion With Payment

---

Date: 12/11/06                    Client# 003958  Invoice# 289371



11/18/06 Review e-mails received; preliminary
review of documents attached                                          360.00
set-up.

Correspondence                                                         50.00
                                                                  -----------
            INVOICE TOTAL                                      $    9,560.00
                                                                  ===========

Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

**Thank you for your business!**

BKD, LLP, 901 E St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283 Fax 417 831-4763

RB-EX 01889



901 E. St Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

AMOUNT ENCLOSED
$

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:  5/08/07
Page:       1
003958-345709

Return Top Portion With Payment

Date:  5/08/07                     Client# 003958 Invoice# 345709

Services in connection with the following:

ROBERT F AUCONE:
4/13/07  Review Alter deposition               .70           210.00
                                                      ---------------
         INVOICE TOTAL                          $            210.00
                                                      ===============

    Invoices are due upon receipt unless detailed in your engagement
    letter. A service charge is assessed on accounts 45 days past due.

*Thank you for your business!*

BKD, LLP, 901 E St Louis Street, Suite 1800, P.O Box 1900, Springfield, MO 65801-1900
           Phone  417 831-7283  Fax 417 831-4763

RB-EX 01890



901 E. St Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

| AMOUNT ENCLOSED |
|---|
| $ |

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:  3/15/07
Page:        1
003958-320150

Return Top Portion With Payment

Date:  3/15/07                        Client# 003958  Invoice# 320150

                                      BALANCE FORWARD    $       244.62

Services in connection with the following:

ROBERT F AUCONE:
2/6/07 Review report; changes; update documents to
attach to report; respond to email                              420.00
2/9/07 Finalize report; e-mail to Rick                          120.00
2/16/07 Review expert disclosures and understand
Cross reports                                                   330.00



              INVOICE TOTAL                              $       870.00

              BALANCE DUE                                $     1,114.62
                                                         ===============

Invoices are due upon receipt unless detailed in your engagement
letter. A service charge is assessed on accounts 45 days past due.

**Thank you for your business!**

BKD, LLP, 901 E. St Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO 65801-1900
Phone 417 831-7283  Fax 417 831-4763

RB-EX 01891



901 E. St. Louis Street, Suite 1800
P.O. Box 1900
Springfield, MO 65801-1900
417 831-7283  Fax 417 831-4763

BKD Tax ID#: 44-0160260

I N V O I C E

| AMOUNT ENCLOSED |
|---|
| $ |

RITA M BANK
C/O ROSS DIXION & BELL LLP
RICHARD A SIMPSON ESQ
2001 K ST NW
WASHINGTON DC 20006-1040

Date:  1/09/07
Page:       1
003958-297431

Return Top Portion With Payment

Date:  1/09/07                              Client# 003958  Invoice# 297431

                              BALANCE FORWARD    $      9,560.00

Services in connection with the following:

LARRY R GAMBRELL:
12/14/06 Review report for B Aucone and comment;
discussion with B Aucone and review information
received re: damage calculations.            1.00              210.00
12/18/06 Review revised report from B Aucone and
comment.                                      .80              168.00
ROBERT F AUCONE:
12/12/06 Begin review of additional documents
received.                                    1.40              420.00
12/13/06 Continue review of documents; begin
analysis and consideration of report organization
and content.                                 3.70            1,110.00
12/14/06 Continue work on report draft.      3.20              960.00
12/19/06 Continue review of documents; work on
draft report.                                5.40            1,620.00
12/22/06 Continue working on draft report.   5.20            1,560.00

Clerical and report typing.                  7.00              700.00
                                                         ---------------
              INVOICE TOTAL              $              6,748.00
                                                         ---------------
              BALANCE DUE                $             16,308.00
                                                         ===============

   Invoices are due upon receipt unless detailed in your engagement
   letter. A service charge is assessed on accounts 45 days past due.


**Thank you for your business!**

BKD, LLP, 901 E. St. Louis Street, Suite 1800, P.O. Box 1900, Springfield, MO  65801-1900
Phone  417 831-7283  Fax 417 831-4763

RB-EX 01892