IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER DENYING DEFENDANT RITA BANK'S MOTION TO STRIKE THE EXPERT REPORT OF MICHAEL CRAGG AND TO PRECLUDE MICHAEL CRAGG FROM TESTIFYING TO ANY OF THE TOPICS ADDRESSED HIS REPORT**

Upon consideration Defendant Rita Bank's Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics addressed in the Report, the Memorandum of Law in Support and in consideration of Plaintiff Joseph E. Stiglitz's Opposition to Defendant Rita Bank's Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics addressed in the Report, and accompanying Memorandum of Law in Support, it is this _____ day of _____, 200\_\_ hereby

ORDERED, that Defendant Rita Bank's Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics addressed in the Report is DENIED; and it is further

ORDERED, Michael Cragg shall be able to testify as to any of the topics addressed in his October 29, 2007 and November 9, 2007 reports; and it is further

ORDERED, the Plaintiff shall submit Michael Cragg to the Defendant for deposition.

                                                                                                             _____

Judge, U.S. District Court for the District of Columbia