IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| RITA M. BANK, ) | |
| Defendant. ) | |

### REQUEST FOR HEARING

The Plaintiff, Joseph E. Stiglitz (hereinafter referred to as "Stiglitz" or "Plaintiff"), by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and Linda M. Hamilton, and hereby files this Request for Hearing on Plaintiff's Opposition to Defendant Rita Bank's Motion to Strike the Expert Report of Michael Cragg and to Preclude Michael Cragg from Testifying to any of the Topics addressed in the Report.

Dated: December 14, 2007                Respectfully submitted,

                                                  s/ David G. Whitworth, Jr.
                                      David G. Whitworth, D.C. Bar No. 224139
                                      Toni-Ann DiMaggio, D.C. Bar No. 490860
                                      WHITWORTH & TRUNNELL, P.A.
                                      2101 Defense Highway
                                      Crofton, MD 21114
                                      (410) 793-3977
                                      dwhitworth@wstlaw.com
                                      tdimaggio@wstlaw.com

                                                            s/ Linda M. Hamilton  
                                    Linda M. Hamilton, D.C. Bar No. 336446  
                                    1300 Mercantile Lane, Suite 149  
                                    Largo, Maryland 20774  
                                    (301) 925-7833  
                                    PGLAWI@aol.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, David G. Whitworth, Jr., hereby certify that a copy of the foregoing Request for Hearing was filed electronically with the Court on December 14, 2007.

                                              s/ David G. Whitworth, Jr.  
                                    David G. Whitworth, D.C. Bar No. 224139