# EXHIBIT 1

FINAL 3/9/04

SUPREME COURT OF THE STATE OF NEW
YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------X

JANE HANNAWAY,

                 Plaintiff,

    - against -

JOSEPH EUGENE STIGLITZ,

                 Defendant.

-------------------------------------------------------------------X

Assigned to Justice
Joan B. Lobis

IAS Part 20

Index No. 350584/02


# EXPERT REBUTTAL REPORT OF MICHAEL CRAGG

## Statement of assignment

1.  I have been asked to review and analyze the expert report of John Johnson dated January 23, 2004. I have assessed Johnson's underlying methodology and the assumptions required to implement it.

## Documents and Sources

2.  I have reviewed additional materials including:

    a)  Tax returns for Anya Schiffrin

    b)  Past valuation reports of John Johnson

    c)  Stiglitz's preliminary tax return information for 2003

## Analysis and Conclusions

3.  In my original report, I found no basis for enhancement. Johnson's report does not change my opinion and in fact, after correcting for the errors in his analysis, I find that his report and analysis corroborates my conclusion that there is no reasonable economic basis for concluding that Stiglitz's earnings in 2002 or any other year since Commencement are enhanced or likely to be enhanced.

4.  I agree with Johnson's conclusion that by the time Stiglitz was married, he was an academic superstar. Johnson claims that Stiglitz's earning capacity was enhanced by joining the President's Council of Economic Advisors (CEA) and by winning the Nobel Prize – I disagree. The Nobel is a Prize that even Johnson acknowledges is based substantially on work pre-marriage. Joining the CEA is also an award – the President only chooses someone to be his primary economic advisor when they have the human capital necessary to provide trustworthy advice. Johnson appears to have the causality exactly backwards. Joining the CEA and receiving the Nobel Prize do not increase human capital (and hence earnings capacity) but are instead the result of having an exceptional level of human capital. They are given in recognition of pre-existing levels of human capital and abilities.

5.  Ignoring for the moment, this glaring logical flaw in Johnson's argument, his task, then, is to identify the *normal career progression of an academic superstar*. While recognizing that this is a difficult task,

2

there is a class of individuals in economics which, by the time they have reached 40, have been acknowledged as the profession's superstars – these are the winners of the John Bates Clark Medal, which Stiglitz received within months of his marriage. An examination of the careers of John Bates Clark Award winners shows that their *normal career progression* entails winning additional awards, including the Nobel Prize, and substantial additions to their academic incomes from consulting and speaking. Stiglitz's own career, with substantial receipt of consulting income prior to Washington and prior to receipt of the Nobel Prize, exhibits this pattern. Remarkably, Johnson treats all of Stiglitz's non-academic income in 2002 as enhancement – this is a clear mistake, Stiglitz's non-academic income before going to Washington was substantial, with him regularly doubling or almost tripling his university income.

6.  Johnson exhibits a lack of understanding about how academic superstars are compensated. In addition to cash income, the academic elite are compensated by their university employers through a variety of pecuniary and non-pecuniary arrangements. Such emoluments include reduced teaching loads, administrative assistance, travel grants, housing subsidies, school and university tuition waivers or assistance, and sabbatical leave. Direct cash subsidies to 9-month base compensation can include summer support of 2 or 3 months additional pay and plum executive teaching supplements. Finally, packages can include joint employment for a spouse who might not otherwise get a job at that university. The "package" offered by each university differs according to the marginal cost to the university, the local cost-of-living, tax rates and differences in the university's stature with lower stature universities or business schools having to pay more to recruit the superstars. A university rich in land and housing may offer in-kind housing while a university rich in financial resources may instead offer subsidized mortgages. Like Columbia, Princeton and Stanford both offered generous housing support to Stiglitz as well as the highest possible cash support. In addition, a variety of other forms of compensation were offered. The importance of this is that Johnson states in measuring Stiglitz baseline compensation that he was deserving of the highest university compensation. But while recognizing that Stiglitz's base salary at Columbia represented the natural continuation of his career (and hence not part of any putative enhancement), Johnson fails to recognize

3

that this is true of other components of both Stiglitz's academic (Columbia) compensation. Most importantly, Johnson includes no non-academic (speaking, consulting, and writing) income in measuring Stiglitz's baseline even though these too are the natural evolution of an elite academic economist.

7.    Johnson's primary analytical issue should be determining what is Stiglitz's earning capacity before the putative enhancement from his Washington experience and the Nobel Prize. The problem for Johnson is to quantify Stiglitz's earnings capacity given he always had the ability to undertake lucrative consulting and speaking engagements, but chose to do so in a limited manner. It is difficult to measure baseline earnings capacity when Stiglitz was clearly not maximizing his income potential. To do so requires experience with the income earning activities available to superstar economists. Johnson does not have such first hand experience about the careers of economists to execute this analysis.

8.    As an academic superstar in the late 1970s through the 1990s, Stiglitz was coveted as a speaker or consultant by countless institutions, but chose instead to focus on his academic pursuits. Stiglitz's choice to only limitedly engage in outside financial engagements should not obscure the fact that he was a highly prized consultant - after all, there must have been a reason that he was chosen for a cabinet-level post in the Clinton White House.[1] Johnson is measuring actual wages, and assuming that any difference between Stiglitz's realized income before, during and after marriage is a result of enhancement. Johnson ignores the plain fact that if someone has unrealized capacity to maximize their income before the event defining enhancement, then the baseline will be underestimated. It is clear that Stiglitz could have earned more income before he went to Washington. (This point is further clarified when Stiglitz went to Washington and his income dropped dramatically. Johnson's methodology, in which earnings are equated with earnings capacity, would suggest that this reflected a drop in Stiglitz's earnings capacity. Stiglitz's earning capacity clearly did not decrease over night, as a result of some calamitous event, nor as he subsequently moved from the Council of Economic Advisers to the World Bank, to Brookings, to

---

[1] The CEA chairmanship is not just a fortuitous event, but is based on previously accumulated human and intellectual capital and standing.

4

Stanford, and finally to Columbia, did his earnings capacity fluctuate markedly in line with the changes in his income.)

9. In my opinion, Stiglitz's increased income after marriage is a result of utilizing capacity that was always present, not of any enhancement in capacity. Furthermore, I see no evidence of enhanced capacity as a result of the marriage. Stiglitz has varied over time in the degree to which he chooses to take advantage of his revenue generating ability.

10. Johnson asserts that enhancement is due to the Washington experience and the Nobel Prize <u>and not to any career progress up to the time Stiglitz went to Washington</u>. Given that he acknowledges that Stiglitz was already an academic superstar and would be awarded as such by universities, his task is reduced to measuring the impact of the Washington years and the Nobel Prize on Stiglitz's non-university income. But Stiglitz already earned substantial non-university income (two to three times his academic income in the late 1980s and early 1990s) and therefore Johnson must identify the fraction of Stiglitz's post-commencement non-university income due to the Washington experience and the Nobel Prize. But Johnson has made no effort to do so since <u>he assumes that ALL of Stiglitz's post-commencement non-academic income is due to the Washington experience and Nobel Prize</u>.

11. The underlying causality of Johnson's theory is severely flawed (or at least unsubstantiated). If, as asserted by Johnson, the Washington experience is the only source of value for Stiglitz prior to the Nobel Prize, then he should provide a theory that explains why Stiglitz was chosen to be on the President's Council of Economic Advisors. An alternative view of what Johnson might be claiming – he does not seem to claim that the years in Washington had a transformative effect on Stiglitz's ability to be an economist – is that the Beltway experience somehow converted Stiglitz to "celebrity status" and that celebrity status enabled him to earn enhanced earnings. Johnson fails to provide a factual basis for this interpretation of his theory:

   a) He does not show that Stiglitz is in fact a celebrity;

   b) He does not show that Stiglitz's path was different from any other John Bates Clark Award winner, since after all a large fraction of them enter into wider public life and make substantial sums absent such experience;

c) He does not show that there is any connection between any enhanced earnings capacity and any putative celebrity experience arising from the Beltway experience;

The kinds of consulting cases which Stiglitz undertook after Washington are exactly of the kind he undertook before going to Washington. He is hired for the depth of his analysis and the clarity of his exposition, amply demonstrated in the expert reports and trial testimony in those cases before and after Washington – the very same skills that led to his selection for a life in the White House and the very same skills that create demand for his public speaking.

12. Any putative enhancement identified by Johnson is of the type that will rapidly decay. "Washington experience" has a very short shelf life, as the political and economic landscape changes, as contacts from Washington leave office, and the Administration changes. The recent 2002 up-tick in Stiglitz's realized income is due to his refocused efforts, the Nobel Prize and the success of his recent commercial publications, the opportunities from which will also rapidly decay, as evidenced by the significant downturn in his actual 2003 income, and speaking assignments for 2004. It is not credible for Johnson to assume that the enhancement he identified will live on in perpetuity – particularly through age 80!

13. The Nobel Prize is not human capital. It is recognition of pre-existing human and intellectual capital, though, of course, it is possible that this recognition changes the return on human capital. Johnson has the onus to parse out the return to the Prize as pre- or post-marriage. But this requires that he also parse out the Prize from the Washington experience. In focusing on 2002 income, he has the additional onus of parsing out that part which is the consequence of efforts made *post-Washington*. He has done none of this. In not doing so, in simply assuming that any change in measured income is a result of events during the marriage, his estimate of enhancement is biased upwards.

14. In truth, the consulting Stiglitz does today is related neither to the Nobel Prize nor his Washington experience. He was already doing work on antitrust, valuation, and public finance prior to the receipt of the Nobel Prize and going to Washington, and in many areas, prior to the marriage. His clients included major law firms, the World Bank and government entities – all before going to DC. The only consulting assignment I have

6

identified that might be related to his Washington experience is for Sbego, but this was only 7 percent of the total other income in 2001, 14 percent in 2002, and 0 percent in 2003.

15.  I find that Johnson's method for identifying the value of putative enhancement is flawed, and its application and his conclusions are seriously deficient. His method for measuring the degree of enhancement relies on comparing an estimate of baseline earnings (without enhancement) to an estimate of top-line earnings (with enhancement) and calculating the present value of the risk-adjusted difference in these over time. I put aside the fundamental flaw, salient in this case, that *earnings provides a bad measure of earnings capacity, and therefore changes in earnings, no matter how adjusted, provide an unreliable measure of enhanced earnings capacity* (see paragraph 8 where I provide an example of the problem with equating actual earnings with earnings capacity). A carefully designed enhanced earnings capacity study would pay due attention to this discrepancy between earnings and earnings capacity, and how it changed over time, and how it is likely to change in the future. Johnson ignores this distinction.

   a)  Given that Johnson's assumes that the issue of enhancement is purely about non-university compensation, then his analysis can be simplified by focusing only on consulting and speaking fees.

   b)  Given Johnson's assertion that enhancement is due to the Washington experience and the Nobel Prize, it makes sense for him to use as a baseline the period immediately before Stiglitz went to Washington.

   c)  While I disagree with the assumptions of Johnson's present value analysis,[2] his LPE analysis followed by discounting can be summarized using a multiplier of 4.06. Whatever measure of annual enhancement that is developed by Johnson, taking the difference between top-line and baseline earnings through age 65, can simply be multiplied by 4.06 – a perfectly accurate

---

[2] Johnson's use of 3.2 percent discount rate is simply incorrect. Discount rates reflect risk and risk is related to income fluctuation. The use of a 3.2 discount rate is only appropriate for a risk free cash flow, but Stiglitz's income is highly variable and hence very risky. Johnson appears to recognize this when he stated, "From an economic and financial point of view, it is indisputable that the risk-free rate of interest does not capture the risks associated with the future earnings of professionals." Source: "Rochelle G. v. Harold M.G.: An Economic Analysis and Critique," by John R. Johnson and Robert W. Jones, *Family Law Review*, December, 1996 Vol. 28, No. 4, p. 8.

simplification of the LPE analysis coupled with discounting. I believe that the correct multiplier is 2.64 based upon the Kroll discount rate of 17 percent with 2.5 percent wage deflation. Therefore, the flawed assumptions in his present value calculations mean that any measure of enhancement he identifies must be reduced by 38 percent.

16.   The correct application of Johnson's analysis of expected post-commencement non-university income (top-line) relative to non-university income immediately before going to Washington (baseline) yields the following measure of enhancement. I only focus on non-university compensation since this is the only income source Johnson identifies as being enhanced. In my opinion, the following is the highest possible measure of enhancement that Johnson's method yields.

### Method 1: 1992 Baseline growth method

(i)   **1992 baseline:** Stiglitz's gross non-university income was $377,994[3] and net of expenses it was $294,253.[4] In 2002, these baseline non-university gross revenues would be $816,060 and baseline non-university net revenues would be $708,571.[5]

(ii)   **2002 top-line:** Stiglitz's actual gross non-university income after excluding the Nobel Prize was $779,008, but after expenses including half the payment to Schiffrin,[6] net non-university income was $511,525.[7]

(iii)   **After tax enhancement:** The difference between top-line and baseline income is negative $197,046. Therefore, there is no enhancement since top-line income is less than baseline income.

(iv)   **Present value of enhancement:** Not applicable. If the amount had been positive, it would be multiplied by at most 2.64.

---

[3] Line 1 of 1991 Schedule C (Bates #MR 001028) plus W-2s from the NBER and AEA.

[4] Line 29 of 1991 Schedule C (Bates #MR 001028)

[5] From 1985 to 2000 labor compensation for the top income earners grew 8 percent annually. I have increased expenses by 28.6 percent overall, representing inflation as measured by the growth in the CPI, 81.39 in 1992, and 104.4715 in 2002, and revenues by 8 percent annually, reflecting the increased return to skills over the 1980s and 1990s. The growth rate that equates net non-university income in 1992 (baseline) with net non-university income in 2002 (top-line) is 5.7 percent.

[6] The source for these income and expense figures is Johnson p.21. I have validated these numbers using Stiglitz's 2002 tax returns. Schiffrin provided real services to Stiglitz, and all of the payment should be included. Half is added back to arrive at a conservative estimate of enhancement.

[7] Total expenses from 2002 Schedule C of $356,052, plus the nondeductible share of meals and entertainment, $11,575, less half payment to Schiffrin of $100,144 equals total expenses of $267,483.

8

Method 2: Ratio of 1992 Net non-University Income to 1992
University income

(i) **1992 baseline:** Stiglitz net non-university income was
$294,253,[8] and wages from Stanford were $152,985. Net non-
academic wages were 192 percent of wages. Applying that to
2002 wages from Columbia of $365,790 imputes to baseline
2002 non-university net revenues of $703,563.

(ii) **2002 top-line:** Same as above, $511,525.

(iii) **After tax enhancement:** The difference between top-line and
baseline income is negative $192,038. Therefore, there is no
enhancement since top-line income is less than baseline income.

(iv) **Present value of enhancement:** Not applicable.

17. Thus, the maximum value that Johnson's method could yield for
Stiglitz's enhanced earnings up through age 65[9] is zero. It is hardly
surprising that Johnson's method, when properly applied, yields no
enhancement – after all, before the marriage, and before the move to
Washington, Stiglitz was an academic superstar – this is why he was
chosen to join the Clinton CEA and this is why he received the Nobel
Prize.

18. Above, I have calculated the maximum amount Johnson could possibly
have calculated for top-line earnings without making some obvious
adjustments. There are three obvious adjustments that must be made.

(i) The level of compensation made to Schiffrin should clearly be
adjusted upwards. Johnson's assumption that the presence of a
personal relationship between Schiffrin and Stiglitz means that
any payments to Schiffrin for editorial services are discretionary
is unfounded. I have added back half of the $200,287 paid to
Schiffrin, but certainly more could be appropriately added back.
This increases expenses and reduces top-line income by a
similar amount.

---

[8] See Method 1 above
[9] I have been asked by Counsel to calculate the present value of after-tax enhanced earnings through age 65
because counsel has not found any reported New York State Court decision which makes an award of
enhanced earning capacity beyond age 65. Should the Court require it, I can easily provide the relevant
multiplier for any termination age.

      (ii) Stiglitz's pattern of speaking in 2003 and 2004 makes clear that 2002 is the high water mark. Speaking fees in 2003 and 2004 appear to be at least $150,000 lower than in 2002. These two adjustments reduce top-line income by another $250,000.

      (iii) Johnson argues for a movement from cash accounting (as done with U.S. individual tax reporting) to a hybrid accrual and cash accounting based upon no recognized accounting method. Such a hybrid method is not a valid method of accounting and I see no reason to do anything but use the cash method.[10]

19. In the Appendix to this report, I show that, once human capital is treated similar to physical and financial capital (as it is with the theory of enhancement), then an issue arises as to how to value human capital that pre-dates marriage. In the Appendix, I have provided such a valuation for Stiglitz's savings.

20. Also in the Appendix to this report, I apply the Johnson method to Hannaway and show that his method finds substantial enhancement for Hannaway.

---

[10] One could use, in a consistent manner, cash to accrual accounting. This would require adjusting both baseline and top line earnings, and adjusting not only for income earned in each year, but paid in another year, but also for income paid in the given year, but earned in another year.

10

The opinions I express in this Expert Report are based upon the materials I have reviewed to date, and are subject to change in the event that additional materials become available to me.

March 9, 2004

_____

Michael I. Cragg, Ph.D.

11

SUPREME COURT OF THE STATE OF NEW
YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X     Assigned to Justice
                                                                          Joan B. Lobis

JANE HANNAWAY,
                                                                          IAS Part 20
                    Plaintiff,

        - against -
                                                                          Index No. 350584/02
JOSEPH EUGENE STIGLITZ,


                    Defendant.


-------------------------------------------------------------X


# APPENDIX:

# EXPERT REBUTTAL REPORT OF

# MICHAEL CRAGG

# Table of Contents

Summary........................................................................................................... 3
Valuation of returns to Human capital that stiglitz possessed prior to marriage ............... 3
Hannaway herself Experienced Enhanced Earnings Capacity According to Johnson's
Methodology ...................................................................................................... 5

## SUMMARY

1. As a superstar academic, going into the marriage Stiglitz had a level of pre-marital enhanced earnings that produced the bulk of savings during the marriage. Stiglitz saved $2.25 million during the marriage. If Stiglitz's saving behavior was similar, but his earnings were identical to that of an average professor, he would have saved only $604,425. Therefore, $1.6 million of the marital savings is due to human capital that pre-existed the marriage – this is the return amassed due to Stiglitz's superstar status at marriage.[1] The portion that is directly attributable to the segregated retirement accounts is $1.25 million.

2. Johnson's method for measuring enhanced earnings, when applied to Hannaway's career, indicates she experienced enhancement. The average value of Hannaway's post-commencement after-tax earnings arising from enhancement is $39,466 per year, or a present value of $204,444.[2]

# VALUATION OF RETURNS TO HUMAN CAPITAL THAT STIGLITZ POSSESSED PRIOR TO MARRIAGE

3. I understand that the theory of enhanced earnings capacity is based on the notion that parties to a divorce should not only divide the physical assets that they have accumulated during their marriage in a fair and equitable manner, but also new human capital created. There is a long literature in economics that recognizes the similarities between human and physical capital. An individual who has received a medical degree clearly has an earnings capacity that exceeds an individual that has not received that degree, and if the spouse contributed in a significant way to the "investment" in that degree, it is not unreasonable that the spouse should share the fruits of that investment.

4. Once Courts recognize the amount of new human capital created during the marriage, the Courts also must take into it into account the level of human capital *at the beginning of marriage*. However, once one acknowledges that human capital exists at the beginning of the marriage and that this capital generates income, a question exists as to what portion of this income should be credited as a return to separate property

---

[1] See Exhibit 1.
[2] To age 65. See Exhibits 3 and 4.

3

predating the marriage, especially if the savings so generated was not commingled with other savings.[3] It seems unlikely that a Court will credit income that is consumed since it no longer exists, but it could consider any assets that were created from income generated from separate property (human capital) that predates the marriage. The question then is: what portion of savings and assets accumulated during the marriage are attributable to pre-existing human capital?

5.   As I pointed out in my previous report, and as highlighted by Johnson, Stiglitz brought to this marriage not only a Ph.D., but an immense amount of human and intellectual capital, which enabled him to earn substantially more than the average professor. He held the Drummond Professorship at Oxford and received a contract with Princeton that placed him in the top-three at Princeton. The subsequent arrangement with Stanford was similar. This human capital can be valued and should, at least under the theory of enhancement, be treated as separate property.

6.   A simple method for measuring Stiglitz's earnings arising from preexisting human capital is a comparison between Stiglitz's income and that of an average professor, or even an average college graduate. Such a comparison shows that half or more of his earnings can be attributed to pre-marital accumulated intellectual and human capital. Conversely, more than two-thirds of the savings during the marriage can be attributed to this pre-existing human capital / separate property.[4]

7.   The value of Stiglitz's savings today, less the value of his pre-marital savings, is $2.25 million.[5] When applying Stiglitz's actual annual savings rates, including retirement assets and other non-real estate financial assets, to the earnings of an average college professor from 1979-2002, the college professor would have saved $604,425, or $1,644,456 less than Stiglitz actually saved. The average college graduate would have saved $604,730, or $1,644,151 less than Stiglitz. Therefore, we can conservatively estimate that Stiglitz's human capital that pre-existed before marriage generated $1.64 million in savings that

---

[3] Economic theory places less weight on theories of commingling than do standard legal doctrines, since funds are fungible.

[4] See Exhibit I.

[5] Does not include the 403(b) or 401(a) accounts, any Merrill Lynch account, Stiglitz's life insurance policy, the FERS-TSP Trust, or any assets in Hannaway's name, as the contribution history was unavailable. These assets, totaling $764,596 in Stiglitz's name and $922,005 in Hannaway's name, are removed from his actual savings.

4

would not have existed otherwise – from an economist's interpretation of the human capital theory that underlies the theory of enhancement, this is separate property.

8.   A similar analysis applied only to Stiglitz's retirement programs (which were not commingled), implies that of the $1.6 million saved for retirement by Stiglitz during the marriage, 79 percent, or $1.25 million[6] should be treated as separate property.[7]

## HANNAWAY HERSELF EXPERIENCED ENHANCED EARNINGS CAPACITY ACCORDING TO JOHNSON'S METHODOLOGY

9.   Johnson's method applied to Hannaway's career indicates that her earnings were enhanced by the marriage.

10.  I followed Johnson's enhancement analysis for Stiglitz and applied it to Hannaway.[8] The following steps were taken:

a)   First, baseline income was computed using two different methodologies:

(i)   Method 1 took Hannaway's 1979 income and grew it by 280.5 percent.[9] Realizing that her 1979 income was only $11,574, and 1980 was only $6,904, we used her 1981 income of $27,678 as her steady state 1979 income. Growing actual 1981 income (as if it occurred in 1979) at 280.5 percent yielded $105,313 as a baseline pre-tax assumption. Taxes were taken out, to arrive after-tax baseline income of $63,935.

(ii)  Method 2 viewed the natural progression of Hannaway to include a professorship at a major doctoral university. The 2002 wages of a tenured full-time professor at the average doctoral institution was $83,225,[10] or $52,962, after taxes.[11]

---

[6] This is a conservative estimate, because $656,464 of Stiglitz's retirement funds were excluded from this analysis due to incomplete contribution documentation.

[7] See Exhibit 2.

[8] See Exhibits 3 and 4. 1. Note that this analysis is conservative since Hannaway is younger, and a women, so that life and working expectancy might be higher. Also the nature of her job entails less physical strain.

[9] 280.5 percent growth is the same rate that Johnson applied to Stiglitz's income. From Johnson report, p. 18, it is the rate at which professor's salaries grew from 1980-2002.

[10] The NEA 2003 Almanac of Higher Education, 2001-2002 Faculty Salary Report, p. 2.

5

    (iii) Method 1 yields an after-tax baseline of $63,935. Method 2 yields an after-tax baseline of $52,962. The average of the two methods is $58,449.

b) Actual 2002 earnings of $164,310 were used as Hannaway's top-line income, as per Johnson. After tax top-line income was $97,915. After-tax enhancement (top-line minus baseline) using Method 1 was $33,980, using Method 2 was $44,952, and using an average of the two was $39,466.

c) The enhancement was then probability adjusted using the LPE analysis that Johnson employed. Some modifications had to be made from the one done for Stiglitz. Probabilities had to be adjusted for life based on the gender difference, and adjusted for participation and employment based on age and gender differences.

d) Finally, a discount rate had to be calculated and applied. Johnson used 3.2%, the risk-free rate and 2.5% wage inflation, and I follow his method (while not endorsing it). The results are:

| NPV of Enhancement to Age 65 | |
|---|---|
| Enhancement | 3.2% Discount Rate, 2.5% inflation |
| Method 1 - $33,980 | $176,025 |
| Method 2 - $44,952 | $232,865 |
| Average - $39,466 | $204,444 |

11. Note that from an economic standpoint, Hannaway entered the marriage with a much lower level of human and intellectual capital than I identified for Stiglitz in my prior report. Accordingly, there is less ambiguity about the source of her enhanced earnings.

---

[11] No estimate of other income is necessary because, Hannaway shows no record of having obtained outside consulting or summer research grants prior to marriage, and even during the marriage, prior to going to Washington.

The opinions I express in this Expert Report are based upon the materials I have reviewed to date, and are subject to change in the event that additional materials become available to me.

March 9, 2004

_____

Michael I. Cragg, Ph.D.

Exhibit 1
Valuation of Stiglitz's Pre-Marital Human Capital

**Stiglitz's wages and Savings Information**

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Stiglitz Total Gross Income | $30,941 | $71,539 | $118,944 | $155,573 | $144,853 | $120,807 | $162,040 | $207,774 | $19,459 | $381,352 | $526,283 | $400,821 |
| Expenses | (8,264) | 0 | (22,949) | (51,151) | (40,159) | (25,287) | (11,240) | (39,418) | (18,369) | 0 | (48,581) | (53,707) |
| Stiglitz Total net income | 22,677 | 71,539 | 95,975 | 104,410 | 104,795 | 94,680 | 150,800 | 168,356 | 146,190 | 361,352 | 478,702 | 347,915 |

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Savings | $11,604 | $52,014 | $19,676 | $22,623 | $15,542 | $31,409 | $41,150 | $39,766 | $98,535 | $7,222 | ($87,723) | |
| Stiglitz's actual savings rate, excluding real estate | 51.4% | 86.7% | 21.5% | 21.6% | 16.4% | 20.8% | 24.4% | 26.8% | 27.3% | 1.5% | -19.4% | |

| Stiglitz Total Gross Income | $463,898 | $530,976 | $205,277 | $198,242 | $210,154 | $196,691 | $339,423 | $441,620 | $438,044 | $738,727 | $759,000 | $1,493,462 |
| Expenses | (41,698) | (50,385) | (40,536) | | (31,490) | (36,814) | (61,099) | (108,421) | (108,510) | (140,583) | (89,285) | (386,652) |
| Stiglitz total net income | 427,200 | 480,592 | 244,770 | 138,242 | 178,664 | 159,777 | 285,324 | 333,199 | 377,365 | 565,160 | 670,615 | 1,137,410 |

| Savings | $5,045 | $3,227 | ($70,021) | $328,547 | $0 | ($40,000) | ($135,386) | ($60,000) | ($50,000) | $15,214 | ($40,000) | $0 |
| Stiglitz actual savings rate, excluding real estate | 1.9% | 1.7% | -28.6% | 237.7% | 0.0% | -25.0% | -46.5% | -31.5% | -15.9% | 2.6% | -5.9% | 0.0% |

**Version 1: Savings due to human capital based on projected savings of an average college professor**

| Income of College Professor | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $16,026 | $16,289 | $17,236 | $17,896 | $18,457 | $21,029 | $23,607 | $23,035 | $25,467 | $25,919 | $28,037 | $27,222 |

| New Savings | $8,237 | $14,120 | $3,670 | $3,217 | $3,394 | $3,452 | $4,817 | $5,650 | $6,839 | $8,822 | $392 | $55,208 |
| Prior Year Savings | | 8,237 | 23,329 | 29,782 | 34,994 | 44,768 | 53,603 | 64,733 | 78,002 | 94,045 | 111,084 | 125,508 |
| Capital Gains | | 972 | 2,723 | 3,511 | 4,595 | 5,283 | 6,313 | 7,638 | 9,204 | 11,017 | 13,212 | 14,817 |
| Total savings (assuming mid-year savings) | $8,237 | $23,329 | $29,782 | $36,470 | $44,768 | $53,603 | $64,733 | $78,002 | $94,045 | $111,084 | $125,508 | $135,118 |

| Stiglitz actual savings rate, excluding real estate | 51.4% | 86.7% | 21.5% | 17.0% | 21.5% | 18.4% | 20.0% | 24.4% | 26.8% | 27.3% | 1.5% | -19.4% |

| Income of College Professor | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $28,512 | $29,442 | $30,938 | $32,496 | $31,982 | $32,233 | $37,042 | $37,289 | $36,996 | $40,294 | $45,576 | $44,210 |

| New Savings | $964 | $510 | -$9,846 | $70,102 | $0 | -$5,874 | -$17,962 | -$11,761 | -$5,873 | $1,028 | -$2,858 | $0 |
| Prior Year Savings | 135,118 | 151,606 | 170,006 | 191,220 | 272,706 | 304,865 | 332,767 | 354,093 | 384,125 | 423,579 | 474,589 | 527,005 |
| Capital Gains | 15,644 | 17,890 | 20,061 | 21,384 | 32,178 | 35,976 | 39,289 | 41,763 | 45,327 | 49,982 | 56,002 | 62,283 |
| Total savings (assuming mid-year savings) | $151,606 | $170,006 | $181,020 | $272,706 | $304,865 | $332,767 | $354,093 | $384,125 | $423,579 | $474,589 | $527,005 | $590,118 |

| Stiglitz actual savings rate, excluding real estate | 1.7% | 1.7% | -28.6% | 237.7% | 0.0% | -25.0% | -46.5% | -31.5% | -15.9% | 2.6% | -5.9% | 0.0% |

**Version 2: Savings due to human capital based on projected savings of an average college graduate**

| Income of College Graduate | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $14,172 | $15,298 | $16,718 | $18,580 | $19,000 | $20,869 | $22,908 | $24,163 | $25,285 | $27,768 | $28,743 | $30,735 |

| New Savings | $7,284 | $13,261 | $3,555 | $3,325 | $4,208 | $3,425 | $4,725 | $5,806 | $6,760 | $7,672 | $433 | -$45,947 |
| Prior Year Savings | | 7,284 | 21,405 | 27,485 | 34,054 | 42,386 | 50,793 | 61,511 | 74,678 | 90,297 | 108,991 | 121,728 |
| Capital Gains | | 860 | 2,525 | 3,243 | 4,236 | 4,992 | 5,993 | 7,258 | 8,810 | 10,632 | 12,304 | 13,724 |
| Total savings (assuming mid-year savings) | $21,456 | $21,456 | $27,485 | $34,054 | $42,386 | $50,793 | $61,511 | $74,678 | $90,297 | $108,991 | $121,728 | $130,142 |

| Stiglitz actual savings rate, excluding real estate | 51.4% | 86.7% | 21.5% | 17.5% | 21.6% | 16.4% | 20.5% | 24.4% | 26.8% | 27.3% | 1.5% | -19.4% |

| Income of College Graduate | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $31,430 | $32,882 | $35,248 | $36,592 | $37,894 | $42,454 | $44,343 | $46,696 | $49,277 | $48,478 | $54,476 | $57,243 |

| New Savings | $592 | $587 | -$10,078 | $36,965 | $0 | $580 | -$21,503 | -$14,715 | -$37,622 | $1,263 | -$33,210 | $0 |
| Prior Year Savings | 130,142 | 146,099 | 163,316 | 173,179 | 260,860 | 293,696 | 340,023 | 350,642 | 386,247 | 424,002 | 476,207 | 528,172 |
| Capital Gains | 15,357 | 17,239 | 19,243 | 20,455 | 39,196 | 37,015 | 40,133 | 41,330 | 45,577 | 50,933 | 56,455 | 62,336 |
| Total savings (assuming mid-year earnings) | $146,099 | $163,916 | $173,179 | $230,590 | $313,688 | $340,032 | $350,642 | $380,247 | $424,002 | $476,287 | $528,172 | $590,498 |

| Stiglitz actual savings rate, excluding real estate | 1.9% | 1.7% | -28.6% | 237.7% | 0.0% | -25.0% | -46.5% | -31.5% | -15.9% | 2.6% | -5.9% | 0.0% |

| | Version 1 | Version 2 | | |
|---|---|---|---|---|
| Stiglitz actual retirement savings at Commencement | $2,212,243 | $2,212,243 | Stiglitz portfolio return | 11.9% |
| Stiglitz actual financial assets at Commencement | 1,344,297 | 1,344,297 | | |
| Total Assets at Commencement | 3,556,540 | 3,556,540 | | |
| Less: Stiglitz pre-marital retirement savings at Commencement | 620,833 | 620,833 | | |
| Less: Stiglitz pre-marital financial assets at Commencement | 687,626 | 687,626 | | |
| Stiglitz marital savings | 2,248,081 | 2,248,081 | | |
| Less: Average Professor/College Grad's savings | 584,425 | 604,730 | | |
| Stiglitz human capital, (interest excess savings) | $1,644,191 | $1,644,191 | | |

Exhibit 2

Valuation of Stiglitz's Pre-Marital Human Capital, Retirement Income Only

**Stiglitz's wages and savings information**

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stiglitz's Total Gross Income | $30,941 | $71,039 | $110,944 | $135,973 | $144,943 | $120,087 | $182,040 | $207,774 | $194,659 | $526,283 | $400,621 |
| Expenses | (0.384) | 0 | (22,999) | (31,564) | (40,165) | (25,387) | (31,250) | (58,416) | (46,590) | (46,581) | (52,705) |
| Stiglitz's total net income | 22,677 | 71,550 | 93,975 | 104,410 | 104,705 | 94,650 | 150,800 | 149,358 | 148,159 | 479,702 | 347,915 |
| | | | | | | | | | | | |
| Retirement Savings | $5,004 | $12,014 | $13,982 | $18,876 | $22,923 | $15,542 | $31,469 | $41,150 | $41,340 | $31,622 | $7,222 |
| Stiglitz's actual retirement savings rate | 24.6% | 16.8% | 14.9% | 17.5% | 21.6% | 16.4% | 20.9% | 24.4% | 27.9% | 8.9% | 1.5% |
| | | | | | | | | | | | |
| Stiglitz's Total Gross Income | $469,898 | $500,979 | $265,277 | $139,242 | $210,164 | $196,091 | $356,423 | $144,620 | $439,044 | $739,727 | $759,890 |
| Expenses | (44,698) | (69,387) | (410,980) | 0 | (31,480) | (53,144) | (65,920) | (198,421) | (198,333) | (140,552) | (60,285) |
| Stiglitz's total net income | 427,200 | 480,992 | 244,379 | 138,242 | 178,684 | 159,777 | 285,324 | 333,199 | 377,945 | 596,169 | 878,815 |
| | | | | | | | | | | | |
| Retirement Savings | $6,045 | $8,327 | $31,602 | $9,000 | $0 | $0 | ($23,359) | $0 | $0 | $15,214 | $0 |
| Stiglitz's actual retirement savings rate | 1.3% | 1.7% | 12.5% | 6.5% | 0.0% | 0.0% | -8.2% | 0.0% | 0.0% | 2.5% | 0.0% |

**Version 1: Retirement savings due to human capital based on projected savings of an average college professor**

Income of College Professor

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $16,024 | $16,089 | $17,253 | $17,995 | $18,457 | $21,029 | $23,607 | $23,035 | $25,487 | $25,016 | $27,222 |
| New Savings | $3,978 | $2,735 | $3,217 | $3,984 | $3,452 | $4,417 | $5,600 | $7,110 | $7,110 | $702 | $601 |
| Prior Year Savings | | 3,979 | 7,193 | 10,398 | 15,005 | 20,833 | 28,737 | 34,810 | 44,547 | 66,013 | 73,977 |
| Capital Gains | | 46 | 848 | 1,261 | 1,776 | 2,458 | 3,165 | 4,103 | 5,257 | 6,716 | 8,728 |
| Total savings (assuming mid-year earnings) | | $7,183 | $10,559 | $15,009 | $20,623 | $26,737 | $34,910 | $44,547 | $56,013 | $65,819 | $83,307 |
| | | | | | | | | | | | |
| Stiglitz's actual retirement savings rate | 24.8% | 16.8% | 14.9% | 17.5% | 21.6% | 18.4% | 20.9% | 24.4% | 27.9% | 8.9% | 2.2% |

Income of College Professor

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $28,912 | $30,442 | $30,538 | $29,456 | $31,952 | $32,323 | $33,704 | $37,289 | $36,596 | $40,234 | $40,274 | $44,210 |
| New Savings | $644 | $510 | $3,995 | $1,920 | $0 | $0 | -$3,033 | $0 | $0 | $1,028 | $0 | $0 |
| Prior Year Savings | 83,307 | 93,892 | 105,246 | 121,658 | 137,834 | 154,210 | 172,407 | 188,716 | 212,165 | 237,134 | 286,143 | 297,548 |
| Capital Gains | 9,932 | 10,844 | 12,416 | 14,256 | 16,376 | 18,197 | 20,344 | 23,392 | 24,769 | 27,982 | 31,405 | 35,111 |
| Total savings (assuming mid-year earnings) | $93,892 | $105,246 | $121,658 | $137,834 | $154,210 | $172,407 | $189,718 | $212,108 | $237,134 | $266,143 | $297,548 | $332,659 |
| | | | | | | | | | | | | 9/16/2002 |
| Stiglitz's actual retirement savings rate | 1.9% | 1.7% | 12.9% | 6.5% | 0.0% | 0.0% | -8.2% | 0.0% | 0.0% | 2.6% | 0.0% | 0.0% | $340,677 |

**Version 2: Retirement savings due to human capital based on projected savings of an average college graduate**

Income of College Graduate

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $14,172 | $15,236 | $16,710 | $16,389 | $18,080 | $20,889 | $22,626 | $24,183 | $25,265 | $27,706 | $30,735 |
| New Savings | $3,518 | $2,699 | $2,485 | $3,325 | $4,206 | $4,725 | $5,906 | $17,048 | $2,430 | $423 | $678 |
| Prior Year Savings | | 3,518 | 6,922 | 8,767 | 14,233 | 20,203 | 26,818 | 33,814 | 43,710 | 55,516 | 73,009 |
| Capital Gains | | 416 | 707 | 1,151 | 1,680 | 2,385 | 3,072 | 3,992 | 5,156 | 6,598 | 8,618 |
| Total savings (assuming mid-year earnings) | | $9,757 | $9,757 | $14,233 | $20,208 | $26,818 | $33,814 | $43,710 | $55,915 | $44,943 | $73,039 | $182,338 |
| Stiglitz's actual retirement savings rate | 24.6% | 16.8% | 14.9% | 17.5% | 21.6% | 16.4% | 20.8% | 24.4% | 27.9% | 8.9% | 2.2% |

Income of College Graduate

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $31,430 | $33,892 | $33,246 | $35,062 | $37,994 | $42,664 | $44,243 | $46,896 | $49,277 | $48,470 | $54,476 | $57,545 |
| New Savings | $692 | $597 | $4,640 | $2,882 | $0 | $0 | -$43,630 | $0 | $0 | $1,203 | $0 | $0 |
| Prior Year Savings | 82,338 | 92,644 | 104,163 | 120,191 | 137,854 | 153,908 | 172,069 | 188,743 | 211,015 | 235,841 | 265,015 | 290,287 |
| Capital Gains | 9,516 | 10,932 | 12,281 | 14,229 | 16,244 | 18,161 | 20,304 | 22,272 | 24,800 | 22,938 | 31,272 | 34,992 |
| Total savings (assuming mid-year earnings) | $92,644 | $104,163 | $121,003 | $137,664 | $153,908 | $172,069 | $188,743 | $211,015 | $235,814 | $265,015 | $290,287 | $331,248 |
| | | | | | | | | | | | | 9/16/2002 |
| Stiglitz's actual retirement savings rate | 1.9% | 1.7% | 12.9% | 6.5% | 0.0% | 0.0% | -8.2% | 0.0% | 0.0% | 2.6% | 0.0% | 0.0% | $339,223 |

| | Version 1 | Version 2 | |
|---|---|---|---|
| Stiglitz's actual retirement savings at Commencement | $2,212,243 | $2,212,243 | |
| Less: Stiglitz's pre-marital retirement savings at Commencement | 620,033 | 620,033 | |
| Stiglitz's marital retirement savings | 1,592,210 | 1,592,210 | Stiglitz portfolio return    11.8% |
| Less: Average Professor/College Grad's savings | 340,677 | 339,223 | |
| Stiglitz's marital human capital, retirement savings | $1,251,533 | $1,252,977 | |

Exhibit 3

## Hannaway Enhancement Analysis

|  | 1979 | 1980 | 1981 | 2002 |
|---|---|---|---|---|
| Hannaway's Actual Wages | $11,574 | $6,904 | $27,678 | $164,310 |

Enhancement, Method 1, from the Expert Report of John R. Johnson, p. 18
Grow Jane's 1979 wages by 280.5 percent.
For the purpose of this method, we assume that Hannaway's 1981 wages were her wages for 1979.

|  | 1979 | 2002 | Actual 2002 | Enhancement |
|---|---|---|---|---|
| Hannaway's Wages/Enhancement | $27,678 | $105,313 | $164,310 | $58,997 |
| Less: FICA/Medicare (a) |  | (6,791) | (7,646) | (855) |
| State Income Taxes (b) |  | (8,678) | (13,988) | (5,310) |
| Federal Income Taxes (b) |  | (25,909) | (44,761) | (18,852) |
| After-tax Enhancement |  | $63,935 | $97,915 | $33,980 |

Enhancement, Method 2, from the Expert Report of John R. Johnson, p. 18
Present comparable wage analysis for 2001-2002, then adjust it by 4.4% for 2002-2003.
Assumes Hannaway was a full tenured professor at an average doctoral institution. Tax rates are based on DC.

|  | 2001-2002 | 2002-2003 | Actual 2002 | Enhancement |
|---|---|---|---|---|
| Tenured Full Professor | $83,225 | $86,887 | $164,310 | $77,423 |
| Less: FICA/Medicare (a) |  | (6,524) | (7,646) | (1,123) |
| State Income Taxes (b) |  | (7,020) | (13,988) | (6,968) |
| Federal Income Taxes (b) |  | (20,381) | (44,761) | (24,380) |
| After-tax Enhancement |  | $52,962 | $97,915 | $44,952 |

| Annual Enhanced Earnings Capacity | |
|---|---|
| Method 1 | $33,980 |
| Method 2 | $44,952 |
| Average | $39,466 |

*Source: 2001-2002 Faculty Salary Report, published by the NEA 2003 Almanac of Higher Education.*
(a) Federal, state and Washington, D.C. taxes were calculated using the rates and limits in effect for 2002.  FICA taxes were calculated at a rate of 6.2% on the first $84,900 of total earnings.  Medicare taxes were calculated at a rate of 1.45% on W-2 wages.
(b) Dr. Hannaway's after-tax earnings capacity has been calculated using the Federal and Washington, D.C. tax rates for single taxpayers with no dependents.

Exhibit 4
Present Value of Average Hannaway Enhancement

Annual After-Tax Enhancement, 2002    $39,466
Inflation/(Deflation)    2.50%
Discount Rate    3.20%

| Hannaway's Age, End of Period | For the Period Ending Jan 20, | After-Tax Enhancement | Probability of Life | Earnings Enhancement Adjusted for Mortality | Joint Probability of Participation and Employment | Annual Enhancement Adjusted for LPE | Discount Factor | Present Value of Annual Enhancement | Present Value of Cumulative Enhancement |
|---|---|---|---|---|---|---|---|---|---|
| 57 | 2003 | $13,624 | 0.9906432 | $13,496 | 0.678 | $9,151 | 0.9945817 | $9,101 | $9,101 |
| 58 | 2004 | $40,453 | 0.9804677 | $39,663 | 0.678 | $26,891 | 0.9738721 | $26,189 | $35,290 |
| 59 | 2005 | $41,464 | 0.9894624 | $40,198 | 0.678 | $27,254 | 0.9436745 | $25,719 | $61,009 |
| 60 | 2006 | $42,501 | 0.9576498 | $40,701 | 0.678 | $27,595 | 0.9144133 | $25,233 | $86,242 |
| 61 | 2007 | $43,563 | 0.9449504 | $41,165 | 0.678 | $27,910 | 0.8860594 | $24,730 | $110,972 |
| 62 | 2008 | $44,652 | 0.9312846 | $41,584 | 0.678 | $28,194 | 0.8585847 | $24,207 | $135,179 |
| 63 | 2009 | $45,769 | 0.9165729 | $41,950 | 0.678 | $28,442 | 0.8319619 | $23,663 | $158,841 |
| 64 | 2010 | $46,913 | 0.9007356 | $42,256 | 0.678 | $28,650 | 0.8061647 | $23,096 | $181,938 |
| 65 | 2011 | $48,086 | 0.8837273 | $42,495 | 0.678 | $28,811 | 0.7811673 | $22,506 | $204,444 |
| 66 | 2012 | $49,288 | 0.8655934 | $42,663 | 0.221 | $9,429 | 0.7569451 | $7,137 | $211,581 |
| 67 | 2013 | $50,520 | 0.8462885 | $42,754 | 0.221 | $9,449 | 0.7334739 | $6,930 | $218,511 |
| 68 | 2014 | $51,783 | 0.8257217 | $42,758 | 0.221 | $9,450 | 0.7107305 | $6,716 | $225,227 |
| 69 | 2015 | $53,077 | 0.8037450 | $42,861 | 0.221 | $9,428 | 0.6886924 | $6,493 | $231,720 |
| 70 | 2016 | $54,404 | 0.7802904 | $42,451 | 0.221 | $9,382 | 0.6673376 | $6,261 | $237,981 |
| 71 | 2017 | $55,764 | 0.7554601 | $42,128 | 0.221 | $9,310 | 0.6466449 | $6,020 | $244,002 |
| 72 | 2018 | $57,159 | 0.7294132 | $41,692 | 0.221 | $9,214 | 0.6265939 | $5,773 | $249,775 |
| 73 | 2019 | $58,588 | 0.7021499 | $41,137 | 0.221 | $9,091 | 0.6071847 | $5,520 | $255,295 |
| 74 | 2020 | $60,052 | 0.6736928 | $83,225 | 0.221 | $18,393 | 0.5883378 | $10,821 | $266,116 |
| 75 | 2021 | $61,554 | 0.6440761 | $39,645 | 0.221 | $8,762 | 0.5700948 | $4,995 | $271,111 |
| 76 | 2022 | $63,092 | 0.6134134 | $38,702 | 0.074 | $2,864 | 0.5524174 | $1,582 | $272,693 |
| 77 | 2023 | $64,670 | 0.5818752 | $37,630 | 0.074 | $2,785 | 0.5352882 | $1,491 | $274,184 |
| 78 | 2024 | $66,286 | 0.5495071 | $36,425 | 0.074 | $2,695 | 0.5186901 | $1,398 | $275,582 |
| 79 | 2025 | $67,944 | 0.5162750 | $35,078 | 0.074 | $2,596 | 0.5026067 | $1,305 | $276,887 |
| 80 | 2026 | $69,642 | 0.4821219 | $33,576 | 0.074 | $2,485 | 0.4870220 | $1,210 | $278,097 |

SUPREME COURT OF THE STATE OF NEW
YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X    Assigned to Justice
                                                                        Joan B. Lobis

JANE HANNAWAY,
                                                                        IAS Part 20
                            Plaintiff,

                    - against -
                                                                        Index No. 350584/02

JOSEPH EUGENE STIGLITZ,


                            Defendant.


-------------------------------------------------------------------X




# EXPERT REPORT OF MICHAEL CRAGG

Draft - Confidential

# Table of Contents

Introduction............................................................................................................ 4
    Qualifications................................................................................................. 4
Assignment and Summary of Conclusions ........................................................... 4
    Assignment .................................................................................................... 4
    Documents and Sources................................................................................ 5
    Summary of Conclusions ............................................................................. 6
Assets at marital date ........................................................................................... 10
    Financial and Real Assets ........................................................................... 10
    Human Capital ............................................................................................. 12
    Academic Portfolio ..................................................................................... 17
Savings and investments during the marriage ..................................................... 20
    Princeton 1979-1988................................................................................... 21
        Premarital assets.................................................................................... 21
        Retirement savings ................................................................................ 22
        Housing investments ............................................................................. 23
    Stanford (1988 – 1993) ............................................................................... 24
        Premarital Assets .................................................................................. 24
        Retirement Savings ............................................................................... 25
        Housing Investments............................................................................. 25
    Washington, DC (1993 to 2000) ................................................................. 25
        Premarital Assets .................................................................................. 26
        Retirement Investment .......................................................................... 26
        Housing investments ............................................................................. 27
    Summary ...................................................................................................... 27
Determining present value of initial assets .......................................................... 28
    Actual Portfolio Return............................................................................... 30
Enhanced earnings ............................................................................................... 31
    Background on Academia and Economics .................................................. 33
The timing and level of investments in Stiglitz's earnings capacity .................... 36
    Stiglitz's career before marriage................................................................. 36
        Academia .............................................................................................. 36
        Public Speaking .................................................................................... 37
        Consulting ............................................................................................. 37
        Writing .................................................................................................. 37
        Awards .................................................................................................. 38
    Stiglitz's career during marriage................................................................. 38
        Academia .............................................................................................. 39
        Public Speaking .................................................................................... 40
        Consulting ............................................................................................. 40
        Writing .................................................................................................. 41
    Stiglitz's career following marriage............................................................. 41
        Academia .............................................................................................. 41

Draft - Confidential

Public Speaking ............................................................................................... 42
Consulting ....................................................................................................... 43
Writing ............................................................................................................ 44
Awards ............................................................................................................ 45
Hannaway's career................................................................................................ 45
But-for Analysis..................................................................................................... 48
Reduced academic output .............................................................................. 49
White House and World Bank Experience ..................................................... 50
Popular Writing................................................................................................ 51
Conclusions............................................................................................................ 51

Draft - Confidential

## INTRODUCTION

### Qualifications

1.  My name is Michael I. Cragg, and my business address is 955 Massachusetts Avenue, Cambridge, Massachusetts, 02139.

2.  I am a Managing Director of Cambridge Finance Partners, LLC, an economic consulting company based in Cambridge, Massachusetts. I have a Ph.D. in economics from Stanford University. I was an economics professor at Columbia University and the University of California at Los Angeles where I published broadly and taught courses in microeconomics, business economics and public finance at both the undergraduate and graduate level. My research has been sponsored by a variety of foundations including the National Bureau of Economic Research and the National Science Foundation. A detailed curriculum vitae is attached as Exhibit 1 and includes instances where I have provided testimony in the past.

3.  Prior to starting Cambridge Finance Partners, I was a partner in the economic consulting firm Bates, White and Ballentine, and before that I was a Vice President at the economic consulting firm Analysis Group/Economics. I was a Senior Economist at the Milken Institute, a "think tank" in Santa Monica. I have also been an economist at other consulting firms including the RAND Corporation and A.T. Kearney. The study of how human capital is accumulated and rewarded has been a core activity in most of my academic and consulting work.

## ASSIGNMENT AND SUMMARY OF CONCLUSIONS

### Assignment

4.  I have been asked to identify and measure the assets and sources of income that Joseph E. Stiglitz ("Stiglitz") and Jane Hannaway ("Hannaway") possessed at various points in time, specifically the date of their marriage (December 1978), their separation (June 2000), and the commencement of divorce proceedings (September 2002) ("Commencement"). At the time of marriage, Stiglitz was 35 years old and Hannaway was 32. Today, Stiglitz is 60 and Hannaway is 58.

4

Draft - Confidential

5.   My task here involved measuring the value of assets at various points in time, and measuring the actual and hypothetical rates of return on these assets. I have also assessed the contributions of Stiglitz, Hannaway and their marital partnership in the creation of these assets.

6.   My task also involved analyzing the level and sources of income flows before, during and after the marriage. I have addressed the issue of whether the earnings of Stiglitz and Hannaway reflect normal career progress and whether the earnings also reflect investments in human capital made by the marital partnership thereby addressing the question of whether the earnings capacity of Stiglitz or Hannaway was enhanced during the marriage.

7.   My firm is being compensated at a rate of $350 per hour for my work on this case.

## Documents and Sources

8.   I have examined the following documents:

   a)   Various documents related to the financial accounts of Stiglitz and Hannaway;

   b)   Various documents related to the real assets of Stiglitz and Hannaway;

   c)   The depositions of Stiglitz and Hannaway;

   d)   Interviews with various individuals;

   e)   Publicly available information related to financial and real estate markets;

   f)   Publicly available information related to the economics profession and its related academic literature; and,

   g)   Various documents related to the careers of Stiglitz and Hannaway.

9.   In addition, I rely on my own experiences with Stiglitz and the economics profession. In the 1988 to 1989 period, I was one of 50 graduate students taught by Stiglitz in the Stanford Ph.D. program. Our research interests did not overlap and I had little to no direct contact with Stiglitz for the next 15 years. We were both hired by the Department of Justice tax division to work on a case that went to trial in the summer of

5

Draft - Confidential

2003. Our acquaintance developed over the course of approximately a dozen meetings where my firm was briefing Stiglitz on research we were doing on the economics and finance issues in the case.

## Summary of Conclusions

10. I conclude that as of the marital date, Stiglitz possessed the following economic assets:

   a) Real estate in Oxford whose net value was $140,432, financial assets whose value was $50,000, and a retirement account worth $45,085 in 1979 dollars (the "Initial Assets"). The total value of the Initial Assets in 1979 dollars is $235,517. At Commencement the Initial Assets are worth $3.24 million.[1]

   b) An exceptionally high level of human capital composed of general human capital (in the form of a Ph.D. in economics and work experience) and more importantly, specific human capital that yielded a reputation and level of intellectual productivity that was at least among the very best economists of his generation, if not the best; and

   c) An exceptionally large portfolio of influential and ground breaking academic work ("the Initial Academic Portfolio").

11. I further conclude that as of the marital date, Hannaway possessed economic assets that had no economic value.

12. I conclude that over the course of the marriage, the savings and investment behavior of Hannaway and Stiglitz was typical of high income academics. They received pension contributions and maximized their investments in tax advantaged savings vehicles. Finally, they followed a pattern of housing investment typical for a couple of their means: the capital gains from one property were either consumed, augmented, or rolled into another property in an easily traced manner.

13. I conclude that during the course of the marriage, the Initial Assets increased in value and would have done so in the absence of the marital partnership. The Initial Assets increased in value through no efforts specific to: the marital partnership, any sacrifices made by either party, or the particular efforts of either party. The Initial Assets increased in

---

[1] See Exhibit 6.

6

Draft - Confidential

value in a manner that was predictable and consistent with typical
household portfolio decisions. The Initial Assets allowed savings that
would otherwise have been delayed or not made at all.

14. Several rates of return can be used to convert the value of the Initial
Assets from 1979 dollars to present value. First, in accordance with
household portfolio theory and standard practice, one could use the rate
of return that was actually obtained on the entire portfolio as augmented
by new savings and household portfolio allocation decisions over the
course of the marriage. Second, one could use the actual return on these
particular assets (as estimated by the available data). Modern portfolio
theory, however, emphasizes that one should not look at the returns on
particular parts of a portfolio in isolation because assets are chosen in
some part for their covariance with other assets. The saying "one should
not put all your eggs in one basket" captures the concepts that a
household chooses its portfolio such that the returns on assets do not all
go up or down together; rather, a household diversifies risk such that the
losses of some assets are expected to be offset by gains on other assets.
Thus, some assets with negative *ex post* returns were chosen because of
their negative correlation with the assets that had positive *ex post* returns
– the important point is that ex ante, it is unknown which assets will have
positive returns and which will have negative returns and hence the
portfolio return is the relevant measure of the time value of money. In
the case in hand, both methods yield similar results as the returns on real-
estate and financial assets have been commensurate.

15. The actual household portfolio rate of return over the course of the
marriage up to the date of Commencement is 11.8 percent.[2] Therefore,
in present value terms, Stiglitz's initial assets are worth $3.24 million as
of Commencement. If the initial assets had been invested in the Dow
Jones Industrial Average equity portfolio ("DJIA"), they would have
been worth $2.70 million as of the date of Commencement.[3]

16. At Commencement I measure $8.22 million in real and financial assets.[4]
Excluding the Initial Assets worth $3.24 million at Commencement
means that $4.98 million is available for equitable distribution.[5]

[2] See Exhibit 7.
[3] Bloomberg. Annualized return from 12/29/1978 to 6/28/2002 was 10.94%, for an 11.5-fold increase. See Exhibit 6.
[4] This excludes the value of all books authored by Stiglitz.
[5] See Exhibit 6.

7

Draft - Confidential

17.    I conclude that Stiglitz's level of human capital at the time of the marriage yielded a return that placed him in the very highest echelon of academic economists and earners over all – in fact at the time of marriage his earnings were in the *highest one percent* of income earners in the U.S. according to IRS data.[6] This, despite the fact that at the time of marriage, Stiglitz was not utilizing his full earnings capacity to maximize income as he was engaged in limited amounts of non-academic work. After marriage, the ensuing earnings would have accrued even in the absence of the marriage. The very high pre-marital earnings level is a significant source of the high level of savings during the marriage; indeed, a significant fraction of the pension savings is attributable to his pre-marital human capital and his academic portfolio.[7] In the absence of this specific human capital at marriage, Stiglitz's earnings would have been lower, the level of savings would have been lower and hence the accumulated assets would have been significantly lower.

18.    I see no evidence that Stiglitz's earnings increased in an abnormal way. Over the marriage, his W2 wage earnings grew at the same rate as the top 1 percent of U.S. income earners. While in 1978, Stiglitz was not focused on earning additional income, it is clear that he was capable of earning additional income that would have placed him in the top ½ percent of U.S. income earners according to IRS records. Over the course of the marriage, he diverted his attention from academia and utilized his existing earnings capacity to increase his level of non-academic income. His combined income grew at the same rate as the top ½ percent of U.S. income earners according to IRS records. The move to Washington eliminated the possibility of earning additional income although the capacity obviously continued to exist. Upon completing his public service, Stiglitz re-utilized his capacity to earn additional income and again his income rose to the top ½ percent of U.S. income earners. The increase in Stiglitz's earnings over the course of the marriage reflects both a shift in his attention and a general economy-wide rise in the premium paid to highly skilled workers. It does not reflect an enhanced earnings capacity arising from any investment made by Stiglitz, Hannaway or the marital partnership.

---

[6] See Exhibits 9 and 10.

[7] Standard economic methods can be used to measure the savings during the marriage that are attributable to Stiglitz's earnings capacity at marriage.

: Draft - Confidential

19. The Initial Academic Portfolio is well identified and existed at the time of the marriage as evidenced by: Stiglitz's receipt of the John Bates Clarke medal in 1979; Stiglitz being tenured and amongst the highest paid and most sought after professors in 1979; academic citations that demonstrate that the Initial Academic Portfolio was (and is) recognized as influential and path breaking; and, statements by the Nobel Committee in making its award of the Nobel Prize in Economics to Stiglitz in 2001.

20. I conclude that the income received from the Nobel Prize is primarily attributable to assets that existed prior to the marriage, namely the Initial Academic Portfolio.

21. I conclude that the evolution of Stiglitz's earnings following Commencement reflects the normal career progression for an acclaimed academic. The potential for this path was clearly identifiable at marriage and required no additional investment in human capital during the marriage. Any gain in human capital was due to normal on-the-job gains. Most of the post-separation income Stiglitz earns from academic activities, consulting, writing and speaking are attributable to normal career development from 1979 to 2001 for a 35 year old academic who possessed an extraordinary academic capacity at marriage. Receiving the Nobel Prize, being Chairman of the President's Council of Economic Advisors and Chief Economist of the World Bank reflects no additional investment in human capital beyond what Stiglitz possessed at marriage and instead reflect normal career development – Stiglitz had the capacity to do this work from before the date of his marriage. The only post separation income that may be anomalous is some of the speaking and writing income from 2002, but the increase in 2002 is a temporary deviation reflecting Stiglitz's receipt of the Nobel Prize. I see no investment made by Stiglitz, Hannaway or the marriage which enhanced Stiglitz's earnings capacity – in contrast, Hannaway's own earnings soared during the period of putative enhancement.

22. Two books were published after the separation. I conclude that these assets were created almost in their entirety after the marriage ended. The economic value of these assets ("net value") is the difference between the value of the created assets (see the Kroll report) and the cost of creating the assets, which is measured by the earnings foregone by Stiglitz in alternative activities.

9

Draft - Confidential

23. Finally, I find that Hannaway's career development has not been detrimentally affected by the marriage and to the contrary, her current earnings reflect an earnings capacity at the top of the group workers with similar human capital and career development. It appears that little if any career sacrifice was made by Hannaway on behalf of Stiglitz as evidenced by her current earnings, which are in the top 2 percent of comparable earners. The primary increase in her earnings occurred after she moved to Washington.

# ASSETS AT MARITAL DATE

## Financial and Real Assets

24. Stiglitz was 35 when he married Hannaway December 23, 1978 having recently dissolved his first marriage to Charlotte K. Stiglitz on May 25, 1976. At marriage to Hannaway, he possessed 4 types of assets, all of which he had accumulated prior. These assets included: financial assets in the form of cash, liquid assets and pension; real estate; human capital; and a portfolio of academic work. In this section, I identify these assets and their value.

25. When Stiglitz's first marriage was dissolved in 1976, Stiglitz received $16,791 in cash, a pension, and ownership of the couple's home (903 Cottrell Way) on the Stanford University campus in California. The equity in the house was valued at $14,000 at the time of the first divorce.[8]

26. From 1976 to 1979, Stiglitz moved to teach at Oxford University. Shortly after arriving in 1976, he bought a home in Oxford for £30,000,[9] adding £11,000[10] in repairs for a total of £41,000 (approx. $72,160)[11] in 1976. The down payment of £8,000 ($14,080) was equal to the cash that remained from the dissolution of his first marriage and he took out a mortgage for the remaining £33,000.[12]

---

[8] Stiglitz Deposition Exhibit 3, Interlocutory Judgment of Dissolution of Marriage, May 25, 1976, pp. 1-2.
[9] Deposition of Joseph Stiglitz, April 25, 2003 ("Stiglitz Deposition"), p. 33, Def's Prod. 0006404-0006405.
[10] Stiglitz Deposition, p. 26.
[11] Exchange rate on 6/1/1976 was $1.760/£. *Source:* www.oanda.com/convert/fxhistory.
[12] Meeting with Stiglitz, 9/5/03, MR004470.

10

Draft - Confidential

27.   On August 1, 1977, Stiglitz sold his Stanford house for $150,000. After paying off his mortgage and taxes, Stiglitz received $76,304.55.[13] Stiglitz placed $30,000 of this money in accounts for his children's educations, leaving at least $46,304.55 in liquid assets.[14]

28.   There is no indication that Stiglitz led a lifestyle that frittered away the 3 assets he had as of 1977. In summary these assets were: pensions; the Oxford house; and $76,300 in liquid assets ($30,000 of which was held in his children's name).

29.   At the time of their marriage on December 23, 1978,[15] Stiglitz was living in Oxford, and Hannaway in New York City. Hannaway entered the marriage with no tangible assets of any notable value.[16] Stiglitz remained in Oxford with his two children for the first few months of their marriage. In July, 1979, he sold the Oxford house for approximately £96,000 ($207,408).[17] After paying off the mortgage of $66,976,[18] Stiglitz netted $140,432.[19]

30.   There is no specific documentation about the $76,300 he had from August, 1977. Stiglitz identified placing $30,000 in accounts for his children and remembers bringing $50,000 in liquid assets when he came into the marriage with Hannaway.[20] Adding the $50,000 to the $140,432 in cash he had from the house in Oxford, Stiglitz entered the marriage with $190,432 in liquid assets.

31.   Stiglitz's lifestyle, income and tax treatment are consistent with his claims to have saved an additional $50,000 in the years at Oxford. His savings rate could be high for a number of reasons: (1) he was exempt from taxation in both the United States and the U.K. because of special provisions of a tax treaty; (2) his salary was amongst the highest for academics in the U.K.; (3) he was consulting with Bell Labs; (4) he was working for Mathematica; and, (5) he was receiving research income from the National Science Foundation.[21]

[13] Closing Statement for Stanford Property.
[14] Meeting with Stiglitz, 9/5/03.
[15] Stiglitz Deposition, p. 11.
[16] Deposition of Jane Hannaway, March 3, 2003, ("Hannaway Deposition"), p. 117-119.
[17] Exchange rate on 7/23/1979 was $2.2995/£ (Letter from Mrs. S M Rugg, Barclay's Bank Ltd, July 23, 1979, 001524).
[18] Meeting with Stiglitz, 9/5/03.
[19] Letter from Mrs. S M Rugg, Barclay's Bank Ltd, July 23, 1979, 001524.
[20] Meeting with Stiglitz, 9/5/03.
[21] Tax Returns, 1976-1978.

11

Draft - Confidential

32.   In summary, at the start of the marriage, Stiglitz had total assets of
$235,517 in the form of:

   a)   $140,432 in real-estate;

   b)   $50,000 in liquid assets; and,

   c)   A retirement account from TIAA-CREF valued at $45,085 as of
   12/31/1978.[22]

I have been asked by counsel to ignore the children's trust funds
worth $30,000 in my calculations.

33.   These were the assets at the beginning of the marriage in 1979 with their
value expressed in nominal 1979 values. Due to inflation, a dollar in
1979 clearly has much greater purchasing power than a dollar today. To
convert these assets to current dollars, one simply multiplies the value in
1979 by the ratio of the CPI for 2002 to the CPI for 1979.[23] Expressed in
2002 dollars, thereby accounting for the impact of inflation but not the
time value of money,[24] the initial assets Stiglitz brought to the marriage
are worth a total of $584,000 broken out as:

   a)   $472,000 in real estate and liquid assets; and,

   b)   $112,000 in the TIAA-CREF account.

34.   This estimate does not include the time value of money which will be
discussed later in the report. Hence, $584,000 is the minimum amount
that should be accorded to the value of Stiglitz's initial assets.

## Human Capital

35.   While Stiglitz had substantial financial and real assets in 1979, of far
greater note was the human capital he possessed before his marriage.
There is a widely recognized and well established theory regarding the
accumulation of and returns to human capital. Becker and Heckman
were awarded Nobel prizes in 1992 and 2000, respectively, primarily for
their contributions to this theory. Mincer was also one of the early

---

[22] Stiglitz Deposition, Exhibit 67.
[23] In 1979, the CPI was 72.6 and in 2002 it was 179.9. The ratio is 2.478. Therefore a dollar in 1979
adjusted for the cost of inflation is worth $2.478 today
(see http://w3.access.gpo.gov/usbudget/fy2004/sheets/b60.xls ).
[24] The "time value of money" refers to the concept that people prefer money today rather than waiting until
tomorrow. Hence you must compensate someone to be indifferent between holding money today versus
tomorrow (even holding inflation constant).

Draft - Confidential

pioneers that validated and developed the theory of human capital. The basic theory is that the observable components of general human capital are accumulated through investment in school and on-the-job work experience. Other valuable but less observable components of general human capital take many forms: intelligence, efficiency, creativity, likeability, synergy, catalysis, leadership, attractiveness. The labor market rewards both types of capital by paying higher wages to people who have higher human capital. However, unless the less observable components are identified, they are not rewarded. Success breeds success partly due to the information challenges of identifying the less observable components of human capital.

36. In academia, general human capital takes the form of being able to teach, conduct research and communicate. Of these three attributes, research universities value most highly the ability to conduct path breaking research. There are a variety of reasons for this. First, the funding of universities relies heavily on raising research funds that are usually taxed at a very high "overhead" rate which is simply that portion of research funds that the university takes for its general operating budget. Second, research is a quantifiable output that is used to rank the quality of universities. Thus a high output researcher is of great value to a university in developing its reputation. Third, research output and the ability to communicate have spillovers into teaching, particularly with graduate students, and to the intellectual fervor of an institution. It is this excitement that makes a university a vibrant location for the production of human capital in students and faculty alike.

37. The ability to conduct research is measured by one's publication record. A publication record is used by universities as evidence that someone is highly productive, and will continue to be highly productive. A publication record is also valuable for advertising a university's quality.

38. Successful researchers are rewarded more than non-successful researchers. Generally, the better the quality of the academic institution, the more professors are paid.[25] Additionally, the most productive

---

[25] However, at some highly prestigious universities, like Harvard, MIT or Princeton, professors earn less due to the non-pecuniary benefits of working with exceptional colleagues. This is an example of the importance for academics, of distinguishing between *earnings* and *earnings capacity*. A top professor moving from Harvard to the University of Texas might receive a substantial increase in income. It would be incorrect to impute the earnings increase to "enhancement" of earnings capacity since there is no change in the level of human capital. The increase instead reflects an individual's choice of where to work.

Draft - Confidential

individuals earn the highest salaries. In the long run, it is the successful researchers and communicators that have success as consultants, as distinguished public servants, and as opinion providers.

39.  At the time of the marriage, Stiglitz had an extraordinary level of human capital. His earnings were enhanced due to his abilities and extraordinary research and publishing record. By 1979, Stiglitz was clearly distinguished as one of the very best talents in the economics profession. His human capital was unusually high, which was well noted by his peers and employers.

40.  Stiglitz was born in February 1943 to a family of modest means (his father was an independent insurance salesman) and attended public schools in Gary, Indiana. At the age of 17, Stiglitz attended Amherst College on a full scholarship. In 1963, before earning an undergraduate degree, he enrolled in the Ph.D. program in economics at MIT at the age of 20. This was a time when MIT's faculty was staffed with the best and the brightest: Samuelson, Modigliani, Solow and Arrow were on the faculty and were soon to win Nobel prizes.[26] The best and brightest were there as students.

41.  In the summer of 1964, Stiglitz edited the collected works of future Nobel Prize winner Paul Samuelson. Stiglitz was listed as editor when the collected works were published by M.I.T. Press in 1965. In the summer of 1965, well-known economist Hirofumi Uzawa received a National Science Foundation grant to collect in Chicago the best young theorists from around the country. Stiglitz was chosen to join this group. At the same time, Stiglitz was employed as a research assistant by Nobel Prize winning economist Robert Solow. From very early on, he was clearly identified by the most eminent economists of the time as a gifted student.

42.  In 1965, at the age of 22, Stiglitz had finished his course work and was attending Cambridge University in England on a Fulbright Scholarship. Cambridge was one of the three centers of economic research (Boston and Chicago being the other two) and there Stiglitz worked with the eminent faculty members Joan Robinson and Frank Hahn. James Meade, who would win the Nobel Prize in 1977, was a close colleague.

---

[26] The Nobel Prize in economics was established in 1969. Nobel Prizes were won by Samuelson in 1970, Arrow in 1972, Modigliani in 1985, and Solow in 1987 (see http://www.nobel.se/economics/laureates/index.html).

14

Draft - Confidential

In recognition of his talents, Stiglitz was given a faculty position in Gonville and Caius College. Students he taught at Cambridge include Lord Tony Atkinson, the current Master of Nuffield College Oxford and Sir Partha Dagupta, currently a preeminent professor at Cambridge.

43.    At this time, Stiglitz was working on a range of topics and was soon to switch to the economics of information with his move to Yale. He returned from Cambridge University to complete his Ph.D. thesis which he completed in 1966. Immediately, M.I.T. broke with its tradition of not hiring its own students,[27] appointing him as an assistant professor.

44.    Thus, from early on, his special skills were identified by the academic community in all three research centers for economics. Accordingly, his international reputation grew. By 1967, besides the U.K. and the U.S., he had been invited to lecture in New Zealand, Australia, Thailand, India and Italy.

45.    In 1966, Stiglitz published his first academic paper in the economics journal *Econometrica*. *Econometrica* is one of the preeminent economics journals and Stiglitz was only 23 at the time – few economists have published at such a young age, let alone in such an impressive journal.

46.    In 1967, Stiglitz joined the Yale faculty where he was quickly promoted. In a remarkable move, only one year later he received tenure and was promoted to Associate Professor (usually it takes 5 to 7 years to be promoted from assistant to associate professor). In 1969, he won the highly prestigious and sought after Guggenheim Fellowship. By this point, Stiglitz had published 15 papers, all of them in the very best journals. For most economists, this would be the culmination of a lifetime's worth of research; Stiglitz was only 26. In recognition of this achievement, and in response to the recruitment efforts exerted by other major universities, he was made a full professor in 1970. At the age of 27, he was the youngest full professor at Yale in 150 years.[28] Thus, within 6 years of beginning his studies as an economist, Stiglitz had received almost all the accolades and rewards that an economist of his age could. Even by 1970, there was clear recognition in the labor market

---

[27] Almost all top institutions save Harvard University make it a practice to not hire their own graduate students as assistant professors.
[28] The Sunday Post-Tribune, November 15, 1970, p. B-7; speech by Yale President Richard Levin at Columbia University, October 24, 2003.

15

Draft - Confidential

that Stiglitz possessed enormous levels of general human capital in the form of academic research ability:

47. From 1970, over the next nine years before his marriage to Hannaway, Stiglitz's career continued at the same breakneck pace. Universities around the world were attempting to hire him away from Yale. Stanford succeeded in hiring him as a full professor from 1974 to 1976. 6 of the 9 letters in his Stanford recommendation package contained letters from Nobel Prize winners. Their testimony in 1974 makes clear that Stiglitz was (and still is) viewed as one of the best economists of his generation:

   a) "Joseph Stiglitz has been one of the most inventive and productive economic theorists of his generation" – Kenneth Arrow (1972 Nobel)

   b) "There is no doubt that [Stiglitz] is one of the most talented economists of his generation" – Anthony Atkinson[29]

   c) "I think Stiglitz is an outstanding economist who would be an asset to any economics department. He is clearly one of the most productive and versatile theorists." – Milton Friedman (1976 Nobel)

   d) "Joseph Stiglitz is the best young (under 40) economic theorist in the world" – Michael Rothschild[30]

   e) "[I] believe that he is one of the outstanding world economists of any age. Considering his actual youth, this means that he has a most promising future" – Paul Samuelson (1970 Nobel)

   f) "Even without considering his very tender age (32? Or even less?), Joe's published accomplishments to date are truly impressive,…,At this rate, Joe is a contender for both the John Bates Clarke Medal and the Nobel Prize" – Karl Shell[31]

   g) "He is such an extraordinary able, lively, versatile, and productive person that I can hardly think of anyone to compare him with" – Robert Solow (1987 Nobel)

---

[29] Now Lord Atkinson, one of Britain's most distinguished economists, formerly professor at the London School of Economics and Cambridge, is now Master of Nuffield.
[30] Professor of Economics at Princeton, formerly Dean of the Woodrow Wilson School.
[31] Professor of Economics at Cornell and editor of the most distinguished journal in economic theory, The Journal of Economic Theory (see http://www.karlshell.com).

16

Draft - Confidential

        h)   "I wrote about Stiglitz four years ago [in 1970]: Joe Stiglitz is a phenomenon. His fertility, versatility, productivity, originality are breathtaking" – James Tobin (1981 Nobel)

48.   After spending 3 years at Stanford, at the age of 33, Stiglitz was awarded the most senior professorship in economics in the United Kingdom. From 1976 to 1979, he was the Drummond Professor of Economics and Oxford University.[32]

49.   Based on his academic career, statements by his peers and his awards and accolades, there can be no doubt that by the time of the Hannaway marriage in late 1978, Stiglitz was identified as one of the preeminent economists of the time. Within months of their wedding, Stiglitz was awarded the John Bates Clarke medal which is the most exclusive award in the economics profession. Of the 18 prize winners between the inauguration of the award in 1947 and 1983, 11 have won the Nobel Prize (see Exhibit 2).[33] The citation to Stiglitz's award stated "Stiglitz is beyond compare among younger economists for the range and variety of his theoretical achievements, as well as for their vigor and their liveliness."[34] At the time of his marriage, Stiglitz's human capital was among the highest of his peers. As will be discussed later, his earnings were much higher than the typical academic economist, and it was predictable that he would eventually win the Nobel prize and receive high compensation in academia, government service, speaking and writing.

## Academic Portfolio

50.   As already foreshadowed, Stiglitz's academic portfolio was broad and deep. Universities value academic portfolios as assets with reputational value, marketing value and as assets that yield future rewards.

51.   Most of Stiglitz's seminal works were published prior to the marriage and those that were published shortly after had already been developed. In academia, publication of an article is the culmination of years of work.

---

[32] The Drummond professorship has a long and distinguished history as the oldest professorship in economics. Its first holder in the mid-19th century was the great economist, Nassau Senior. Francis Ysidro Edgeworth, one of the greatest economists in history, held the position in the latter part of the 19th and early 20th centuries. His predecessor, Sir John Hicks, was awarded the Nobel Prize with Ken Arrow in 1972, and Amartya Sen, who succeeded Stiglitz when he left for Princeton, was awarded the Nobel Prize in 1998.

[33] Two of the medal winners died and hence are not eligible to win the Nobel prize. See Exhibit 2.

[34] *Source:* American Economic Review, May 1980 Papers & Proceedings Issue.

17

Draft - Confidential

The core of the work is done when the idea is created. This is the "breakthrough." After that, the ideas are honed and disseminated through scientific meetings and seminars. In economics, it may take several years before the idea is published, although others typically begin using the ideas and applying them well before publication. Even after the paper is written and submitted for publication, it may take years until publication because the paper is distributed to a group of peers who spend months and sometimes years critiquing the paper and sending it back to the authors for improvement. Only when a paper has been approved by a group of peers, can a publication date be set, and even then, there can be publication lags of a year or more. It is common for an article published in one year to be composed of ideas and writings that might be a decade old.

52. By his marriage to Hannaway at the end of 1978, Stiglitz had published 74 articles with another 40 to be published in the next 3 years (for the most part these would have been papers that existed before the marriage but that were going through the peer review process and waiting in the publication queue). Of these, 53 of the 74 and 13 of the 40 were published in top journals.[35]  See Exhibit 3a, b and c for a summary.

53. Although Stiglitz published another 334 articles from 1982 to 2002, his productivity declined in the fundamental sense of the creation of path breaking ideas. His publication rate for high quality research declined. And although the number of articles published per year rose, many of these articles were either straightforward applications or perturbations of previous work. The work was not viewed by the profession to be of the same caliber as the breakthrough work produced prior to his marriage, and they did not have the same impact. Some of the work, especially from the years of government service, were speeches delivered before various audiences, and were accorded little recognition by the professional economics community.

54. Between 1981 and 1993, Stiglitz published 179 articles, only 43 of which were in top academic journals, a sharp decline in the rate at which he was publishing top flight research. When in public service from 1993

---

[35] Top journals refer to the most influential general economics journals and include *American Economic Review*, *Journal of Political Economy*, *Quarterly Journal of Economics*, *Review of Economic Studies*, *Journal of Economic Theory*, *Econometrica*, and *Bell Journal of Economics*. Each of the subfields of economics and finance have their own top journals (e.g. *Journal of Finance*, *Journal of Labor Economics*, etc.).

18

Draft - Confidential

through 2000, only 9 of the 155 articles were published in top economic journals. This supports the fact that by the time he was married, Stiglitz had written an extraordinary amount of high quality articles and was at the peak of his productivity.

55. Compared to other economists of similar caliber (see Exhibit 4) Stiglitz was far more productive than other top economists under the age of 40. While Stiglitz was publishing more than 4 articles per year in top journals, only one other economist had similar productivity (Feldstein published 3.2 articles per year in top journals). By the time he was 40, Stiglitz had published 68 articles in top journals - the next closest Bates Clarke winner was Martin Feldstein who had published 48 before he was 40. The difference in productivity is even more profound when looking at total productivity: Stiglitz published 140 articles before he turned 40, a rate of 8.2 per year. The only economist who approaches this pace is Feldstein, who published 124 before he turned 40.[36] Stiglitz's productivity was far higher than some of the most famous Nobel Prize winners including Samuelson, Solow and Tobin, and much higher than his co-recipients of the 2001 Nobel Prize, Spence and Akerlof. What is remarkable about the articles not published in the top journals is that so many of them are of high quality, with several being widely cited.

56. An alternative measure of productivity is to identify the influence accorded his work not by simply measuring the number of articles published but rather their influence in the social sciences literature. The influence of Stiglitz's work is most noticeable during the period prior to his marriage even though the overall portfolio of work that could be cited grew. Exhibit 5 shows that for work in the 1974 to 1978 period, more than 700 articles a year cited Stiglitz's work. This continued up until 1984, when the frequency with which his work was being cited rapidly declined. Exhibit 13a (ordered chronologically) and 13b (ordered by number of citations) measure the number of citations to each article on Stiglitz's resume. It is absolutely clear from this measure that Stiglitz's most influential work was accomplished before he married Hannaway.

57. There is no reason to believe that articles written after marriage had any impact on his lifetime earnings. Michael Spence, who stopped publishing in the late 1970s, had high earnings and received the Nobel

---

[36] Feldstein productivity was slightly higher 8.3 per year versus 8.2 for Stiglitz but he started publishing relatively later in his life (age 25 versus age 23 for Stiglitz). See Exhibit 4.

19

Draft - Confidential

Prize with Stiglitz. While it is challenging to test the counterfactual, what is known about economists' earnings and careers is consistent with the hypothesis that Stiglitz's earning power would not have been much different today had he not published anything after 1978.

## SAVINGS AND INVESTMENTS DURING THE MARRIAGE

58.  In order to measure how to equitably divide marital assets that existed at Commencement, I separate from total assets those assets which existed at the time of marriage. This requires not only identifying the Initial Assets as I did in the previous section, but also identifying the proper rate of return on these assets to calculate their present value. In this section, I examine household portfolio decisions and measure the value of the Initial Assets at commencement. I find that the portfolio is worth $8.22 million at Commencement and that $3.24 million is attributable to the Initial Assets that Stiglitz entered the marriage with in 1978 (real estate, liquid assets and pensions). Therefore, I measure $4.98 million of assets available for equitable distribution as of the Commencement date.

59.  In my calculations, I use pre-tax rates of return and refer to pre-tax values of assets because the tax treatment of the assets is a direct function of the disposition of the marital assets made by the Court.[37]

60.  The pattern of savings and investment during the Stiglitz-Hannaway marriage is very typical of successful academics. The primary investment vehicles were tax deferred (or tax exempt) retirement savings, real estate, and trusts with some financial market exposure. The only anomaly to the typical pattern is the period following 1993 when Stiglitz began public service and the couple moved to Washington, DC. During this period, when Stiglitz's salary was lower and his opportunities for additional income generating activities were truncated, the couple's savings patterns were reversed and they began dissavings. The Stiglitz-Hannaway portfolio decisions were primarily made by Stiglitz with little involvement from Hannaway.

61.  Exhibit 7 provides a summary of the inflows to and outflows from all assets held during the marriage,[38] and measures the rate of return by

---

[37] For instance, I have ignored the tax Stiglitz paid in 2002 on the $251,173 (*Source:* Stiglitz's 2002 tax return, Def's Prod. 007731) of capital gains when the Stanford house was sold and any tax payments made on investment income during the marriage.

20

Draft - Confidential

asset. For assets not liquidated at Commencement, the value on 6/30/2002, the end of the last quarter before Commencement, is treated as the liquidation value for return purposes.

62. Exhibit 7 shows the inflows to and outflows from the Vanguard mutual funds, including IRA and KEOGH funds, then Brookdale Equity Partners, ConAgra, TIAA-CREF, and finally the housing assets. Then the rates of return of each asset are calculated. Finally, all cash flows from all assets are laid out, and their overall return of 11.8% is presented.[39]

## Princeton 1979-1988

63. Stiglitz moved to Princeton in 1979 to be a full professor in the economics department. Hannaway finished her Ph.D. in 1978[40] and was an assistant professor of education at Columbia University where she was on the faculty of Teacher's College.

64. Edward (Jed) was born April 17, 1980 and Julia was born May 16, 1982.[41]

65. In 1982, Hannaway resigned from Columbia to accept an untenured position at Princeton but was denied tenure in 1987.

66. The principal residence during this period was a home bought January 1981 in Princeton.

Premarital assets

67. After the sale of the Oxford house in mid-1979, Stiglitz entered the marriage with $190,432 in real-estate and liquid assets; $30,000 in trust funds for his children; and his TIAA-CREF account worth $45,085. At the same time, Stiglitz created three Crown trusts[42] for another $18,000, leaving $172,432 in liquid assets and $48,000 in the trust funds.

---

[38] For assets not liquidated by Commencement, the value at 6/30/2002.
[39] Exhibit 7 excludes any asset for which a complete investment history was unavailable. Most of the assets from Exhibit 6 are included: the Vanguard accounts, Stiglitz's TIAA-CREF Account, Brookdale Equity Partners and the cash or equity value of their real estate.
[40] Hannaway Deposition, p.9.
[41] Hannaway Deposition, p. 65.
[42] A Crown Trust returns the principal to the contributor when the trust is terminated. The $18,000 is clearly Stiglitz's separate property, and when increased by the portfolio return of 11.8 percent, means that Stiglitz is entitled to an additional $234,118 not included in Exhibit 7.

21

Draft - Confidential

68.    In January, 1981, $28,000[43] of the premarital assets were used as a down payment on the purchase of a home in Princeton. This left in excess of $144,000 for financial investments. Stiglitz treated the investment in the new home as a rollover of the proceeds of his Oxford home, thus deferring most of the capital gains.

69.    Details on the management of this $144,000 are somewhat spotty. Some of the funds were already in securities that were purchased through Merrill Lynch Cash Management Account ("CMA"). Some of this was held in cash, the remainder was used to purchase bonds,[44] mutual funds and individual stocks. The 1993 tax return and a statement from Merrill Lynch provide some evidence of the stocks that were bought with some of this money (those stocks were worth $266,290 in 1993, $156,290 of which were stocks held in CMA,[45] and $110,000 of which was stock in ConAgra, which was bought in 1981 for $6,000, and sold in 1993 for $110,000[46]). On the face of it, this looks like a standard portfolio of diversified assets.[47]

70.    $56,000 of the $144,000 was placed in an individual Vanguard account (V40-976157207) (initially opened in November, 1979 with a deposit of $6,000).[48] The value of this account was $710,660 on June 30, 2002.[49]

Retirement savings

71.    During his period at Princeton, Stiglitz contributed $161,799 to his Vanguard retirement funds and TIAA-CREF account.[50] This account has remained untouched and steadily appreciated over the following two decades.[51]

72.    While at Princeton, in keeping with the standard strategy of placing additional savings in tax deferred accounts, Stiglitz opened up three

---

[43] See Exhibit 7.
[44] The bonds were swapped with Andrew Weiss in the early 1980s, and on December 31, 2001 were worth $26,500.
[45] Merrill Lynch Letter faxed 12/27/93.
[46] See Exhibit 7.
[47] Because exact purchase and sale dates for the stocks and bonds purchased with the original $144,000 are not available, these assets are not included in the weighted average portfolio return per Exhibit 7.
[48] Additional deposits of $50,000 were made. These funds remain in that account today. The only withdrawals from this account were transfers of $230,000 to the children's trust funds, Hannaway's account, and other distributions, such as a gift to Amherst College, which were made between 1996 and 1999. See Exhibit 7.
[49] See Exhibit 7.
[50] See Exhibit 7.
[51] See Exhibit 7.

22

Draft - Confidential

accounts: a Vanguard IRA, a Vanguard KEOGH plan and a Supplementary Retirement Account through TIAA-CREF. Stiglitz began contributing to the Vanguard KEOGH plan (V30-9780712703) in December, 1981. Stiglitz continued to make contributions until he departed for Stanford in 1988.[52] In 1993, Stiglitz transferred $80,000 from the KEOGH account to a new Vanguard KEOGH account (V40-9780712703).[53]

73.  Stiglitz also opened a 401(a) and a 403(b) plan while at Princeton, and contributed a portion of his salary to these accounts.[54]

74.  In April, 1983, Stiglitz opened an IRA account with Vanguard (V29-9782747501), making total contributions of $10,172, with the last contribution made in April, 1987.

75.  Hannaway contributed to a TIAA-CREF retirement account with Columbia University and later with Princeton University. While the contribution history is unavailable, the account was valued at $354,755 at Commencement.[55]

76.  During the Princeton period, Hannaway and Stiglitz had a very high retirement savings rate. Their total contributions were $230,556.[56] Given their high rate of retirement savings, it is not surprising that there were limited savings in any other form. What additional savings beyond housing and retirement were put in Hannaway's name for estate tax purposes.

## Housing investments

77.  In January, 1981, Stiglitz and Hannaway purchased a house in Princeton, NJ for $144,000.[57] The house was financed with a $28,000 down payment, with a mortgage on the property accounting for the remainder. The $28,000 was a rollover from the proceeds of the Oxford house.[58]

---

[52] Total contributions to this account were $58,585. See Exhibit 7.
[53] See Exhibit 7.
[54] Exact contribution history not available.
[55] See Exhibit 6.
[56] See Exhibit 7. Stiglitz made contributions of $10,172 to his Vanguard IRA, $58,585 to his Vanguard KEOGH and $161,799 to his TIAA-CREF account. This does not include Hannaway's contributions.
[57] See Exhibit 7.
[58] Stiglitz Deposition, p. 94; Stiglitz's Initial Assets could have been the only source of these funds, since Stiglitz's and Hannaway's income in the two years of marriage prior to the purchase was insufficient to generate this level of savings. Stiglitz's Initial Assets were the only source of identifiable savings significant enough to have produced the downpayment prior to the home purchase.

23

Draft - Confidential

78.    Around 1985, $80,000 in improvements were made to the Princeton
       house. The improvements were funded with a home equity loan that was
       approximately $55,000 and the remainder in cash. In 1988, the family
       moved to Stanford, California. The house in Princeton was sold in the
       summer of 1988 for $500,000. After the loans were paid off, the sale
       netted $343,265.[59]

79.    In May, 1985, Stiglitz and Hannaway purchased a second property in
       Franklin Township, New Jersey for $197,459. They put a downpayment
       of $42,459, and made up the difference with a mortgage. That mortgage
       was paid off with the proceeds from the Princeton house.[60]

## Stanford (1988 – 1993)

80.    After Hannaway was denied tenure at Princeton in 1987, Stiglitz and
       Hannaway moved to Stanford where Stiglitz was a full professor in the
       economics department and Hannaway was an associate professor in the
       School of Education.[61]

81.    The pattern of savings and investment at Stanford was relatively simple.
       A home was purchased and significantly renovated, TIAA-CREF
       pensions contributions were made, and a small amount of incremental
       other savings was made.

### Premarital Assets

82.    By this point the Initial Assets were either being held in the form of real
       estate, the Vanguard accounts, the children's trusts, accounts in Stiglitz's
       name or individual financial instruments.

83.    Relatively minor portfolio modifications were done during the Stanford
       period, mainly due to the cost of purchasing and renovating their home
       in Stanford. In August, 1988, Stiglitz opened an individual Vanguard
       account (V75-971068692) with $66,913 from the proceeds of the sale of
       the Princeton home. In July, 1990, he withdrew $75,000 for renovations
       on the Stanford home. This account was worth only $13,777 on June 30,
       2002.[62]

---

[59] See Exhibit 7.
[60] See Exhibit 7.
[61] Hannaway Deposition, p. 77.
[62] See Exhibit 7.

24

Draft - Confidential

### Retirement Savings

84. The only retirement savings that Stiglitz and Hannaway made during the Stanford period were their typical TIAA-CREF contributions. These amounted to $36,279 for Stiglitz.[63] Stiglitz also opened a 401(a) plan affiliated with Stanford, whereby he contributed a portion of his income and received matching funds from the university. At commencement, this account was worth $450,000.[64]

### Housing Investments

85. In the late summer 1988, the house in Stanford was purchased for $425,000.[65] From 1989-1991, an additional $1,075,000 was put into rebuilding and repairs, making the total investment $1.5 million.[66] The Stanford home was financed by rolling over the $343,265 from the sale of the Princeton home and adding $400,000 in cash investment. A mortgage for approximately $750,000 was used to finance the remainder. The basis used for depreciation on their tax returns reflects the total investment, including both the downpayment and investment in renovations.

86. This home was rented while the couple was in Washington and sold in December of 2001 for $2.29 million. The mortgage was repaid with $676,000. After taxes and other fees, the sale netted $1,389,271 million.[67] As of November, 2002, $1,463,205 was in a Bank of America account jointly held by Stiglitz and Hannaway.[68]

87. Investments in the Stanford home used most of the couple's savings during this period, so no new Vanguard accounts were opened, nor any significant contributions made to existing accounts.

## Washington, DC (1993 to 2000)

88. In 1993, Stiglitz and Hannaway moved to Washington. Stiglitz served in the government as a member of the Council of Economic Advisors and Hannaway was a research fellow at the Urban Institute. To comply with government requirements, all assets were moved into passive

---

[63] See Exhibit 7. Contribution history for Hannaway's TIAA-CREF account not available.
[64] Exact contribution history not available. See Exhibit 6.
[65] See Exhibit 7.
[66] See Exhibit 7.
[67] See Exhibit 7.
[68] Hannaway Statement of Net Worth, November 26, 2002, p. 8.

25

Draft - Confidential

> investments. No new savings were generated during this period – in fact, the family consumed some of their savings to accommodate the reduced earnings.

## Premarital Assets

89. All Stiglitz's individual stocks held in Merrill Lynch, were sold for $156,290 on December 10, 1993.[69] In addition, the Conagra stock was sold for $110,000. Stiglitz's $266,290 in funds was transferred to 7 passively managed mutual funds that Stiglitz opened in early 1994. The accounts were as follows:[70]

   a) V40-9890042965 was funded with $6,000. This account received the capital gains and dividends from a number of other Vanguard accounts. From 1997 to 2002 a total of $105,000 was withdrawn from this account to fund consumption;[71]

   b) V48-9890042965 was funded with $20,417;

   c) V73-9890042965 was funded with $25,000;

   d) V98-9890042965 was funded with $53,281;

   e) V06-9782747501 was funded with $57,500;

   f) V09-9782747501 was funded with $57,500. $25,000 was withdrawn in March, 1997;

   g) V40-9890186041 was funded with $50,000.

   Some money was also put into a jointly owned mutual fund, which later became their initial investment in Brookdale Equity Partners.

90. In total, during the Washington period, the couple drew down their savings by more than $240,000, or about $40,000 per year[72].

## Retirement Investment

91. Stiglitz had the opportunity to invest in the government pension plan and a separately defined World Bank pension fund, and did so.

---

[69] Merrill Lynch Letter faxed 12/27/93.

[70] See Exhibit 7 for all accounts.

[71] See Exhibit 7.

[72] See Exhibit 7 – Some of the withdrawals during this period were actually transfers to accounts in the names of Edward, Julia or Jane. Specifically, of the $230,000 withdrawn from V40-97615727, $140,000 went to Edward, Julia or Jane. The other $150,000 in withdrawals came from other Vanguard accounts.

Draft - Confidential

92.   Stiglitz made additional contributions to his Vanguard KEOGH account in 1993 and 1994 totaling $39,000. After withdrawals of $20,665 in 1997, the value of the two accounts on June 30, 2002 was 317,070.[73]

93.   After a withdrawal of $2,694 in March, 1997, the IRA account he contributed to while at Princeton had a value of $37,502 on June 30, 2002.[74]

## Housing investments

94.   The family rented housing when they first arrived in Washington. One of those rental properties caught fire in March, 1994, destroying many of their belongings, and leading to a large insurance settlement of $250,000, representing only about 50% of the replacement value of the property destroyed.[75]

95.   The family bought a house in Washington in the Summer of 1996 at 2942 Ordway Street. The purchase price was $1,000,000 and was financed through a down payment of $200,000 and a mortgage for the remainder.[76] The family lived there until Stiglitz and Hannaway separated in June, 2000. Hannaway still resides there today. The house has recently been appraised for $2 million.[77]

## Summary

96.   Shortly before the Commencement date, the value of the portfolio was $8.22 million, the sources for which are: $2.98 million in real-estate proceeds from the Stanford, New Jersey and Washington homes[78]; $1.45 million in investment accounts held either jointly or in Stiglitz's name; retirement accounts worth $2.87 million in Stiglitz's name; accounts and assets in Hannaway's name worth $0.47 million; and, retirement accounts worth $0.46 million in Hannaway's name. Exhibit 6 provides a detailed summary.

---

[73] See Exhibit 7.
[74] See Exhibit 7.
[75] Stiglitz Deposition, p. 173.
[76] See Exhibit 7.
[77] See Exhibit 7.
[78] Assumes the Washington home is sold on 6/30/2003 for $2.0 million, its appraised value, and the value of the equity portion is computed as of 6/30/2002 using the then-current one-year t-bill constant maturity rate of 2.10%. The actual contracted sale value of the NJ house of $425,000 from 6/1/2003 is taken back to 6/30/2002 using the same 2.10% rate. Finally, the actual sale value of the Stanford house of $1,414,000 from 12/31/2002 is taken back to 6/30/2002 using the then-current 6-month t-bill constant maturity rate of 1.78%. *Source:* http://www.federalreserve.gov/releases/h15/dataw/tcm6m.txt.htm and Exhibit 7.

27

Draft - Confidential

# DETERMINING PRESENT VALUE OF INITIAL ASSETS

97.   Earlier I accounted for the cost of inflation by calculating the value of the initial assets in 2002 dollars. However, this does not recognize the time-value of money that these assets accumulated. In this section, I identify the appropriate measure of the time value of money to apply to the Initial Assets. I find that the appropriate return is 11.8 percent[79] which means that the $235,517 in Initial Assets is worth $3.24 million at Commencement.[80]

98.   In almost all legal proceedings, the time value of money is an important component of any damages analysis. The reason for this is simple: if someone was damaged, or if they had to wait for a damages payout, they should be compensated for the opportunity cost of the funds they lost access to. Tax law follows the same principle – unpaid taxes whether tied up in litigation or in non-payment accrue interest over time reflects that the government has lost the time value of the tax revenue. The same principal would surely apply to the concept of separate assets.

99.   A simple example illustrates why the time value of money should be included in the determination of the current value of the Initial Assets. Suppose one couple was married 30 years ago and another couple was married just one year ago. Further suppose that in each case, one party brought $100 of initial assets to the marriage. If both couples were to divorce today, what would be fair compensation for the initial asset to each party? Intuitively someone who brought $100 to a marriage 30 years ago brought substantially more than someone who brought $100 last year. The reason is that over the course of 30 years, the $100 can be invested and earn a rate of return.

100.  For instance, suppose the party in the first couple had invested the $100 over 30 years at, say, 10%. The asset would be worth $1,745 today. If the party in the second couple had invested the $100 over the one year of the marriage at the same 10%, it would be worth only $110. Clearly, treating the initial $100 asset equally for each party without accounting for the return that asset would otherwise have generated over the course of the marriage is an inequity. The actual 23.5-year return in equity markets from 1979 to 2002 as measured by the DJIA is an 11.5-fold

---

[79] See Exhibit 7.
[80] See Exhibit 6.

28

Draft - Confidential

increase.[81]  This means that if someone had invested $1 in the DJIA in 1979 and withdrew it in 2002 their $1 investment would have grown to $11.48.

101.  If Stiglitz's Initial Assets of $235,517 had been invested in the DJIA, which grew an average of 10.9% per year,[82] it would have appreciated 11.5-fold, to a value of $2.70 million.  If it had been invested at a return of 12%, the amount would be $3.4 million and at 8% it would be $1.4 million.

102.  There are several candidate rate of returns (besides standard equity indices like the DJIA), that can be used to account for the time value of money.  These are: the actual return on the specific assets; the actual portfolio return; and the hypothetical return for a couple of similar attributes.

103.  The first measure, the actual return on particular assets is inconsistent with the way households make financial decisions.  It is common that a newly married couple would commingle their assets and make savings, borrowing and investment decisions regardless of the source of the initial assets their marriage started with.  Nonetheless, in many cases, there is sufficient segregation with which to identify returns on particular assets or asset classes.  This is increasingly the case (as here) where most financial assets are invested in widely diversified portfolios whose returns will be approximated by the returns on the DJIA, S&P 500 or other similar broad market indices.  Tax treatment of capital gains means that most households roll over any capital gains in real estate from one house purchase to another.  When assets are sufficiently commingled it may be difficult to rely on this approach; and even when they are not commingled, there is an argument for looking at the actual returns on the entire portfolio (as provided by standard portfolio theory).[83]  For the Stiglitz-Hannaway portfolio, the rates of return for the segregated assets and the overall portfolio are reasonably close.

---

[81] Bloomberg. Annualized return from 12/29/1978 to 6/28/2002 was 10.94%, for an 11.5-fold total return.
[82] Bloomberg. Annualized return from 12/29/1978 to 6/28/2002 was 10.94%, for an 11.5-fold total return.
[83] Economic theory predicts that household portfolio behavior is independent of the form of the initial assets. For instance, if the initial assets were financial and the couple desired more real assets they would simply shift the initial assets from financial to real estate. Thus, whether the assets are commingled or not is moot because economic theory indicates that portfolio decisions would remain unaltered – the household portfolio shares in real, financial and retirement assets are independent of the form of the initial assets.

29

Draft - Confidential

104. The second measure, the actual portfolio return, is a compelling measure for the rate of return. It accounts for the risk preferences of the individuals in the marriage and it accounts for the commingling and fungibility of investment and borrowing decisions. The rate of return is calculated for the entire portfolio using information on the savings and investment decisions in financial and real assets and the related rates of return. For the typical couple this is not burdensome. Most couples have relatively simple pension and savings plans and have made housing investment choices that are easily traceable. This is the case for Stiglitz and Hannaway.

105. The third measure, the hypothetical portfolio return, is relatively easy to measure and consistent with other measures of compensation used by experts. In many damages cases, the question of what the net worth of a typical person with the same attributes as the damaged individuals is asked. In lost earnings calculations, future earnings are projected using data for a sample of people similar to the damaged person. By the same token, data and research are available to document how the typical family invests and what their historical rate of return has been. The returns on the Stiglitz-Hannaway portfolio are consistent with this approach.

## Actual Portfolio Return

106. In Exhibit 7, I calculate the actual portfolio return for the Hannaway-Stiglitz portfolio. It is relatively straightforward to calculate the rate of return for each component of the portfolio, as well as for the portfolio as a whole.

107. The real estate return is measured as the return on the equity invested in the property. For instance, with the Princeton house, Stiglitz and Hannaway initially invested $28,000 and borrowed the remainder to purchase the house. They later invested another $55,000 in renovations and borrowed the remainder. When they sold the property and paid off the mortgage the net gain was $343,265 on the investment of $73,000. Over seven years, the annualized rate of return was 31.1 percent. The

Draft - Confidential

rate of return on real estate was initially very high,[84] but later fell, for an overall rate of return of 11.0 percent.

108. A similar set of calculations is performed for each of the financial accounts. A weighted average rate of return is then derived for the financial portfolio.[85] That return was 11.8 percent. Applying the weighted average return for the entire portfolio to the Initial Assets, they are worth $3.24 million in 2002 dollars.

# ENHANCED EARNINGS

109. I understand that the concept of enhanced earnings refers to any increase in earnings *capacity attributable to investment in human capital that occurs during a marriage*. Increases in earnings due to normal career progress are to be excluded from any measure of enhanced earnings. This exercise imposes a far greater burden on the fact finder than those described earlier in providing an appropriate rate of return on prior assets.

110. A career is a probabilistic path where the skills one garners through early investment in human capital are parlayed into career experiences that cannot be predicted at the outset because the possibilities are broad. This is particularly true for academics who are paid to dedicate a majority of their time to academic activities. Income enhancing activities that academic economists are permitted to pursue include: authorship of textbooks and popular business books, consulting, speaking, public service and private sector employment. As the above list should clarify, the range of possibilities for an economist is enormous and the career paths mentioned above are all activities that require no additional investment in the economist's earnings capacity.

---

[84] My calculations rely on the assumption that the rental cost of housing is approximately equal to the interest payments. Therefore, the consumption value derived from the home is exactly offset by the ongoing interest cost and it can be ignored in any rate of return calculations.

[85] Weighted average provides a more accurate picture of the overall portfolio return than a straight average. A simple example should clarify: if someone invested $100 for one year in one investment, and that grew to $110 in one year, that would be a 10% return. If a second investment were made for $1, and that grew to $2 in a year, that would be a 100% return. A straight average of the two returns would yield a 55% return. This provides an unrealistic picture of the overall portfolio return. In order to properly ascertain the total return on the full $101 investment, weigh the 10% return by the initial $100 investment, and the 100% return by the initial $1 investment to get a weighted average return of 10.89%.

Draft - Confidential

111. Complicating the analysis for most academics is the fact that actual earnings are well below earnings capacity. Talented people who chose academia earn far less than they would in other careers. Therefore actual earnings will be a poor measure of the "earnings ability" prior to, during and after the marriage that are needed for measuring the degree to which earnings capacity was enhanced during the marriage.

112. In this section, I investigate whether Stiglitz's (or Hannaway's) human capital was augmented over the course of the marriage through investments above and beyond those which would normally be part of their career development. I also check whether there was discernable investment made by the household in either spouse's career. In addition, I assess whether any of their post-commencement earnings is attributable to investment in human capital during the marriage or whether Stiglitz's and Hannaway's actual and predicted post-commencement cash flow reflects normal career development. Finally, I measure whether Hannaway's earnings are lower than they would have been in the absence of marriage to Stiglitz.

113. In summary, I find that at marriage, Stiglitz was endowed with a level of human capital that allowed him to pursue any of a variety of career paths – *with no additional investment in human capital beyond that normally made on-the-job*. His actual career path is no different than would have been expected for someone of his caliber at the time of his marriage in 1978. Furthermore, his experience at the World Bank and White House are among the predictable career outcomes for an economist with his experience as of the marital date, requiring no human capital investment during the marriage to create those opportunities. In addition, as stated by the Nobel Committee, his receipt of the Nobel Prize is attributable to work that pre-dated the marriage.[86][87] Finally, the earnings he has received post-commencement from academic activities, consulting, writing and speaking are not due to any investments in human capital

---

[86] http://www.nobel.se/economics/laureates/2001/press.html, "…During the 1970s, this year's Laureates laid the foundation for a general theory of markets with asymmetric information…"

[87] To provide further clarification on the work specific to the award of the Nobel Prize, the committee commissions a report that refers to additional publications of the winners, including work that did not form the basis of their award. In the case of Stiglitz, these citations include his important work in the economics of natural resources, industrial organization, public finance and innovation. All but one of the works cited were written before the marriage, and the one written after was in an area not directly related to the prize (but which was a direct extension of basic research conducted before the marriage). Four of the papers cited in the report were published after marriage, but clearly written and widely disseminated prior to marriage.

32

Draft - Confidential

made during the marriage but rather the result of his actual professional experiences. These are the predictable career outcome for a high ability economist with the academic portfolio and distinctions Stiglitz held prior to marriage.

## Background on Academia and Economics

114. Typical academic employment contracts encourage and allow for professors to leverage their expertise and pursue outside activities by paying only 9 months of salary for a 4-day work week. Therefore, academics are only required to dedicate 60 percent of the work life to academic pursuits.[88] Furthermore, the typical academic is given a paid sabbatical with terms that vary greatly from university to university, but typically entail a year out of every 4 to 7 years with half or full pay.[89] With such liberal requirements, academics are permitted to spend up to 40 percent of their time on non-academic work. However, academic norms and expectations encourage this work to be focused on activities that are of public service, are related to the scholars' research teaching and/or which may contribute in some way to his university related obligations. A business school professor may be expected to consult with corporations while a development professor would be encouraged to do work in developing countries.

115. The normal career activities available to a successful economist are wide ranging and can include any of the following activities.

   a) Consulting – Economists can work as testifying experts, litigation, financial or business consultants, especially if they have received accolades and possess an extensive publishing record. The necessary skills for consulting are strong credentials and communication skills. There are numerous examples of economists who serve as expert witnesses or management consultants and who earn enormous sums. Examples include Princeton University professor William Baumol (a highly paid testifying expert); Harvard Business School Professor Robert Porter (who started Monitor consulting, one of the preeminent management consulting firms); Yale

---

[88] 4 days out of five for 9 months out of 12 is 60 percent of a normal work year.
[89] For instance, both Hannaway and Stiglitz were on leave without pay for their first two years in Washington (*Source*: Stiglitz Deposition, pp. 157-167).

Draft - Confidential

professor Robert Shiller (who produces the Case-Shiller price index and regularly consults in the finance community); and, former Bates Clarke medalists and MIT professors Jerry Hausman and Franklin Fisher (who founded Charles River Associates, a highly successful economic consulting firm).

b) Authorship – The training and experience of economists enables them to write both textbooks and popular books. Economics is one of the largest undergraduate majors with a text book market size of at least $8 million which provides ample opportunity for writing a successful textbook.[90] The best known example of this is *Principles of Economics* written by Paul Samuelson. This was the standard introductory economics textbook for college majors, with translations into more than 40 languages and 16 editions and over four million copies sold.[91] Samuelson, however is the exception. The most successful textbook writers have not been Nobel laureates. There are also numerous examples of academics who have written books targeted to a popular audience. For example, *A Random Walk Down Wall Street* by Princeton University professor Burton Malkiel is a highly successful book written for a business audience that is commercially successful. Other economists who have written best sellers include MIT professor Lester Thurow and of course Harvard professor emeritus John Kenneth Galbraith. With few exceptions, most economists who have had a best seller are like Malkiel: they write a single book, or at most two, that reach the best selling category.

c) Public sector employment – Many academic economists provide services to the public sector. Often they will do so while on sabbatical or alternatively they will give up a tenured job. Potential public sector employment can include the President's Council of Economic Advisors, the Federal Reserve Board, the

---

[90] In 2001, 19,287 undergraduate economics degrees were conferred in the United States (see Table 296, http://nces.ed.gov/programs/digest02/d02/tables/dt296.asp). If text book expenditures for introductory economics are $100 per student, this implies a market of approximately $8 million per year (e.g. 4 x 20,000 x $100). A 10% royalty rate would imply that $800,000 in income flows to introductory economics text book authors. However, this underestimates the market size because introductory courses, specifically introductory economics courses, are taken by a large number of non-majors. In my experience, at least two-thirds of the introductory economics students are non-majors, implying potential royalties of $2.4 million.

[91] *Source:* www.mskousen.com/books/articles/perseverance.html.

34

Draft - Confidential

IMF or World Bank or various departments in the Federal Government like Treasury, Justice and Commerce (Exhibit 12 provides brief synopses of the careers of former Chairman and Chief Economists at the World Bank)

d)  Academic management – Moving into a university management position like Department Head, Dean, Provost or President is a common path for academic economists. For instance, in the last two decades, Princeton, Yale, and Harvard have all had Presidents who are economists.

e)  Private sector employment – It is also common for successful economists to take full or part time employment in the private sector. For instance, moving into the financial services industry has been a common activity for many economic theorists who have financial expertise. Perhaps the best known examples are Nobel Prize winners Robert Merton and Myron Scholes who founded the hedge fund Long Term Capital Partners.

f)  Public commentator or entertainer – There is also demand for academic economists who are able to communicate complicated economic concepts to a lay audience. For instance, Princeton University professor Paul Krugman is a highly regarded columnist with *Slate* and the *New York Times*; UCLA Professor Sebastian Edwards is a regular contributor to the *Wall Street Journal*; and University of California professor Hal Varian writes regularly for the *New York Times* on the economics of technology.

116.  In short, a typical academic economist's career is variegated, and the mix of activities changes markedly over time in a normal career development. The compensation for these activities can vary enormously and given that the activities pursued are essentially chosen by the individual, their level of additional compensation is largely a function of the academic's interests and desire to earn additional income. Stiglitz exhibits a typical pattern: initial focus on research, the creation of which I described earlier, followed by a mix of the above activities.

117.  During the initial period of investment, incomes are typically low (although Stiglitz's was not) while the returns are reaped in later years. Like an entrepreneur, actual income differs substantially from potential income and uncertainty is resolved over time as the value of investment

35

Draft - Confidential

is clarified. Stiglitz is remarkable with how quickly his talents were recognized and his investments were rewarded. Well before he met Hannaway, he was an internationally recognized academic phenomenon.

# THE TIMING AND LEVEL OF INVESTMENTS IN STIGLITZ'S EARNINGS CAPACITY

## Stiglitz's career before marriage

### Academia

118. At marriage in December 1978, Stiglitz was already an academic superstar, replete with a top-notch publishing record, history of prestigious employment and salary commensurate with his elite status. In 1971, he was tenured at Yale at the age of 27. The next few years brought several employment overtures from other institutions, with Stiglitz eventually moving to Stanford in 1974.

119. Exhibits 9 and 10 present Stiglitz's real and nominal earnings relative to the reported IRS earnings of two subgroups among the top 1 percent of income tax filers. When Stiglitz moved to Stanford in 1974, he was earning just under the average of the Top 1 percent to the Top ½ percent of all tax filers in the United States at only the age of 30. When he moved back to the U.S. from England and began his normal activities as a full time professor, his academic wages and labor earnings put him right on the average for the Top 1 percent to Top ½ percent of tax filers. Stiglitz's income significantly exceeded that of all other economists in the Current Population Survey in every year of that survey. Given his academic output and salary level, if he chose to engage in the more remunerative activities like consulting, textbook and popular writing, he was assured of top-tier compensation.

120. By the time of the marriage, Stiglitz's academic earnings path was established. Exhibits 9 and 10 show that when Stiglitz's IRS earnings are compared to all other IRS tax returns, his W2 wage income alone places him just below the average of the Top 1 percent to Top ½ percent of wage earners. Thus, at the time of the marriage, Stiglitz was one of the most highly compensated workers in the United States.[92] If he

---

[92] The source for these comparisons is work by Thomas Pikety and Emmanuel Saez "Income Inequality in the United States, 1913-1998" *Quarterly Journal of Economics*, Vol. CXVIII, February, 2003, pp. 1-39.

Draft - Confidential

wanted to, he could have earned significantly more income by engaging in non-academic work – this earnings capacity was simply not being utilized. At the time of marriage, his talents were clearly identified and there was little or no room for additional enhancement in his earnings capacity. In fact, when he joined Princeton, he was not only the highest paid professor in the University, but was assured he would remain within the top 3. Thus, Stiglitz's salary increases had nothing to do with subsequent performance and changes in human capital but rather with changes in the university wide wage scale. Stiglitz maintained similar compensation arrangements with Stanford (limited to the School of Arts and Sciences) and eventually Columbia.

## Public Speaking

121. Before marriage, Stiglitz was an internationally recognized scholar and had been invited to lecture in a variety of countries in Europe, Asia, Africa, South America and Canada, Australia, New Zealand. He had also been asked to speak at national and international conferences sponsored by international organizations like the World Bank and OECD.

## Consulting

122. Stiglitz was engaged in a variety of consulting assignments prior to marriage. These include consultancies with the Ford Foundation on energy policy (1973), the Department of Labor on pensions and labor turnover (1974), the Department of Interior on offshore leasing programs (1975), the Federal Energy Administration on market allocation of natural resources (1975-76), Office of Fair Trading in the U.K., the OECD, the World Bank, and Bell Labs. He also received substantial funding from the National Science Foundation.

## Writing

123. Before his marriage, Stiglitz had edited two books (*Collected Works of Paul A. Samuelson* and *Theory of Growth* with H. Uzawa), prepared two major manuscripts as a result of consulting projects, published one major scholarly book, *The Theory of Commodity Price Stabilization* (Oxford University Press, 1981), and one major graduate textbook which helped redefine the field, *Lectures in Public Economics* with Tony Atkinson (McGraw-Hill 1980).

37

Draft - Confidential

124. *Lectures in Public Economics* became a commercially successful textbook and the primary graduate text in public economics classes for much of the next two decades.[93] It was translated into Spanish in 1988 and Chinese in 1991.

Awards

125. As mentioned earlier, Stiglitz received a number of awards before his marriage to Hannaway. The most notable are a Fulbright Fellowship in 1965, Guggenheim Fellowship in 1969, Fellow of the Econometric Society 1972, Honorary Doctorate from Amherst College in 1974, and John Bates Clark Award in 1979 (just months after marriage).

## Stiglitz's career during marriage

126. As mentioned earlier, none of Stiglitz's economic activities in academia, writing, public speaking, consulting or awards received during marriage and none of the ones undertaken subsequent to separation, are grounded in investments made during the marriage. They are simply the career continuation for a person who was an acclaimed academic economist in 1978. The increased earnings reflect the normal evolution for the career of an academic superstar and do not reflect any noteworthy investments in human capital.

127. The path of Stiglitz's earnings relative to similarly paid workers reflects a basic fact of the 1980s and 1990s which is that the returns to skilled workers rose much more rapidly than for other workers and that the most skilled realized the highest wage increases. This was a general economy wide phenomenon. Stiglitz wage income rose at the same rate as that of all other workers in the top 1 percent of the IRS earnings distribution and his total compensation in the 1980s and 1990s kept him in the top ½ percent. At the same time that his income was rising, it was also becoming increasingly more volatile reflecting uncertainty over the source for his additional consulting and other income. When he moved to Washington, Stiglitz's income fell although he was still amongst the top 5 percent of highest paid workers. His move to he World Bank increased his earnings but not to the level he had already achieved as an academic and only in 2000 did his wage income and total compensation

---

[93] The book is now out of print. The book was written while Stiglitz and Atkinson were together in the U.K., but published after marriage. While the value of this book could be included in the Initial Assets, it is not.

38

Draft - Confidential

return to the level he had earlier (level here is measured relative to his earnings cohort which was the top 1 to ½ percent of earners). Only after he received the Nobel Prize is there any anomalous levels of compensation relative to his earlier earnings but these are likely to be highly transitory with short duration. I see no convincing evidence that during his marriage, Stiglitz's earnings capacity was enhanced. His actual earnings merely kept pace with the top 1 to ½ percent of earners, the group he was comparable to in 1979.

Academia

128.  The number of universities vying to hire Stiglitz allowed him to negotiate an unusual compensation package with Princeton, when he moved there in 1979, guaranteeing that he would be one of the one of the three highest paid professors at the university.[94] He has maintained this employment arrangement (modified to exclude the professional schools that Princeton does not have) when he returned to Stanford in 1988. Stiglitz's income was largely a matter of choice. While he did some high paying consulting, he largely chose to limit it to areas directly related to his research.

129.  It is not uncommon for economists to virtually stop publishing or at least stop publishing path breaking work, within a few years of receiving tenure, yet their reputation lives on, and in some cases grows, as their articles get increasingly cited. Spence is a dramatic case in point. Stiglitz is unusual in the early volume of his research and his continued publishing through the course of the marriage (see earlier discussion). There is every reason to believe that his subsequent standing would have remained at the highest level even if he had not published anything after his marriage.

130.  Following his public service stint in Washington, Stiglitz returned to Stanford for a year. He eventually moved to Columbia in 2001.

131.  As discussed earlier, Stiglitz's academic salary kept pace with the top wage earners. In the time he was out of academia, there was a very rapid increase in the level of income received by top earners and when he returned to academia, his salary level was commensurate with this increasingly unequal distribution of income. This does not reflect an enhanced earnings capacity through some sort of investment but rather

---

[94] Hannaway Deposition, p. 76.

39.

Draft - Confidential

the general economy wide increase in the returns to skills, and in particular the rapidly rising returns to the most skilled – the explanation for this fact is hotly debated in the economics profession.

## Public Speaking

132. Predictably, after marriage in 1978 Stiglitz continued giving speeches and lectures around the world. By 1992 he was providing major addresses at congresses and elsewhere. For instance, he gave the Caffee lecture the fee for which is commensurate with the occasionally high speaking fees he currently receives.

133. In March 1993, Stiglitz moved to Washington to join the President's Council of Economic Advisors. During his years in Washington, Stiglitz was on sabbatical from Stanford. He remained on the Council for a total of four years. In these positions he had large public speaking responsibilities. A number of his World Bank speeches are collected in a book titled *The Rebel Within: Joseph Stiglitz and the World Bank* (edited by Ha-Joon Change, Wimbeldon Publishing Company, 2001). Again, this career development is consistent with what one would expect given Stiglitz's career before marriage.

## Consulting

134. After marrying Hannaway, he continued his pre-marital work with Bell Labs. The new consulting projects he had are the natural evolution of someone with his background. New projects included work with the States of Texas, Louisiana and Alaska which were based in part on an earlier project he had done with the Ford Foundation. He consulted with the Office of Tax Policy of the Treasury from 1979 to 1980. He also worked for the Seneca Indians in the Salamanca case, based on his earlier work in the economics of the public sector and the theory of land rents. Finally, he did consulting work with Fannie Mae and was involved in the All State-Sears insurance tax case, both of them natural offshoots of his earlier pre-marital research on information economics, taxation and risk. It should be noted that much of Stiglitz's consulting work was in the form of providing expert opinion in court room settings. Expert witnesses are chosen for their effectiveness in presenting economic ideas in a simple and persuasive manner which is the essence of successful public speaking.

40

Draft - Confidential

#### Writing

135. During the course of the marriage, Stiglitz wrote a number of academic books none of which were particularly successful, at least in a financial sense. These include: *The Economic Role of the State* (Blackwell Publishers, 1989), *Peasants versus City-Dwellers: Taxation and the Burden of Economic Development* (Clarendon Press, 1992), *The Economics of Rural Organization: Theory, Practice and Policy* (Oxford University Press, 1993) and *Whither Socialism?* (MIT Press, 1994)

136. Stiglitz also wrote a successful undergraduate textbook, *Economics of the Public Sector*, which was largely an undergraduate version of his best selling graduate text book that was written before marriage.

137. His undergraduate textbook *Principals of Economics*, published in 1993, is targeted to introductory economics courses. Disappointing sales led to bringing on a new co-author, Walsh, for the 2002 revision. While not among elite economic textbooks in terms of sales, the book has been translated into several languages and gone through 3 editions. He received a $300,000 advance for his *Principles*, which in current dollars is in excess of $375,000.[95] His subsequent royalties have not approached this amount.

### Stiglitz's career following marriage

138. Following employment as Chief Economist at the World Bank, Stiglitz's career has involved academia, public speaking, consulting and writing. I now examine each of these activities to assess whether the compensation from these activities reflects investment during the marriage or merely reflect normal career progress. As mentioned earlier, Stiglitz's academic earnings continued to increase at the same pace as the top 1 percent of workers. His additional compensation simply kept him apace with the top ½ percent of workers.

#### Academia

139. After leaving the World Bank in 2000, Stiglitz resumed his post at Stanford. He moved to Columbia in 2001, where he remains today with

---

[95] CPI in 1993 was 83.832; in 2002 it was 104.4715; ratio is 1.25 (*Source:* "Saez, Emmanuel, "Reported Incomes and Marginal Tax Rates, 1960-2000: Evidence and Policy Implications," October 17, 2003, Table A). However, some of the royalties were paid in 1988, when the CPI 68.654. Therefore, $375,000 is the minimum real value of the royalties.

41

Draft - Confidential

joint appointments as a Professor of Economics and Finance with the
Graduate School of Business and the Department of Economics, as well
as a professorship at the School of International and Public Affairs. He
is still paid in the top of the upper echelon of all academic economists.
Stiglitz has always made it clear that he planned to return to academia,
and it was perfectly predictable that when he did so, he would continue
to be one of the highest paid professors in academia, as he had been
before going to Washington. While he was in Washington, there was a
rapid increase in the earnings of the top 1 to ½ percent of earners (see
Exhibits 9 and 10) and when he returned to academia, his compensation
arrangements simply reflected the much increased returns that highly
skilled workers were receiving.

Public Speaking

140.  Since leaving the government, Stiglitz has markedly increased his public
speaking engagements. He does some pro bono, for others he is paid
handsomely. The pay he receives for his speeches varies greatly. He has
received $30,000 to $40,000 for a very few speaking engagements; more
frequently, he receives $5,000 or $10,000 inclusive of reimbursement for
travel expenses. The speaking fees he receives are commensurate with
those at the top of the profession, who typically also receive fees that
vary markedly and fluctuate over time. All of the speaking engagements
at $30,000 or more have been out of the United States, and typically
involve extensive travel and preparation time. Taking into account the
opportunity cost of Professor Stiglitz's time (or that of other high profile
economists), the fees are commensurate or only slightly higher than
those received for consulting.

141.  As noted earlier, receiving "distinctions" like the Nobel Prize is neither
necessary nor sufficient for earning such fees. Throughout his
professional life, Stiglitz has demonstrated an ability to combine
theoretical insights into everyday problems and to communicate clearly;
that has been the basis of his success in his analytic work, and that is the
basis of his success in this arena. Today, his speeches, for the most part,
make only passing reference either to his Nobel Prize or to work on the
Council of Economic Advisers or the World Bank. He is sought after
because of his keen interpretation of ongoing events.

142.  The pattern in Stiglitz's speaking fees is volatile. From 2000 to 2001,
Stiglitz's speaking fees fell by approximately 50 percent, but rose by a

42

Draft - Confidential

factor of four in 2002 with the publication of *Globalization and Its Discontents* and receipt of the Nobel Prize. Fees in 2003 and bookings for 2004 are markedly lower. Their general volatility and the anomalous nature of 2002 provide little evidence of enhanced earning capacity.[96] Furthermore, the speaking fees are not reflective of any investment made during the course of the marriage – they are one of many possible outcomes that could have plausibly emerged in the natural evolution of his career. No further investment during the course of the marriage was required, given his standing in his professions and his demonstrated skills at the time of the marriage.[97]

<u>Consulting</u>

143.  Stiglitz had already proven himself a sought after consultant before his marriage, and the fees he received before taking on the positions in Washington were commensurate with his being one of the top economists in the country. While both before and during his marriage he could have followed the path of many economists, earning a very large income, he chose to limit his consulting, largely though not entirely, to cases of public interest and/or those which raise economic issues which were of interest in their own right. Since separation and leaving Washington, he has limited himself almost exclusively to such cases. Two of the major litigation cases he has been involved in were potential landmark cases for the Justice Department. He was also involved in several anti-trust actions related to Microsoft. Together with a colleague at Brookings, he also did work assessing the financial viability of Fannie Mae, analyzing the changing role of the government in the e-economy, and assessing the effects of asbestos litigation on workers. The amount of such "public interest" consulting is limited, and has varied markedly from year to year.

144.  In the early 1990s, before going to Washington, Stiglitz received $500 an hour for private sector consulting. Adjusted for the general increase in

---

[96] In particular, when the direct costs of travel, the opportunity cost of time spent preparing speeches and the hidden costs of preparing popular journal articles which help generate demand for his speaking services (and which are largely disseminated by the Open Society Foundation for only nominal compensation) are accounted for, economic income from speaking is far lower.

[97] It is worth noting at this juncture that Stiglitz was a very popular classmate and colleague. He was student body president at Amherst. Even in high school, he demonstrated public speaking skills, being ranked among the top high school debaters in the country (*Source:* clippings from *Mann-U-Script*, Stiglitz's high school newspaper). His avuncular nature is certainly a contributor to his success as a speaker and public commentator.

43

Draft - Confidential

consulting fees since then, this is commensurate with the top fees that he has been receiving since leaving Washington, $950 to $1000 an hour. In other cases, Stiglitz receives the top fee that the institution pays, just as he did before going to Washington.[98]

## Writing

145. Stiglitz has published three books, large numbers of newspaper and magazine articles, and a few academic papers since the separation.

146. *Globalization and its Discontents,* is a new genre of writing for Stiglitz and hence entailed a large amount of time drafting and editing. Book promotion has also involved extensive travel to Asia (Hong Kong, Japan, Korea, Philippines), Europe (France, Italy, Spain), Latin America (Brazil, Colombia, Mexico), and the United States (including San Francisco, Los Angeles, Seattle, New York)   He has also actively promoted his work through the press, radio, and TV. After separation, Stiglitz spent massive amounts of time writing and promoting the book which had opportunity costs. Indeed, the time spent promoting the book following Commencement should be treated as unreimbursed costs that should be attributed to him as post-commencement earnings.  From this perspective, at an opportunity cost of $1,000 per hour, the post-commencement efforts alone mean that the book generated no economic rents.  Writing a book is clearly less profitable than other activities in which Stiglitz could have been engaged.

147. As just discussed, there was *no economic rent* associated with the production of the book, and therefore the entire royalties should be viewed as the result of the efforts of Stiglitz, post separation, to which Hannaway made no contribution. After all, between November 2002 and June 2003, the writing, revising, proofreading and researching of the book was his main activity and that considerable time was spent promoting the book from the time of publication (October 2003) to date.[99]

---

[98] I know of economists in the early to mid-90s who were charging $10,000/day with a day being the minimum billing period.  Economists, like Stiglitz, who can discuss principles of accounting and finance earn more than other economists.  The current range for the top 25 highly compensated economic experts is $800 to $1,500/hour. See F.M. Scherer "Economic Consulting, Fire Fighting and Similar Adventures" and Jeffrey K. MacKie-Mason "Inducements to Advocacy: The Economist as Independent Expert" in The Role of the Academic Economist in Litigation Support, Daniel J. Slottje, ed (1999) Elsevier Press, New York.
[99] The success of any book depends in part on efforts at book promotion.  This is reflected by the fact that a third of the advance on *Roaring Nineties* were made contingent on his providing certain minimum levels of

Draft - Confidential

148. The second book, which Stiglitz has just published, is *The Roaring Nineties*. He is to receive an advance of $225,000 upon completion of his book tour. The book explains for a popular audience the economic phenomena from the 1990s using the ideas which have been the cornerstone of his entire career – information, market failure, the balance between markets and the role of government. He began writing the book in November and completed it in June, during which time Stiglitz estimates he spent at least 1,600 hours in writing, editing, proof reading, and research[100] He anticipates spending at least another 500 hours promoting the book. Again, at an opportunity cost of $1,000/hour, no economic rents will be generated until royalties exceed $2.1 million. Although it is too soon to know how successful the book will be commercially, especially given the presence of rival books in the market,[101] it is clear that relative to the opportunity cost, it is unlikely that any economic surplus will be generated with this book either.

149. The third book is a more academic book written with Bruce Greenwald, *Towards a New Paradigm of Monetary Economics*. While it may influence thinking about monetary economics, it is unlikely to generate substantial royalties.

## Awards

150. Stiglitz was awarded the Nobel Prize in Economics in 2001 with Michael Spence and George Akerlof for creating the study of Information Economics. The Nobel Committee was clear that the prize was awarded for work principally done in the 1970s.

## Hannaway's career

151. Hannaway was born January 1, 1946 and completed her B.A. in political science at Newton College of the Sacred Heart. In 1968, she received a Masters of Arts in Education from Manhattanville[102] after which she started her first job at the Office of Economic Opportunity at age 23 in

---

book promotion. Stiglitz estimates that more than 400 hours (including travel time) were spent after Commencement in promoting the book.
[100] Approximately 14 chapters, 4 drafts of each chapter at 4 days each, plus proofreading is approximately 200 8-hour days.
[101] See Paul Krugman, The Great Unraveling: Losing Our Way in the New Century, and Lester Thurow, Fortune Favors the Bold: What We Must Do to Build a New and Lasting Global Prosperity.
[102] Hannaway Deposition, p. 7-8.

45

Draft - Confidential

1969.[103] Following 4 years of government employment she received full sponsorship to attend an interdisciplinary Ph.D. program at Stanford University starting in 1972.[104] She and Stiglitz started dating in 1975,[105] shortly after which she took her first job at Columbia University as an Assistant Professor in Teacher's College where she taught organization theory.[106] While on the faculty at Columbia, Hannaway finished her Ph.D. in 1977.

152. She published her thesis with Oxford University Press, under the title of "The Effect of Uncertainty on Managerial Behavior: Who Does What, When and to Whom." From 1976 to 1981, she was on the faculty at Columbia, publishing five articles during this period,[107] none of which were widely cited.[108] Shortly after their marriage in 1978, Stiglitz went to Princeton and the couple took up residence in Princeton. Hannaway was offered employment as an assistant professor in the Woodrow Wilson school at Princeton in 1981.

153. Hannaway had two publications during the period her children were born. In 1980, she published "Competition, Choice and Client Participation: An Exploratory Policy Analysis" in The Private High School Today, and in 1981, she published "Private Schools: The Client Connection" in Family Choice and Schooling.[109] Jed was born April 17, 1980 and Julia born May 16, 1982.[110] She did not publish again until 1985, when she published three papers, one of which was a revision of a paper presented in 1982.

154. Although Hannaway was turned down for tenure at Princeton in 1987, she received tenured offers at the University of Michigan and Northwestern University which are academically inferior to Princeton and Stanford, where she took employment as a non-tenured associate professor in 1988.[111] Hannaway was never offered tenure at Stanford.[112]

---

[103] Hannaway Deposition, p. 57.
[104] Hannaway Deposition, p. 60.
[105] Hannaway Deposition, pp. 66 and 102.
[106] Hannaway Deposition, pp. 9 and 61.
[107] Hannaway CV.
[108] See Exhibit 11.
[109] Hannaway CV.
[110] Hannaway Deposition, p. 65.
[111] Hannaway Deposition, pp. 70-72, 77.
[112] Hannaway Deposition, pp. 79.

Draft - Confidential

155. When Stiglitz joined the CEA in March 1993, Hannaway and the children joined him in August 1993.[113] Hannaway moved to Washington with a two-year leave of absence, which is typically only granted to faculty members a university values highly. Before going to Washington, she was approached to work at the World Bank and the Urban Institute.[114] She took the latter job, where she was appointed director of the Center for Education Policy. The salary she received was substantially higher than she had received at Stanford. In theory, the salary was meant to offset the loss of summer pay and consulting which clearly indicates that although Hannaway had done little consulting in the past, and had received little in the way of summer support, she was fully capable and expected to do so in the future.

156. Currently, Hannaway earns over $160,000 at the Urban Institute[115] which is in the 98th percentile of the wage distribution of workers with similar human capital and similar careers.[116] In 1979, she was in only the 48th percentile of the same group of workers.[117] She was interviewed for a Dean's position at Berkeley and was offered a deanship at Temple.[118]

157. Although Hannaway was not offered tenure during her marriage to Stiglitz, I see no evidence that her career was sacrificed. She held prestigious academic posts during the first fifteen years of their marriage, even while bearing two children and helping to raise two others. Her pattern of publication before the marriage, during the main child rearing years, and after, were substantially similar. She has maintained a strong publishing record, continues to be widely respected, and continues to receive grants and contracts. She stayed involved in other professional endeavors, such as the editorial boards of various journals and research organizations. The quality of her experiences during the marriage is evidenced by her continuing involvement as a founder and director at The Urban Institute. Such opportunities present themselves only to academics with strong records, which Hannaway was able to develop during her marriage.

---

[113] Stiglitz Deposition, p. 15.
[114] Hannaway Deposition, p. 88-89.
[115] Hannaway 2002 tax return.
[116] See Exhibit 8.
[117] *Source:* Bureau of Labor Statistics (www.bls.gov), Current Population Survey, 2002.
[118] Hannaway Deposition, p. 96-97.

47

Draft - Confidential

158. Furthermore, looking at other similar academics, Hannaway is in the upper echelon of income realization. She has myriad opportunities to remain in the top income bracket, or move to other respected and lucrative professional positions. There is no evidence that the marriage caused any future financial sacrifice on the part of Hannaway. Exhibit 8 presents Hannaway's real wages relative to similar academics. When she was first working as professor, Hannaway's real wages were average for her profession. When she moved from Stanford to the Urban Institute in Washington, Hannaway's wages were more than 90 percent of other Social Scientists. Hannaway thus experienced a steady rise in her earnings to a level that placed her in the top of the income distribution for her profession.

159. Hannaway is financially amongst the top in her chosen field, education policy. Opportunity costs are far lower and the possibility for supplementing income through consulting in education policy are far more limited than in economics and accordingly education schools typically pay far lower salaries. The disparity in incomes between Stiglitz and Hannaway is primarily the result of her chosen field – a choice she made before marriage. Both Hannaway and Stiglitz are financially at the top of the fields.

## But-for Analysis

160. There are a number of counterfactual analyses that should be conducted in order to reveal whether income following the marriage primarily reflects career experiences like receiving a Nobel Prize, being Chairman of the Council of Economic Advisors or being Chief Economist at the World Bank. In particular, to examine whether it is *necessary or sufficient* for these experiences to generate substantial career earnings one can consider the career experiences of other economists who have had similar experiences to Stiglitz. Analysis of other economists' careers provide relevant counterfactuals for whether Stiglitz's career would have been predictably different if work experiences within the marriage had been significantly different.

161. The predictable nature of Stiglitz's career is evident by comparing the careers of the others who won the John Bates Clarke award. I noted earlier that 11 of the first 18 Clarke Medal winners went onto win the Nobel Prize (2 died, of which one if not both would likely have been

48

Draft - Confidential

Nobel Laureates). At least 6 of the first 18 medal winners were members of the Council of Economic Advisors or its staff. Two served as Chairman of the Council. One (besides Stiglitz) went on to become Chief Economist of the World Bank and Secretary of the Treasury. Two (besides Stiglitz) went on to become best selling authors (Krugman and Friedman), and several went on to become successful speakers. Several have become widely circulated writers of columns in news and periodicals (Krugman, Becker, Feldstein, Friedman, Samuelson). Several have gone on to become principals of major consulting firms or financial firms, and most are high income individuals. Another has become a wealthy technology mogul.

Reduced academic output

162. One counterfactual to consider is the use of more of Stiglitz's time for family related activities to the detriment of his academic output. Given the primary use of Stiglitz's time during the marriage between 1979 and 1993 was academic activity (his consulting and non-academic activities were low), the relevant counterfactual is to consider the impact of reduced academic output.

163. Even with a reduction in output of 50 percent, Stiglitz would still have been one of the most productive economists in the 1980's. Exhibit 4 shows that even if Stiglitz's academic production after age 35 is reduced by 50 percent, it would still be higher than most other preeminent economists. His total career volume would have been reduced from 448 to approximately 300 but his career production of top articles would have fallen only from 108 to 88 because of the number of top articles he published prior to his marriage.

164. A particularly noteworthy example is the comparison to Akerlof and Spence, Stiglitz's co-Nobelists in 2001. After age 40, the academic production of Akerlof and Spence both fell significantly. Yet despite their reduced production, they still received the Nobel Prize. Thus I would expect that Stiglitz would still have been awarded the Nobel prize even with a significant reduction in output following his marriage to Hannaway. The Nobel Prize Committee was very clear that the prize was awarded for the development from 1965 to 1980 of the field of Information Economics to which Akerlof, Spence and Stiglitz were the

Draft - Confidential

primary contributors. The Committee made no reference to contributions by any of the three Prize recipients following 1980.[119]

## White House and World Bank Experience

165. It is possible to assess the relative importance of the World Bank and Council of Economic Advisor experiences by examining the careers of other economists who provided public service in Washington. Both positions to which Stiglitz was appointed normally draw upon academics. In almost every case, the individuals have come from academia, and returned to academia, with no substantial differences in their career paths. That is because at the time they were chosen, they were already widely recognized. Recent appointees include Martin Feldstein, Glenn Hubbard and Michael Boskin, all of whom are well known academic economists but unrecognized beyond their field. While a number of former appointees have written books following their years in Washington, none did particularly well.

166. The CEA and World Bank Chief Economist experience can be valuable career experience for many economists following their departure from Washington. However, the incremental value is inversely proportional to the strength of the person's curriculum vitae and career experience prior to the Chief Economist experience. Stiglitz's post-CEA and World Bank success can be attributed to his academic reputation, which has already been established as being sown prior to the marriage.

167. There are numerous economists who have parlayed strong academic careers into high earnings streams outside academia (Dennis Carlton, William Baumol, Robert Hall, Stuart Myers, and Glenn Hubbard are all examples of academic economists with strong academic careers who have high consulting incomes). For this type of economist, experience at the World Bank and CEA will not have a high impact. In contrast, for someone with a weaker academic career like Laura Tyson, the Chief Economist experience is a valuable complement to their academic careers in determining both their academic salary and their non-academic earnings. Therefore, the Chief Economist experience is *neither necessary nor sufficient for increased career earnings*. In particular, it is of little additional value to a successful academic.

---

[119] While the committee cited a couple of Stiglitz articles from the early 1980s, the ideas and articles were circulating as working papers and presented at scientific conferences by the time of the marriage.

Draft - Confidential

### Popular Writing

168. An important feature of the set of economists who have served in high profile positions is that only one other has written a best selling book (Milton Friedman published *Free to Choose* in 1980). Time as a Washington policy maker (or Nobel Prize winner) is *neither necessary nor sufficient* to the successful publishing of popular political economy analysis.

## CONCLUSIONS

169. Stiglitz entered the marriage with Hannaway with Initial Assets worth $235,517. Hannaway entered the marriage with no economic assets. Through retirement savings, real estate, and other financial investments, Stiglitz and Hannaway possessed combined assets at Commencement of $8,223,989. The weighted average portfolio return over the course of the marriage was 11.8 percent.

170. Stiglitz's Initial Assets would have increased in value regardless of any specific input or sacrifices made by either Stiglitz or Hannaway, and are therefore separate property. Stiglitz's Initial Assets increased at 11.8 percent per year, the weighted average portfolio return, to a value of $3,238,953 at Commencement. Subtracting the value of the Initial Assets from the combined assets at Commencement, leaves $4,985,036 available for equitable distribution.

171. Stiglitz entered the marriage with an exceptionally high level of human capital and professional reputation. He had degrees from top universities, a history of elite faculty posts, and an Initial Academic Portfolio of groundbreaking work that would later directly yield him the Nobel Prize. His achievements and reputation entering the marriage would have yielded a level of income commensurate with what he is currently earning. Over the course of his career there has been no investment leading to an enhanced earnings capacity. The capacity to earn large levels of income existed at the time of marriage.

172. Much of Stiglitz's 2002 income is anomalous, as many speaking engagements and award moneys are directly attributable to his 2001 award of the Nobel Prize in Economics, itself a result of the Initial Academic Portfolio and achievements and reputations earned by Stiglitz prior to marriage. There is little to no reason to believe that Stiglitz can

51

Draft - Confidential

continue to earn high amounts from speaking, as evidenced by his far less profitable speaking engagements for 2003 and 2004. In the future, his non-academic income will accrue from consulting, the capacity for which he has always had.

173. Stiglitz's two books published after separation were the result of work done almost entirely after the marriage ended, and based primarily on experiences and ideas formulated prior to marriage.

174. There is no factual basis for the claim that Hannaway's career has been hampered by either the marriage or the move to Washington. Hannaway entered the marriage earning below the average for social scientists. The move to Washington caused a spike in her earnings putting her in the upper 5 percent of similar workers, while today her salary places her among the highest paid of her peers. Her current position reflects an opportunity available only to a respected, elite member of her profession, as does recent offers of subsequent opportunities, such as deanships at distinguished universities. Finally, these facts disavow the claim that she, and/or, the marital partnership invested significantly in enhancing Stiglitz earnings capacity. I see no evidence that any investment was made to enhance Stiglitz's earnings capacity. Furthermore, I see no evidence that Stiglitz's earnings have increased beyond a level commensurate with his peer group composed of the most skilled members of society.

52

Draft - Confidential

The opinions I express in this Expert Report are based upon the materials I have reviewed to date, and are subject to change in the event that additional materials become available to me.

January 26, 2004

Michael I. Cragg, Ph.D.

53

# EXHIBITS OMITTED