**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, <br><br> Plaintiff, <br><br> RITA M. BANK, <br><br> Defendant. | Civil Action No. 05-1826 RJL |

**PLAINTIFF'S *REVISED* SUPPLEMENTAL RESPONSE TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND OBJECTION TO SECOND SET OF INTERROGATORIES**

COMES NOW the Plaintiff, JOSEPH E. STIGLITZ, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and files a Supplemental Response to Defendant Rita M. Bank's First Set of Interrogatories and Objection to Second Set of Interrogatories as follows:

I.     SUPPLEMENTAL RESPONSE TO FIRST SET OF INTERROGATORIES

<u>Interrogatory No. 2</u>:  Please itemize and show how you calculate any economic damages claimed by you in this action, and itemize and describe any noneconomic damages claimed.

<u>Response</u>:  Plaintiff's measure of damages is the difference between the settlement offer proposed by Hannaway in or around May 16, 2002 and the value of monies the Plaintiff was required to pay Hannaway pursuant to the August 2004 Stipulation. Had the Defendant acted in an expeditious way to file suit for divorce in the District of Columbia, pursuant to the Plaintiff's

1

instructions, the following approximate amounts would not have been subject to division with Jane Hannaway:[1] [2]

| DAMAGE DESCRIPTION | DAMAGE AMOUNT |
|---|---|
| Cash as of September 17, 2002: Plaintiff's earnings deposited in separate bank account after April 1, 2002 upon advise of Bank[3] | $110,000.00 |
| Royalties paid to J.H. August, 2004 | $260,000.00 |
| Royalties after August 2004 (estimated)[4] | $500,000 - $700,000 |
| 100% of World Bank Pension ( ½ = loss )[5] | $200,000.00 - 400,000 |
| Payments for enhanced earnings and Hannaway's legal bills[6] | $710,000.00 - $800,000 |

---

[1] Notwithstanding the preferred choice of venue issue, Defendant's advice to delay filing suit and, therefore, delay resolution of the divorce contributed to the increase of legal expenses, costs, and exposure to claims by Hannaway of incomes received much later in time.

[2] The damages in the tables relate both to the costs arising from the change of venue and delay. We have not separately identified those damages which would have occurred (a) as a result of *any* change in venue; (b) as a result of the exposure to an enhanced earnings/celebrity status claim in New York; (c) as a result of delay, partly because the effects are intermingled. The one issue which is solely a result of delay in the proceedings is division of Columbia pension in the tables.

[3] The amount listed is half of the cash on hand.

[4] Royalties vary greatly, and payments to J.H. vary from book to book. Payments are made on half-yearly basis, in February and August. Average payment on half-yearly basis to J.H. for the three periods Feb 03, Aug 04, and Feb 04 (the basis of the August settlement) were slightly greater than $85,000, i.e. $170,000 a year, on an after-tax basis, or $386,000 on a pre-tax basis. This estimate assumes a rapid decrease in these payments, and may be unrealistically conservative.

[5] Payments are approximately $24,000 a year, but indexed to inflation. A twenty five year live expectancy at a modest 3% inflation would put total payments at $750,000, so the *loss* should be $375,000. Higher inflation numbers would, however, increase the number substantially.

[6] These include $350,000 J.H. paid out of marital assets, half the cost of which therefore was borne by Stiglitz. The lower number does not include payments made under the stipulation for income earned pre-September 17 but not received until after September; the upper number includes payments made under the stipulation for those payments related to work performed after the middle of April, which, upon advise of Bank, would not have had to have been divided in any case.

| | |
|---|---|
| New York Legal bills and expert reports[7] | 980,000 |
| Mortgage payments[8] | 220,000 |
| Additional time required by Stiglitz, largely as a result of the change in venue, largely associated with enhanced earnings claim, 400 hours @ 1000 hour[9] | $400,000-600,00 |
| Division of Columbia University pension | $25,000 |
| (Credit for pre-marital assets in New York settlement beyond that in Hannaway proposed settlement) | ($100,000) |
| (27 ½ % of difference in earned taxable income July 1, 2002 to June 30, 2005) (estimated) (after tax value) [10] | ($430,000) |
| **TOTAL NET DAMAGES** | $2,875,000- $3,565,000 |

---

[7] These include the following expert reports. The Cambridge invoices are attached hereto.

| | |
|---|---|
| Experts for New York litigation: | |
| Kroll | $41,747.31 |
| Cambridge | $148,743.57 |
| Klein | $37,188.50 |

[8] Estimated on the basis of 36 extra months. Total payments extended for 49 months after separation

[9] Conservative estimate of additional time required and cost of foregone earnings. Hourly rate in private sector litigation (Microsoft, Visa, Realnetwork) cases, for which there was substantial additional demand for my services, was $1200. Speaking engagements, some of which were precluded because of lack of time, pay between $10,000 and $40,000) for approximately 6 to 12 hours net time. Alternatively, I could have made substantial progress in the incremental time writing another book. The advance on my last book was $1 million dollar. In 400 hours of work, I could have completed an estimated 50% of the book, for a value of $500,000.

[10] 2002 earned taxable income estimated at approximately $900,000, 2003 at $1.6 million, 2004 at $900,000, calculated by subtracting out from taxable income the income from retirement payments, dividends, interest, capital gains, and W-2 earnings to Anya. No account is take of Anya Stiglitz's share of Schedule C income, which would lower 2004 income substantially.

3

*Second methodology*

In the alternative, Plaintiff claims that damages may be measured as the difference between what Bank advised Stiglitz that he would be reasonably expected to receive, were the matter litigated in D.C. and/or as a result of negotiations in D.C. (assuming that the legal framework within which those negotiations were conducted was that of D.C.). These damages are based on Stiglitz's July 2 offer, with two modifications: (a) dropping all claims for repayment for expenses in the repair of the California House; (b) dropping most of the claim on the Nobel Prize.

| DAMAGE DESCRIPTION: Second methodology | DAMAGE AMOUNT |
|---|---|
| Cash on hand from earnings from June 1 to September 17 divided in marital settlement plus portion of Nobel Prize[11] | $130,000.00 |
| Royalties paid to J.H. August, 2004 less royalties payable under July 2 offer (estimated) | $220,000.00 |
| Royalties after August 2004 (estimated)[12] [13] | $350,000-$500,000 |
| 100% of World Bank Pension ( ½ = loss) [14] | $200,000.00-$400,000 |
| Payments for enhanced earnings and Hannaway's legal bills[15] | $710,000.00-800,000 |
| New York Legal bills and expert reports[16] | 980,000 |

---

[11] Most of cash on hand on September 17 represented earnings from this period. $180,000 from the Nobel Prize (after tax) also would not have been subject to equal division.

[12] See footnote 4 above.

[13] Differs from previous methodology because there were some book royalties under July 2 offer.

[14] See footnote 5 above.

[15] See footnote 6 above.

[16] These include the following expert reports

4

| | |
|---|---|
| Mortgage payments[17] | 220,000 |
| Additional time required by Stiglitz, largely as a result of the change in venue, largely associated with enhanced earnings claim, 400 to 600 hours @ 1000 hour[18] | $400,000 – 600,000 |
| Division of Columbia University pension | $25,000 |
| (Credit for pre-marital assets in New York settlement beyond that in July offer) | ($100,000) |
| Vanguard Account Purchased with Pre-marital funds | $425,000 |
| Less litigation/negotiation/mediation costs in D.C. | ($100,000 - $250,000) |
| **TOTAL NET DAMAGES** | **$3,460,000- $3,950,000** |

| | |
|---|---|
| Experts for New York litigation: | |
| Kroll | $41,747.31 |
| Cambridge | $148,743.57 |
| Klein | $37,188.50 |

---

[17] Estimated on the basis of 36 extra months. Total payments extended for 49 months after separation.

[18] Conservative estimate of additional time required and cost of foregone earnings. Hourly rate in private sector litigation (Microsoft, Visa, Realnetwork) cases, for which there was substantial additional demand for my services, was $1200. Speaking engagements, some of which were precluded because of lack of time, pay between $10,000 and $40,000 for approximately 6 to 12 hours net time. Alternatively, I could have made substantial progress in the incremental time writing another book. The advance on my last book was $1 million dollar. In 400 hours of work, I could have completed an estimated 50% of the book, for a value of $500,000.

II.     RESPONSE TO DEFENDANT'S SECOND SET OF INTERROGATORIES

Interrogatory No. 1: Explain in detail the sources of Your income for 2003 through the present and identify the amount of Your income that each source contributed.

Response:    Plaintiff objects to this Interrogatory on the basis that income received from 2003 through the present is not probative of issues of damages or otherwise in this case. To the extent received incomes were considered in the resolution of the underlying case, this information has been fully documented in the underlying case documents made available for inspection and copying to counsel for the Defendant.

                                                            Respectfully submitted

                                                            _____
                                                            David G. Whitworth, Jr. (D.C. Bar #224139)
                                                            Toni-Ann DiMaggio (D.C. Bar #490860)
                                                            Whitworth & Trunnell, P.A.
                                                            2101 Defense Highway
                                                            Crofton, Maryland 21114
                                                            (410) 793-3977
                                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July 2006, a copy of the foregoing Plaintiff's Amended Response to Defendant's Interrogatory No. 2 was sent via facsimile, electronic mail, and first class mail to: Meredith Werner, 2001 K Street, NW, Washington, D.C. 20006-1040.

                                                            _____
                                                            Toni-Ann DiMaggio (D.C. Bar #490860)

6

**CAMBRIDGE FINANCE PARTNERS, LLC**
ECONOMICS AND FINANCE CONSULTANTS

February 10, 2004                                              Invoice # 0401-35

Dr. Joseph Stiglitz
305 Riverside Drive, Apt 8B
New York City, NY 10025

Re:   Hannaway v. Stiglitz

Dear Joe,

This is an invoice for professional services rendered by Cambridge Finance Partners, LLC in connection with the above referenced engagement from August 1, 2003 through January 30, 2004.

| | |
|---|---:|
| Professional fees | $ 58,556.25 |
| Administrative fees (3%) | 1,756.69 |
| Out of pocket expenses | 739.00 |
| Amount currently due | $ 61,051.94 |

Please send this invoice along with payment of the amount currently due to:

Cambridge Finance Partners, LLC
955 Massachusetts Ave, Seventh Floor
Cambridge, MA 02139

Alternatively, an electronic funds transfer can be made to:

| | |
|---|---|
| Bank: | Fleet Bank |
| Nine-digit ABA Routing No: | 011000138 |
| Checking Account Number: | 9419396789 |
| Name: | Cambridge Finance Partners |

If you have any questions regarding this invoice, please let me know.


Michael I. Cragg

Cc: Alton Abromowitz

Hannaway v. Stiglitz
January 1, 2004 Through January 31, 2004

| Name | Date | Description | Hours |
|---|---|---|---|
| Cragg, Michael | 8/8/2003 | Doc review. Calls with law firm. | 0.50 |
| | 8/13/2003 | Calls with attorneys. Review of documents. Backgorund research on empirical lifecycle saving literature. | 0.50 |
| | 8/21/2003 | Discussion with Evan. Calls with attorneys. Review of docs. | 0.25 |
| | 8/22/2003 | 3101(d) response | 0.25 |
| | | Meeting with Evan | 0.25 |
| | 9/4/2003 | Call with attorney. Review of file. Preparation for meeting. Research. Review of financial analysis. | 2.00 |
| | 9/5/2003 | Prep for, travel to and meeting with Stiglitz from 2:30 to 7:30. Return travel. | 6.00 |
| | 9/9/2003 | TC | 0.50 |
| | 9/17/2003 | Report writing | 3.00 |
| | 9/18/2003 | Work on report | 2.50 |
| | 9/25/2003 | Work on report. TCs. Background research. | 2.00 |
| | 9/27/2003 | Report writing | 3.50 |
| | 9/28/2003 | Report writing | 1.25 |
| | 9/29/2003 | Call with client. Research and email with attorneys. Report writing. | 1.25 |
| | 9/30/2003 | Review of case law. Case research. | 1.50 |
| | 10/3/2003 | Workon report | 4.00 |
| | 10/7/2003 | Report writing | 4.00 |
| | 10/8/2003 | Report. | 2.00 |
| | 10/15/2003 | Work on report | 1.00 |
| | 10/17/2003 | Report writing. Directions to consultants | 2.00 |
| | 11/4/2003 | TC with attorney. Editing and review of comments | 2.00 |
| | 11/5/2003 | Review of comments. Calculatino review. | 2.00 |
| | 11/11/2003 | Editing draft | 2.50 |
| | 12/29/2003 | Income inequality research | 1.00 |
| | 12/30/2003 | IRS data analysis | 1.00 |
| | 1/2/2004 | Editing report | 2.00 |
| | 1/6/2004 | Report editing | 1.00 |
| | 1/13/2004 | Report development. | 1.00 |
| | 1/14/2004 | 10:00 call with Alton and Melina. Debriefing and report editing. | 2.00 |
| | 1/20/2004 | Calls with attorneys and client. Report editing. | 2.00 |
| | 1/23/2004 | Editing report | 1.00 |
| Cragg, Michael Total | | | 55.75 |
| Cohen, Evan | 8/15/2003 | Read and organize Stiglitz files | 6.00 |
| | 8/21/2003 | Meeting with Mike about Stiglitz case | 2.50 |
| | 8/22/2003 | Read Stilgltz depositions | 2.00 |
| | | Organize financial documents | 1.50 |
| | 8/25/2003 | Organize Joe's files | 1.00 |
| | 8/26/2003 | Organize Joe's account files | 2.50 |
| | | Enter account data into Excel | 2.00 |
| | 8/28/2003 | Enter account data into Excel | 2.25 |
| | 8/29/2003 | Enter financial documents into Excel | 1.00 |
| | | Read depositions/catalog real estate assets | 0.75 |
| | 9/2/2003 | Ascertain Real estate assets from depositions and Net Worth Statement | 0.75 |
| | 9/3/2003 | Organize files/enter account information into Excel | 1.00 |
| | 9/4/2003 | Prepare excel files for Stiglitz meeting | 2.00 |
| | 9/5/2003 | Meeting with Joe and Mike | 3.00 |
| | 9/8/2003 | Edit Stiglitz model, incorporating discussion from meeting | 3.50 |
| | | Type up notes from Friday meeting | 2.50 |
| | 9/9/2003 | Edit Stiglitz financial information | 6.00 |
| | 9/18/2003 | Review documents/edit model | 4.00 |
| | 9/19/2003 | Review documents/edit model | 3.00 |
| | 9/22/2003 | Fill in Stiglitz earning history from tax returns | 4.00 |
| | 9/23/2003 | Enter earnings information from tax returns | 2.50 |
| | 10/1/2003 | Break out Stiglitz income data - expand on business and other income | 4.00 |
| | 10/2/2003 | Break out consulting assignments/analysis of other income | 4.00 |
| | | Read and edit Stiglitz Report | 3.00 |
| | 10/3/2003 | Read and Edit Stiglitz Report | 1.00 |
| | 10/15/2003 | Update Stiglitz model and exhibits | 1.00 |
| | 10/16/2003 | Read Report/Create Exhibits | 0.75 |
| | 10/21/2003 | Update model | 4.00 |
| | 10/22/2003 | Enter TIAA-CREF information and incorporate into model and report | 1.25 |
| | 10/23/2003 | Enter and Analyze TIAA-CREF information | 2.00 |
| | 11/7/2003 | Read and Edit Stiglitz report and model | 2.00 |
| | | Reviewed and organized new Stiglitz files | 2.50 |
| | 11/20/2003 | Enter information from new tax returns | 1.50 |
| | | Update/enter new information from financial and housing documents | 1.50 |
| | 12/3/2003 | Edited Stiglitz report and model | 1.00 |
| | 12/8/2003 | Submit request to Vanguard for contribution history on 401(a) and 403(b) plans | 0.50 |
| | 12/9/2003 | Prepare and send consulting coding sheet | 1.00 |
| | 12/30/2003 | Researched Stiglitz vs. Elite Earners | 2.50 |
| | 1/8/2004 | Edit Stiglitz report/prepare for distribution | 4.00 |
| | 1/12/2004 | Create Exhibits for Enhanced Earnings | 1.50 |
| | 1/21/2004 | Read and edit final Stiglitz report and model | 2.00 |
| | 1/22/2004 | Edit and fax Stiglitz report | 1.00 |
| | | Check and amend Stiglitz footnotes | 2.50 |
| | 1/26/2004 | Prepare backup binder for Stiglitz report | 8.00 |

| Name | Date | Description | Hours |
|---|---|---|---|
| Cohen, Evan Total | | | 106.25 |
| Huang, Wendy | 9/23/2003 | Try to locate sources for stig on the internet, prep for MIT run | 2.00 |
| | 9/29/2003 | MIT Library run, download all SSCI Index | 3.00 |
| | | Manually count cites from ssci index | 2.00 |
| | 9/30/2003 | Finish manual count, summarize in excel and make graphs of stiggy's article cites | 3.00 |
| | 10/1/2003 | Research for citation count | 3.50 |
| | 10/3/2003 | Research for citation count | 2.50 |
| | 10/13/2003 | Background research and retrieval of John R. Johnson articles | 1.00 |
| | 10/15/2003 | Library trip for research on citation counts | 3.00 |
| | 10/17/2003 | Library trip for research on citation counts | 2.00 |
| | 10/27/2003 | Library run: download ssci by joint author and first initial | 3.00 |
| | 10/28/2003 | MIT library run; download cite count by joint author name and their first initial | 3.00 |
| | 10/29/2003 | Count cites by joint author and record onto spreadsheets | 4.00 |
| | 10/30/2003 | MIT library run...get all cites plus double check cites without first initial | 5.50 |
| | 11/5/2003 | Go to mit library and finalize cite counts | 1.50 |
| | 11/6/2003 | Social Science Research Network (SSRN); get working papers | 2.00 |
| | 11/13/2003 | MIT library..get hannaway cite count | 1.50 |
| | | Count hannaway cites; input into spreadsheet | 2.00 |
| | 1/22/2004 | Footnotes on Stiglitz | 4.00 |
| | 1/23/2004 | Footnote and exhibit check on stiglitz | 5.00 |
| Huang, Wendy Total | | | 53.50 |
| Finnegan, Shannon | 9/25/2003 | Obtaining CPS historical data descriptions | 2.00 |
| | 9/26/2003 | CPS data extraction | 2.00 |
| | 9/28/2003 | Couting nobel articles, CPS stata work | 2.00 |
| | 9/29/2003 | Coutning nobel articles, extracting cps data | 1.50 |
| | 9/30/2003 | Earnings data summarizing | 2.00 |
| | | Library for nobel article counts | 1.00 |
| | 10/1/2003 | Earnings Graphs for Stiglitz | 4.00 |
| | 10/2/2003 | CPS data | 2.50 |
| | 10/3/2003 | Earnings tables, cps data - stata work | 6.00 |
| | 10/15/2003 | Economist article counts, earnings charts, cps data | 4.00 |
| | 10/17/2003 | Earnings chart edits and economist article counts | 2.00 |
| | 12/17/2003 | earnings percentile charts for Stiglitz report | 2.00 |
| | 1/12/2004 | Updating income charts for report | 1.00 |
| | 1/23/2004 | Stiglitz report footnotes | 1.00 |
| Finnegan, Shannon Total | | | 33.00 |
| Grand Total | | | 248.50 |

Hannaway v Stilgitz
Through January 31, 2004

| Name | Hours Worked | Rate | Fees | Administrative Fee | Direct Expenses | Total Invoice |
|---|---|---|---|---|---|---|
| Cohen, Evan | 106.25 | $225 | $23,906.25 | 717.19 | | 24,623.44 |
| Cragg, Michael | 55.75 | $350 | $19,512.50 | 585.38 | | 20,097.88 |
| Finnegan, Shannon | 33.00 | $175 | $5,775.00 | 173.25 | | 5,948.25 |
| Huang, Wendy | 53.50 | $175 | $9,362.50 | 280.88 | | 9,643.38 |
| Grand Total | 248.50 | $236 | $58,556.25 | 1,756.69 | $739.00 | 61,051.94 |

Hannaway v Stiglitz
August 1, 2004 Through January 31, 2004

| Name | Description | Date Incurred | Amount |
|---|---|---|---|
| Cohen, Evan | Flight to NYC/to Boston | 9/5/2003 | 287.00 |
| Cragg, Michael | car from Logan | 9/5/2003 | 51.00 |
| Cragg, Michael | car to Laguardia | 9/5/2003 | 31.00 |
| Cragg, Michael | car from Laguardia | 9/5/2003 | 35.00 |
| Cragg, Michael | Cab to Logan | 9/5/2003 | 48.00 |
| Cragg, Michael | usair | 9/5/2003 | 287.00 |
| Total | | | 739.00 |

**CAMBRIDGE FINANCE PARTNERS, LLC**
ECONOMICS AND FINANCE CONSULTANTS

April 12, 2004                                                                 Invoice # 0403-35

Dr. Joseph Stiglitz
305 Riverside Drive, Apt 8B
New York City, NY 10025

Re:   Hannaway v. Stiglitz

Dear Joe,

This is an invoice for professional services rendered by Cambridge Finance Partners, LLC in connection with the above referenced engagement through March 31, 2004..

| | |
|---|---:|
| Professional fees | $ 85,137.50 |
| Administrative fees (3%) | 2,554.13 |
| Out of pocket expenses | 0.00 |
| Amount currently due | $ 87,691.63 |

Please send this invoice along with payment of the amount currently due to:

Cambridge Finance Partners, LLC
955 Massachusetts Ave, Seventh Floor
Cambridge, MA 02139

Alternatively, an electronic funds transfer can be made to:

Bank:                                    Fleet Bank
Nine-digit ABA Routing No: 011000138
Checking Account Number:  9419396789
Name:                                   Cambridge Finance Partners

If you have any questions regarding this invoice, please let me know.


Michael I. Cragg

Cc: Alton Abromowitz

Hannaway v. Stiglitz
February 1, 2004 Through March 31, 2004

| Name | Date | Description | Hours |
|---|---|---|---|
| Cragg, Michael | 2/6/2004 | Rebuttal report | 5.00 |
| | 2/9/2004 | Rebuttal report | 2.50 |
| | 2/10/2004 | Work on exhibits | 1.00 |
| | 2/25/2004 | Rebuttal report | 3.00 |
| | 2/27/2004 | Rebuttal report | 3.50 |
| | 3/2/2004 | Work on rebuttal report and calls with client and attorneys | 5.00 |
| | 3/3/2004 | Work on rebuttal report | 3.00 |
| | 3/4/2004 | Prep of rebuttal report | 2.50 |
| | 3/5/2004 | Review of Klein report. Dicussions with client and attorneys. | 2.50 |
| | 3/8/2004 | Prep of rebuttal report | 4.50 |
| | 3/10/2004 | Trial preparation | 2.00 |
| | 3/12/2004 | Preparation of trial exhibits | 5.00 |
| | 3/16/2004 | Preparation of trial exhibits. Prep of Johnson cross-x materials | 5.00 |
| | 3/19/2004 | Preparation of direct testimony script and trial exhibits. | 4.50 |
| | 3/23/2004 | Trial preparation | 3.00 |
| Cragg, Michael Total | | | 52.00 |
| Cohen, Evan | 2/4/2004 | Prepare enhancement analysis for Hannaway | 7.00 |
| | 2/5/2004 | Hannaway enhancement analysis with tax | 7.00 |
| | 2/6/2004 | Read and edit rebuttal report | 6.00 |
| | | Prepare Other Income file; send it out with Saez report | 1.00 |
| | 2/9/2004 | Send spreadsheets via fax and FedEx to Alton and Ron | 3.50 |
| | | Find Joe; fax report to Joe him in Europe | 1.50 |
| | | Edit hannaway enhancement; send to Alton | 3.00 |
| | 2/10/2004 | Read John R. Johnson's past publications | 3.50 |
| | | Organize Johnson quotes | 2.00 |
| | | Organize Joe's Other Income | 1.50 |
| | 2/11/2004 | Read Johnson articles | 1.50 |
| | | Edit Stiglitz Other Income analysis for 2000-2004; send out for comments | 7.00 |
| | 2/12/2004 | Edit Stiglitz Other Income analysis (expenses) | 2.50 |
| | | Update Hannaway Enhancement with LPE analysis; send out | 4.50 |
| | 2/13/2004 | Update other income analysis | 3.00 |
| | | Edit rebuttal report | 4.00 |
| | 2/17/2004 | Edit rebuttal report | 4.00 |
| | 2/18/2004 | Edit rebuttal report | 7.50 |
| | 2/19/2004 | Edit rebuttal report | 4.00 |
| | | Conversation with Mike Kalb of Ron Klein's office | 2.00 |
| | | Organize and send files to Mike Kalb | 0.50 |
| | 2/20/2004 | Talk to Mike Kalb; send him more info | 1.50 |
| | | Edit rebuttal report; send draft to Mike for editing | 6.00 |
| | 2/23/2004 | Edit rebuttal report; send to Mike | 6.50 |
| | 2/24/2004 | Edit rebuttal report | 2.50 |
| | | Begin creation of rebuttal exhibits | 1.50 |
| | | Conference call with Ron, Mike and Alton | 2.00 |
| | 2/25/2004 | Edit rebuttal report | 6.00 |
| | | Talk to Ron Klein; get his memo | 2.00 |
| | 2/26/2004 | Read Ron Klein's memo | 1.50 |
| | | Edit and send to Mike latest rebuttal draft | 7.50 |
| | 2/27/2004 | Create several rebuttal exhibits | 3.00 |
| | | Edit and Send Cragg rebuttal report draft | 1.50 |
| | | Conference call with Joe, Alton and Ron Klein | 2.00 |
| | | Write up notes on conference call/leave message for Mike | 1.00 |
| | 3/1/2004 | Read Ron Klein's report | 3.00 |
| | | Phone call with Ron Klein | 1.00 |
| | | Read Ron Klein/Johnson | 1.50 |
| | 3/2/2004 | Read Reports/Edit Stiglitz income sheets | 8.00 |
| | 3/4/2004 | 1989 income analysis for Stiglitz | 3.50 |
| | | Other Income Analysis for Stiglitz | 5.00 |
| | 3/5/2004 | Edit and distribute Stiglitz rebuttal report | 2.50 |
| | | Talk to Joe about 1989-1992 income | 0.50 |
| | | Update spreadsheet with income information | 2.00 |
| | | Edit and distribute Stiglitz report | 1.50 |
| | | Phone call with Joe, Ron and Alton | 1.00 |
| | | Edit Joe's income 2000-2004; talk to Joe | 3.00 |
| | 3/6/2004 | Update rebuttal report | 4.00 |
| | 3/7/2004 | Read and edit rebuttal report | 5.00 |
| | | Update Stiglitz 20003 income analysis | 1.50 |
| | | Create savings comparison spreadsheet | 2.00 |
| | 3/8/2004 | Write/Edit rebuttal appendix | 4.00 |
| | | Write/edit, distribute rebuttal report and appendix | 5.00 |
| | 3/9/2004 | Review Klein report; check calculations | 2.00 |
| | | Prepare questions for establishment of Cragg expertise | 2.50 |
| | | Edit and distribute final report | 5.00 |
| | 3/10/2004 | Review other side's Notice to Admit | 3.50 |
| | | Read Cragg deposition from LTCM for issues | 4.50 |
| | 3/11/2004 | Edit income spreadsheets | 8.00 |
| | 3/12/2004 | Edit income spreadsheets | 7.50 |

| Date | Description | Hours |
|---|---|---|
| 3/15/2004 | Edit income spreadsheets | 3.00 |
| | Copy tax returns | 2.50 |
| | Edit income spreadsheets/send to Mike | 3.50 |
| 3/16/2004 | Edit income spreadsheets | 6.50 |
| | Copy tax returns | 2.00 |
| | Talk to Joe about royalties | 1.00 |
| 3/17/2004 | Update income file/royalty issues | 4.50 |
| 3/18/2004 | Read statements, depositions from Norton | 3.00 |
| | Read Drake McFeeley's deposition | 1.00 |
| | Edit model/talk with Norton/edit royalties | 4.00 |
| 3/22/2004 | Edit and send Stiglitz spreadsheets to Mike | 1.00 |
| | Review and edit spreadsheets | 2.50 |
| 3/23/2004 | Read/Edit Mike's testimony | 4.00 |
| | Read Edit Mike's testimony/meet with Mike about testimony | 2.50 |
| | Send Stiglitz's income spreadsheet to Alton | 1.50 |
| 3/24/2004 | Discussion with Mike Kalb | 2.00 |
| | Amend Stiglitz income file; check all tax returns and data entry | 7.00 |
| 3/25/2004 | Talk to Mike Kalb about Stiglitz income file | 1.50 |
| | Revise Stiglitz income file; redistribute | 6.50 |
| 3/26/2004 | Compile and distribute overview of past Nobel laureates | 5.00 |
| | Talk to Joe/Edit and distribute income spreadsheet | 3.50 |
| 3/27/2004 | Edit Income Spreadsheet/talk with Alton, Mike | 2.00 |
| 3/28/2004 | Edit joint exhibit spreadsheet (Jane's income, taxes, etc.) | 6.00 |
| 3/29/2004 | Edit income file | 1.00 |
| | Calls with Alton, Ron Klein | 1.00 |
| | Clean and organize Stiglitz files | 4.50 |
| | Talk with Kalb, work on income spreadsheet | 2.50 |
| 3/30/2004 | Phone calls with Mike Kalb | 3.00 |
| | Stiglitz settlement discussions | 1.50 |
| **Cohen, Evan Total** | | **297.50** |
| **Grand Total** | | **349.50** |

Hannaway v Stilgitz
February 1, 2004 Through March 31, 2004

| Name | Hours worked | Rate | Fees | Administrative Fees | Direct Expenses | Total Invoice |
|---|---|---|---|---|---|---|
| Cohen, Evan | 297.50 | $225 | $66,937.50 | 2,008.13 | | 68,945.63 |
| Cragg, Michael | 52.00 | $350 | $18,200.00 | 546.00 | | 18,746.00 |
| Grand Total | 349.50 | $244 | $85,137.50 | 2,554.13 | $0.00 | 87,691.63 |