**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITA M. BANK, )<br>)<br>Defendant ) | Civil No. 05-1826 RJL |

# DISCLOSURE REPORT OF MICHAEL CRAGG

MC001

## Qualifications, Past Testimony, Publications, Compensation and Documents Considered

1. My name is Michael I. Cragg, and my business address is 955 Massachusetts Avenue, Cambridge, Massachusetts, 02139.

2. I am a Managing Director in Cambridge Finance Partners, LLC, which is an economic consulting company based in Cambridge, Massachusetts. I have a Ph.D. in economics from Stanford University. I was an economics professor at Columbia University and University of California at Los Angeles where I published broadly and taught courses in corporate finance and microeconomics at both the undergraduate and graduate level. My research has been sponsored by a variety of foundations as well as the National Bureau of Economic Research and the National Science Foundation.

3. Valuation and the calculation of damages, the analysis of finance and human capital issues, and the study of economic incentives have been a focus of my consulting practice and research.

4. Prior to starting Cambridge Finance Partners, I was a partner in the economic consulting firm Bates, White and Ballentine, and before that I was a Vice President at the economic consulting firm Analysis Group/Economics. I was a Senior Economist at the Milken Institute, a "think tank" in Santa Monica. I have also been an economist at the RAND Corporation and a consultant in the strategy practice at A.T. Kearney.

5. I have presented at professional conferences and published a number of articles on privatization, corporate finance, human capital and public finance. A detailed curriculum vitae is attached as Exhibit 1 and includes instances where I have provided deposition and trial testimony for the past four years. Exhibit 1 also includes all my publications and accordingly would include publications from the last 10 years.

6. My firm is being compensated for my work on this case at a rate of $400 per hour.

7. As discovery is on-going, I expect to receive further documents and depositions.

## Assignment

8. I have been asked by attorneys for Joseph Stiglitz to measure the damages suffered had the divorce proceedings between Joseph Stiglitz and Jane Hannaway been conducted under the laws of the District of Columbia starting in approximately INSERT DATE as opposed to the divorce proceedings following the laws of the State of New York.

9. This analysis will involve measuring the size of the payments to Hannaway upon completion of the divorce proceedings in the District of Columbia. The difference between the actual settlement and this counter factual outcome is the appropriate measure of damages under a finding that Rita Bank committed the malpractice described in the complaint.

10. The calculation of damages will involve determining the value and division at various points of time of:

    (i) Cash on hand

    (ii) Nobel Prize

    (iii) Royalties

    (iv) The World Bank and Columbia pensions

    (v) The enhanced earnings claim

    (vi) Legal bills

    (vii) The value of Stiglitz's time expended on litigation

    (viii) Earned income

    (ix) Credit for pre-marital assets

    (x) Housing costs and investments

    (xi) And other items

11. A reasonable starting point for the analysis is the May 16, 2002 Settlement Proposal and the July 2, 2002 Offer as compared to the August 4, 2004 Stipulation of Settlement.

12. The ranges of value presented in the Plaintiff's *Revised* Supplemental Response to Defendant's First Set of Interrogatories and Objection to Second Set of Interrogatories is the order of magnitude that my initial calculations find. The final findings will be presented in a report that details the specifics of the calculations and methods.

3

**CAMBRIDGE FINANCE PARTNERS, LLC**
ECONOMICS AND FINANCE CONSULTANTS

# Michael I. Cragg, Ph.D.

Michael I. Cragg, Ph.D. is a founding partner of Cambridge Finance Partners, LLC. Dr. Cragg has extensive research and consulting experience in anti-trust, intellectual property, industrial organization, valuation, and corporate finance.

At Cambridge Finance Partners, Dr. Cragg has assisted the Department of Justice in developing economic and financial testimony regarding the tax practices of the former partners of Long Term Capital Management. This highly complex case has involved the analysis of the business practices of Long Term Capital and numerous structured finance transactions. In addition, the case involved analysis of the financing and leasing practices of General Electric and Wal-Mart. Dr. Cragg has also assisted a merchant power company in its ongoing litigation in the California energy market. His current cases include antitrust, intellectual property and valuation work.

Prior to founding Cambridge Finance, Dr. Cragg was a partner in the Cambridge, MA office of Bates White & Ballentine, and Vice President at Analysis Group/ Economics, both litigation support firms. In these positions, Dr. Cragg testified in cases involving valuation and antitrust. He also served as consulting expert in numerous complex litigations in the financial services, pharmaceuticals, electricity and gas, and high-tech industries. Dr. Cragg has worked closely with attorneys and testifying experts to develop pretrial motions, expert testimony, and trial presentations.

Dr. Cragg also served as a consulting economist with management consulting firms A.T. Kearney and Integral. At A.T. Kearney he helped develop an industrial relations strategy for one of the country's largest steel producers, and with Integral he developed options-based management systems for large pharmaceutical and medical device companies.

Dr. Cragg previously was an economist at RAND and a Senior Research Associate at the Milken Institute in Santa Monica, CA. At RAND, Dr. Cragg worked on insurance and quality of life issues with Rand's health economics group and procurement and hiring practices with its national defense group. While at the Milken Institute, Dr. Cragg was a consultant to the City of Los Angeles on tax reform and published studies on the Mexican labor market and privatization in the U.K.

Dr. Cragg began his career as an assistant professor in the Department of Economics and School of International and Public Affairs at Columbia University, where he taught undergraduate and graduate courses in public finance, industrial organization and econometrics. He also has served on the faculty of the World Bank Training Programs and the UCLA's Anderson School of Management. He has published broadly in the areas of public and corporate finance.

**CAMBRIDGE FINANCE PARTNERS, LLC**
ECONOMICS AND FINANCE CONSULTANTS

**Areas of Expertise**
- Antitrust
- Intellectual property
- Corporate Finance
- Econometric Analysis

**Industry Expertise**
- Pharmaceutical
- Manufacturing
- Financial Services
- Energy

**Education**
- Ph.D., Economics, Stanford University, 1993.
- B.S.E., Princeton University, 1986 (magna cum laude).

**Professional Work Experience**
- Managing Director, Cambridge Finance Partners, LLC, 2001 – present
- Partner, Bates White & Ballentine, LLC, 2000 – 2001
- Vice President, Analysis Group/Economics, 1999 – 2000
- Manager, A.T. Kearney, 1998 – 1999
- Visiting Professor, Anderson School of Management, UCLA, 1997
- Senior Research Associate, Milken Institute, 1997 – 1998
- Consultant, RAND, 1996 – 1997
- Assistant Professor, Economics Department, Columbia University 1993 – 1998

**Testifying Experience**
- In the Matter of Penick Corporation
  *United States Department of Justice, Drug Enforcement Agency*

**CAMBRIDGE FINANCE PARTNERS, LLC**
ECONOMICS AND FINANCE CONSULTANTS

**Selected Publications and Papers**

**Corporate Governance**

"Executive Pay and UK Privatization: The Demise of "One Country, Two Systems,"" (with Alexander Dyck), *Journal of Business Research*, 2000, 47(1), 3-18

"Fat Cats or Corporate Agents? Management Compensation and U.K. Privatization," forthcoming *Journal of Law, Economics and Organization* (with Alexander Dyck)

"Management Control and Privatization in the United Kingdom," *RAND Journal of Economics* (with I.J. Alexander Dyck), 1999, 30(3) 475-497.

**Energy**

"Assessing the Cost of Capital for a Standalone Transmission Company," *The Electricity Journal*, 14(1), January 2001, 80-88, (with William Lehr and Ron Rudkin)

**Analysis of Fiscal Policy**

"Performance Incentives in the Public Sector: Evidence from the Job Training Partnership Act," *Journal of Law, Economics and Organization*, 1997, 13(1) 141-168.

"Do We Care? A Study of Canada's Indirect Tax System," *Canadian Journal of Economics*, 1991, 24(1), pp. 124-43.

"The Dynamics of Welfare Participation," in *Labour Markets and Income Support*, published by the Canadian Employment Research Forum, 1994.

"Do Homeless Shelter Conditions Determine Shelter Population? The Case of the Dinkins Deluge," *Journal of Urban Economics*, 46(3), November 1999, 377-415 (with Brendan O'Flaherty).

**International**

"Why has Wage Dispersion Grown in Mexico? Is it the Incidence of Reforms or the Growing Demand for Skills?" (with Mario Epelbaum), *Journal of Development Economics*, 1996.

"The Premium for Skills in LDCs: Evidence from Mexico," submitted to the *Journal of Development Economics* (with Mario Epelbaum).

"The Use of Welfare in Canada," *Canadian Journal of Economics*, 1996, 29(0), S25-32.

## CAMBRIDGE FINANCE PARTNERS, LLC
ECONOMICS AND FINANCE CONSULTANTS

"An Untold Story: The Characteristics of Welfare Use in British Columbia," *Canadian Journal of Economics*, (with Garry Barrett), 1998, 31(1) pp. 165-188.

### Environmental

"Climate Consumption and Climate Pricing from 1940 to 1990," *Regional Science and Urban Economics* (with Matthew E. Kahn), 1999, 29(4), pages 519-39.

"New Estimates of Climate Demand: Evidence from Location Choice," *Journal of Urban Economics* (with Matthew Kahn) 1997 42(2) 261-284

### Selected Conference Presentations

Fried, Frank, Harris and Shriver, "Technology Driven Changes in Valuation," February 2000.

Institute for International Relations conference titled New Approaches to Value Analysis: EVA, Real Options and ROV, New York, December, 1999, "Real Options: Applications in New Drug Development."

American Economics Association, Boston, Winter 1999, "Fat Cats or Corporate Agents?"

American Economics Association, Chicago, Winter 1998, "Management Control and Privatization in the United Kingdom: A Quiet Life Disturbed."

Presentations at various institutions and universities including, the Federal Reserve Bank of New York, RAND, Milken Institute, Columbia University, University of Chicago, Carnegie-Mellon University, Yale University, University of California at Los Angeles, University of California at Berkeley, University of California at San Diego, New York University, Princeton University, University of Toronto.