IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

JOSEPH E. STIGLITZ,           )
                              )
            Plaintiff,        )
                              )
    v.                        )    Civil Action No. 05-1826 RJL
                              )
RITA M. BANK,                 )
                              )
            Defendant.        )
_____)

MOTION TO CONTINUE STATUS CONFERENCE WITH CONSENT OF DEFENDANT

COMES NOW, the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and respectfully moves this Court to continue the Status Conference, presently scheduled for February 27, 2008 at 11:30 a.m., to a time mutually convenient for the Court and undersigned counsel. In support of this motion, the parties state as follows:

1.  Plaintiff's lead counsel, David G. Whitworth, Jr., will be out of the office on a prior scheduled vacation from February 16, 2008 through March 7, 2008, returning to the office on March 10, 2008. Upon his return, Plaintiff's lead counsel has a prior scheduled three-day jury trial commencing on March 10, 2007, in the matter styled as AHL Development, Inc. v. Lerner Corporation, case number 278387-V, filed in the Circuit Court for Montgomery County, Maryland.

2.  Plaintiff's co-counsel has a prior scheduled court appearance in the District Court for Anne Arundel County, Maryland on February 27, 2008, in the matter styled as State of Maryland v. James C. Golden, case number 6A00185135, and would be unable to attend the Status Conference.

    3.     Defendant's counsel consents to this motion.

    4.     Neither party would be prejudiced if the February 27, 2008 Status Conference were rescheduled to a time mutually convenient for the Court and undersigned counsel.

WHEREFORE, the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, respectfully requests the Court to continue the Status Conference currently scheduled for February 27, 2008 at 11:30 a.m. to a date and time mutually convenient for the Court and undersigned counsel.

                          Respectfully submitted,

DATED: February 5, 2008               s/ David G. Whitworth, Jr.
                                       David G. Whitworth, D.C. Bar No. 224139
                                       Toni-Ann DiMaggio, D.C. Bar No. 490860
                                       WHITWORTH & TRUNNELL, P.A.
                                       2101 Defense Highway
                                       Crofton, MD 21114
                                       Phone: (410) 793-3977
                                       dwhitworth@wstlaw.com
                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Continue Status Conference with Consent of Defendant was filed electronically with the Court and opposing counsel on February 5, 2008.

                                       s/ David G. Whitworth, Jr.
                                       David G. Whitworth, D.C. Bar No. 224139