IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO
CONTINUE STATUS CONFERENCE WITH CONSENT OF DEFENDANT

Upon consideration of the Plaintiff's Motion to Continue Status Conference with Consent of Defendant, it is this _____ day of _____, 200\_\_ hereby

ORDERED, that the Status Conference currently scheduled for February 27, 2008 at 11:30 a.m., is rescheduled to _____, at _____ a.m/p.m.

_____
Judge Richard J. Leon,
U.S. District Court for the District of Columbia