IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF JOSEPH E. STIGLITZ'S MOTION TO PRECLUDE THE EXPERT TESTIMONY OF CATHERINE ROSS**

Upon consideration of Plaintiff Joseph E. Stiglitz's Motion to Strike the Expert Report of Catherine Ross, the Memorandum of Law in Support, and in consideration of any opposition thereto, it is this _____ day of _____, 2008 hereby

ORDERED, that Plaintiff Joseph E. Stiglitz's Motion to Strike the Expert Report of Catherine Ross is GRANTED..

_____
Judge Richard J. Leon,
U.S. District Court for the District of Columbia

David G. Whitworth, Jr.
Toni-Ann DiMaggio
Whitworth & Trunnell, PA
2101 Defense Highway
Crofton, Maryland 21114

Linda Hamilton
1300 Mercantile Lane, Suite 149
Largo, Maryland 20774

Richard A. Simpson
Charles A. Jones
Meredith Werner
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, D.C. 20006-1040