# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

----------------------------------X
JOSEPH E. STIGLITZ,              )
       Plaintiff,             )
       v.                     ) Civil Action No.
RITA M. BANK,                    ) 05-126 RJL
       Defendant.             ) PAGES 1 - 307
----------------------------------X

Videotaped Deposition of GLENN C. LEWIS

Washington, D.C.

Thursday, November 15, 2007

Reported by Marijane Simon RDR, CLR

Job No. 183910

Page 2

```
 1
 2
 3            November 15, 2007
 4            9:46 a.m.
 5
 6       Videotaped Deposition of GLENN C.
 7  LEWIS held at the offices of
 8
 9       The Lewis Law Firm
10       850 15th Street, N.W.
11       Suite 200
12       Washington, D.C. 20005
13
14       Pursuant to notice, before Marijane W.
15  Simon, a Registered Diplomate Reporter, Certified
16  LiveNote Reporter, and Notary Public for the
17  District of Columbia
18
19
20
21
22  ...
```

Page 3

```
 1  APPEARANCES:
 2
 3  For the Plaintiff:
 4       WHITWORTH & TRUNNELL, PA
 5       2101 Defense Highway
 6       Crofton, MD 21114
 7       (301) 261-0035
 8       (301) 261-0114 (Fax)
 9       dwhitworth@wstlaw.com
10       BY: David G. Whitworth, Jr., Esq.
11
12  For the Defendant:
13       ROSS, DIXON & BELL, LLP
14       2001 K Street NW, Fourth Floor
15       Washington, DC 20006-1040
16       (202) 662-2035
17       (202) 662-2190 (Fax)
18       rsimpson@rdblaw.
19       BY: Richard A. Simpson, Esq.
20
21       ALSO PRESENT:
     James Laughlin, Videographer, Esquire
22           Defendant Rita Bank
```

Page 4

```
 1              I N D E X
 2  EXAMINATION OF GLENN C. LEWIS        PAGE
 3  BY MR. SIMPSON                  8
 4
 5
 6
 7  LEWIS DEPOSITION EXHIBITS           PAGE
 8   1  Lewis CV, GL062 - 063           12
 9   2  Lewis Law Firm Bio of Lewis,
10      GL066 - GL068                24-25
11   3  Complaint, BB&T v. Lewis Law Firm,
12      filed December 27, 2006, nine pp.    33
13   4  Answer and Counterclaim, BB&T v.
14      Lewis Law Firm, filed March 1, 2007
15      twelve pp.                  33
16   5  Motion for Leave to File
17      Supplemental Counterclaim, BB&T v.
18      Lewis Law Firm, March 12, 2007    33
19   6  A Roadmap to Divorce Law, Glenn C.
20      Lewis                       62
21   7  Email, 10/26/07, DiMaggio to Lewis
22      "Stiglitz v. Bank," GL033       153, 154
```

Page 5

```
 1           I N D E X  (Continued)
 2  LEWIS DEPOSITION EXHIBITS           PAGE
 3   8  Letter, 10/29/07, DiMaggio to
 4      Werner, "Joseph Stiglitz v. Rita
 5      Bank"                      153, 154
 6   9  Lewis Law Firm billing to Whitworth
 7      11/30/06, GL058 - GL065         221
 8  10  Lewis Law Firm billing to Whitworth
 9      11/15/07, two pp.              226
10  11  Letter, 1/23/07, Whitworth to Lewis
11      GL036 - GL037                 234
12  12  Letter, 12/14/06, Whitworth to Lewis
13      GL042 - GL043              234-235
14  13  Letter, 11/14/06, Lewis to
15      Whitworth, GL048 - GL051         253
16
17
18
19
20
21
22
```

Page 18

1   Q. Okay. And are you admitted in D.C. and
2   Maryland as well as Virginia?
3   A. Yes, I am.
4   Q. And I think your firm has offices in all
5   three states?
6   A. We --
7   Q. Or jurisdictions.
8   A. The D.C.'s our primary office.
9   Q. Okay.
10  A. We don't have full-time staff in the
11  other offices, but we have -- we do maintain
12  offices in the suburbs where we take depositions,
13  meet with clients, and do things like that.
14  Q. Okay. What portion of your practice
15  involves cases in the District of Columbia?
16  A. That is something that changes. Any
17  given day the snapshot would be different. I --
18  Currently, I would say probably 20 percent of my
19  cases are in the District of Columbia.
20  Q. And in general terms, what would the
21  range be over the last several years?
22  A. I would say it ranges from 20 percent to

Page 19

1   a third.
2   Q. To a third. Okay.
3       What about in Virginia?
4   A. Virginia ranges, probably, from a third
5   to a half.
6   Q. Okay. And Maryland? I guess that would
7   be --
8   A. The rest.
9   Q. Most of the rest?
10  A. The rest. Maryland could be as much as
11  a third. And of the three, it's where I'm least
12  frequently, but it's still by far the third most
13  active jurisdiction for me.
14  Q. Okay. Are you admitted in any other
15  jurisdiction besides D.C., Maryland, and Virginia?
16  A. No.
17  Q. So you're not admitted in New York?
18  A. I am not.
19  Q. Have you handled cases --
20  A. No.
21  Q. Have you been pro hac vice in any New
22  York cases?

Page 20

1   A. I believe I have. I've certainly been
2   involved in New York cases. I'm trying to
3   remember whether I was in a courtroom in New York
4   or not or my appearance was entered.
5   Q. What -- Could you describe what your
6   experience has been with New York cases, meaning
7   cases venued in New York.
8   A. I've been in cases where I worked with
9   New York attorneys, and I handled the D.C.
10  Metropolitan Area part of it, and they handled the
11  New York part. I've been in cases where they were
12  pending in the New York courts, and I was in New
13  York working with lawyers. And in one particular
14  case, I would have entered an appearance, but the
15  matter resolved itself from the time I became
16  engaged to be involved in the case until the time
17  that I would have entered an appearance. I may or
18  may not have entered an appearance -- and that's
19  why I hesitated before -- in another matter
20  involving child custody and support.
21  Q. Okay. Do you consider yourself an
22  expert with respect to New York matrimonial law?

Page 21

1   A. No. I'm not an expert as a New York
2   lawyer would be.
3   Q. How would you describe your familiarity,
4   if any, with New York law?
5   A. I know enough about New York family law
6   to recognize issues and to be able to delve
7   further into something if I identify an issue that
8   needs to be investigated. I -- For any case I've
9   been involved in I think this is true for any
10  lawyer in my case, I learn as much as I need to
11  know to become expert for a period of time for the
12  issue I'm dealing with. And I think that's --
13  Anytime I've dealt with a matter in another
14  jurisdiction, I took the trouble to learn the laws
15  of that jurisdiction and read the cases,
16  understand the statutes, but also speak with local
17  lawyers --
18  Q. Mm-hmm.
19  A. -- and find out the local customs and
20  practices.
21  Q. So is it fair to say, then, with respect
22  to New York, you consider yourself sufficiently