**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOSEPH E. STIGLITZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| **RITA M. BANK,** | ) |
| **Defendant** | ) |

**ENTRY OF APPEARANCE**

Please STRIKE the appearance of Toni-Anne DiMaggio and ENTER the appearance of Lisa M. Goldblatt in the above-captioned case matter.

Respectfully submitted,

    /s/ Lisa M. Goldblatt

Lisa M. Goldblatt #489011
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, Maryland 21114
Phone: (410) 793-3977
lgoldblatt@wstlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was filed electronically with the Court and served on opposing counsel on April 25, 2008.

    s/ Lisa M. Goldblatt.
    Lisa M. Goldblatt. # 489011