LAW OFFICES
# WHITWORTH & TRUNNELL, P.A.
2101 DEFENSE HIGHWAY
CROFTON, MARYLAND 21114


received 9|20|07

DAVID G. WHITWORTH, JR.*
RICHARD R. TRUNNELL+
RODNEY C. WARREN
TONI-ANN DiMAGGIO*
LISA B. HALL

OF COUNSEL:
MARIE S. PALMQUIST

*ALSO MEMBER OF DISTRICT OF COLUMBIA BAR
+ALSO MEMBER OF PENNSYLVANIA BAR

(301) 261-0035 (WASH.)
(410) 721-7169 (ANNAP.)
(410) 793-3977 (BALT.)
(866) 328-0600 (TOLL FREE)
(301) 261-0114 (FAX)
(410) 793-0291 (FAX)

September 19, 2007

Meredith Werner
Ross, Dixon & Bell, LLP
2001 K Street, NW
Washington, D.C. 20006-1040

RE:   *Joseph Stiglitz v. Rita Bank*
      Case No.: 05-1826 RJL
      Our File No.: 04,115.1

Dear Ms. Werner:

Enclosed please find the following Notices regarding expert depositions in the above-captioned matter:

- Amended Notice of Deposition Duces Tecum and De Bene Esse of Catherine J. Ross

- Amended Notice of Deposition Duces Tecum and De Bene Esse of Armin U. Kuder, Esquire

- Amended Notice of Deposition Duces Tecum and De Bene Esse of Robert F. Aucone

I have also enclosed a copy of the Notice of Service of Discovery regarding the above.

Thank you for your attention to this matter. Should you have any questions or concerns, please do not hesitate to contact my office.

Sincerely,

Toni-Ann DiMaggio

TAD/jlm
Enclosure
cc: Dr. Joseph Stiglitz – Via Email (w/encl.)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, <br><br>        Plaintiff, <br><br> RITA M. BANK, <br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1826 RJL<br>)<br>)<br>)<br>)<br>) |

**AMENDED NOTICE OF DEPOSITION *DUCES TECUM*
AND *DE BENE ESSE* OF ARMIN U. KUDER, ESQUIRE**

COMES NOW the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and pursuant to Rules 30 and 45of the Federal Rules of Civil Procedure and Rules 26.2 and 30.1 of the Local Rules for the United States District Court for the District of Columbia hereby notices the Deposition of Armin U. Kuder, Esquire, for Tuesday, November 6, 2007, at 10:00 a.m., at the offices of Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040. The deposition will be conducted for purposes of discovery and/or as evidence in this matter, before a videographer, court reporter or other person duly authorized to administer oaths, and in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Columbia.

Respectfully submitted,

David G. Whitworth, Jr. (D.C. Bar #224139)
Toni-Ann DiMaggio (D.C. Bar #490860)
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(410) 793-3977
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19 day of September, 2007, a copy of the foregoing Amended Notice of Deposition Duces Tecum and De Bene Esse of Armin U. Kuder, Esquire was sent via first class mail to: Meredith Werner, Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040.

/s/ Toni-Ann DiMaggio
Toni-Ann DiMaggio (D.C. Bar #490860)

received
9/20/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>RITA M. BANK, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1826 RJL |

## AMENDED NOTICE OF DEPOSITION *DUCES TECUM* AND *DE BENE ESSE* OF ROBERT F. AUCONE

COMES NOW the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and pursuant to Rules 30 and 45of the Federal Rules of Civil Procedure and Rules 26.2 and 30.1 of the Local Rules for the United States District Court for the District of Columbia hereby notices the Deposition of Robert F. Aucone, CPA, for Tuesday, November 13, 2007, at 11:00 a.m., via videoconferencing, at the offices of Robert F. Aucone & Associates, 1999 Broadway # 3200, Denver, Colorado 80202. The deposition will be conducted for purposes of discovery and/or as evidence in this matter, before a videographer, court reporter or other person duly authorized to administer oaths, and in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Columbia.

Respectfully submitted,

/s/ *signature*

David G. Whitworth, Jr. (D.C. Bar #224139)
Toni-Ann DiMaggio (D.C. Bar #490860)
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(410) 793-3977
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19__ day of September, 2007, a copy of the foregoing Amended Notice of Deposition Duces Tecum and De Bene Esse of Robert F. Aucone was sent via first class mail to: Meredith Werner, Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040.

_____
Toni-Ann DiMaggio (D.C. Bar #490860)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) Civil Action No. 05-1826 RJL<br>　　　　　　　　　　　　　　　　　)<br>RITA M. BANK, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　)<br>　　　　　　　　　　　　　　　　　) | |

### NOTICE OF SERVICE OF DISCOVERY

I hereby certify that on this 19th day of September, 2007, a copy of the following discovery materials were sent via first class mail to Meredith Werner, Ross, Dixon & Bell, LLP, 2001 K. Street, N.W., Washington, D.C. 20006-1040, *Attorney for Defendant*:

- Amended Notice of Deposition Duces Tecum and De Bene Esse of Catherine J. Ross
- Amended Notice of Deposition Duces Tecum and De Bene Esse of Armin U. Kuder, Esquire
- Amended Notice of Deposition Duces Tecum and De Bene Esse of Robert F. Aucone

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　[signature]

　　　　　　　　　　　　　　　　David G. Whitworth, Jr. (D.C. Bar #224139)
　　　　　　　　　　　　　　　　Toni-Ann DiMaggio (D.C. Bar #490860)
　　　　　　　　　　　　　　　　Whitworth & Trunnell, P.A.
　　　　　　　　　　　　　　　　2101 Defense Highway
　　　　　　　　　　　　　　　　Crofton, Maryland 21114
　　　　　　　　　　　　　　　　(410) 793-3977
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19 day of September, 2007, a copy of the foregoing Notice of Service of Discovery was sent via first class mail to: Meredith Werner, 2001 K Street, NW, Washington, D.C. 20006-1040, *Attorney For Defendant.*

                                                                          _____
                                                                          Toni-Ann DiMaggio (D.C. Bar #490860)



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ,<br><br>        Plaintiff,<br><br>RITA M. BANK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1826 RJL<br>)<br>)<br>)<br>)<br>) |

## AMENDED NOTICE OF DEPOSITION *DUCES TECUM* AND *DE BENE ESSE* OF CATHERINE J. ROSS

COMES NOW the Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, David G. Whitworth, Jr. and Toni-Ann DiMaggio of Whitworth & Trunnell, PA, and pursuant to Rules 30 and 45of the Federal Rules of Civil Procedure and Rules 26.2 and 30.1 of the Local Rules for the United States District Court for the District of Columbia hereby notices the Deposition of Catherine J. Ross, for Wednesday, November 14, 2007, at 10:00 a.m., at the offices of Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040. The deposition will be conducted for purposes of discovery and/or as evidence in this matter, before a videographer, court reporter or other person duly authorized to administer oaths, and in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Columbia.

Respectfully submitted,

_____
David G. Whitworth, Jr. (D.C. Bar #224139)
Toni-Ann DiMaggio (D.C. Bar #490860)
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(410) 793-3977
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19 day of September, 2007, a copy of the foregoing Amended Notice of Deposition Duces Tecum and De Bene Esse of Catherine J. Ross was sent via first class mail to: Meredith Werner, Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, D.C. 20006-1040.

Toni-Ann DiMaggio (D.C. Bar #490860)