----- Original Message -----
From: Rosslyn Samuels
To: Rick Simpson; Meredith Werner
Sent: Mon Nov 12 10:39:52 2007
Subject: IMPORTANT - David Whitworth called to RESCHEDULE Deposition.  He . . .


Is short staffed and cannot get the Exhibits to Colorado in time to conduct video deposition.  Regretfully, he has to reschedule.  He would like us to contact Robert Aucone (303) 861-4545.  He will contact the Court Reporter.  Mr. Whitworth's schedule is clear over the next few weeks if you would like to obtain other available dates from Mr. Aucone.