IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RITA M. BANK, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1826 RJL |

**DECLARATION OF M. WERNER IN SUPPORT OF DEFENDANT'S MOTION FOR FEES AND COSTS IN CONNECTION WITH THE CANCELLED DEPOSITION OF EXPERT WITNESS ROBERT F. AUCONE**

Meredith E. Werner declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Ross, Dixon & Bell, LLP, which represents Defendant Rita M. Bank in the matter referenced above. I was primarily responsible for preparing Defendant's damages expert, Robert F. Aucone, CPA, for deposition. As such, I have personal knowledge of the matters discussed in this Declaration.

2. In this capacity, I traveled to Denver on November 12, 2008 to meet with Mr. Aucone. I did not receive Plaintiff's counsel's message cancelling the deposition until after I arrived in Denver.

3. Ms. Bank was charged a total of $1,075.68 in connection with my travel to Denver. This includes $701.00 for plane fare, $80.00 for transportation, $231.53 for accommodations and $63.15 for meals.

369729 v 1

4. By the time the deposition was cancelled, Mr. Aucone, myself and other members of Ms. Bank's defense team had spent time preparing for the deposition.

5. Ms. Bank was charged a total of $1,408.00 in connection with Mr. Aucone's preparation for the deposition. This includes the following charges by Mr. Aucone:

   a. November 5, 2007, $192.00, "[r]eview e-mails from Meredith; communications re: IT specialist; preliminary review of documents received."

   b. November 10, 2007, $704.00, "[b]egin review of documents in preparation for meeting with Meredith."

   c. November 12, 2007, $512.00, "[c]ontinue review of documents in preparation for meeting with Meredith."

6. Ms. Bank was charged a total of $2,115.00 in connection with counsel's preparation for the deposition. This includes the following charges by Richard Simpson, Randy Ponder, a paralegal, and Meredith Werner:

   a. November 8, 2007, $190.00, "[p]repare for Aucone deposition." (R. Simpson)

   b. November 9, 2007, $462.50, "[r]esearch prior document production for selected documents and begin preparing the selected documents for the deposition preparation of R. Aucone." (R. Ponder)

   c. November 9, 2007, $135.00, "[p]repare for preparation session with R. Aucone." (M. Werner)

   d. November 11, 2007, $382.50, "[r]eview documents in advance of deposition preparation session with R. Aucone." (M. Werner)

   e. November 12, 2007, $472.50, "[t]ravel to Denver to prep and defend R. Aucone (half time)." (M. Werner)

   f. November 12, 2007, $472.50, "[r]eview documents in advance of deposition preparation session with R. Aucone." (M. Werner)

369729 v 1

7.   Accordingly, Ms. Bank was charged a total of $4,598.68 in connection with the cancelled deposition. I expect that most if not all of these fees and costs will have to be incurred again with respect to the rescheduled deposition.

8.   At a later deposition, plaintiff's counsel apologized for cancelling the deposition and said that, in addition to his office staffing problems, he wanted to put off the deposition in order to give Mr. Aucone time to read the report by Plaintiff's damages expert, which was submitted the Friday before the Tuesday deposition.

9.   The cost to Ms. Bank for my time in connection with this Motion is $1,715.00.

Dated: June 19, 2008

*Meredith E. Werner* /RH
Meredith E. Werner
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Tel: (202) 662-2000
Fax: (202) 662-2190
mwerner@rdblaw.com

369729 v 1