IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF R. SIMPSON IN SUPPORT OF DEFENDANT'S MOTION FOR FEES AND COSTS IN CONNECTION WITH THE CANCELLED DEPOSITION OF EXPERT WITNESS ROBERT F. AUCONE

Richard A. Simpson declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm of Ross, Dixon & Bell, LLP, which represents Defendant Rita M. Bank in the matter referenced above. As such, I have personal knowledge of the matters discussed in this Declaration.

2. In this capacity, I spoke with David Whitworth, counsel for the Plaintiff, on November 12, 2008. Mr. Whitworth told me that he intended to cancel and reschedule the deposition of Robert F. Aucone, CPA, Defendant's damages expert.

3. I explained to Plaintiff's counsel that my colleague, Meredith Werner, was already in Denver and asked if the deposition could go forward.

4. Plaintiff's counsel declined to conduct the deposition on November 13, 2007.

Dated: June 19, 2008

_____
Richard A. Simpson
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Tel: (202) 662-2000
Fax: (202) 662-2190
rsimpson@rdblaw.com

369748 v 1