# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by their undersigned counsel, hereby stipulate and agree that the Plaintiff, Joseph E. Stiglitz shall have up to and including and including Thursday, July 10, 2008, in which to file an opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone, and the Defendant, Rita Bank, shall have up to and including Thursday, July 24, 2008, in which to file a reply to Plaintiff Joseph E. Stiglitz's Opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone.

Respectfully submitted,

DATED: June 26, 2008

s/ David G. Whitworth, Jr.
David G. Whitworth, D.C. Bar No. 224139
Lisa M. Goldblatt, D.C. Bar No. 489011
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, MD 21114
Phone: (410) 793-3977
*Attorneys for Plaintiff*

DATED: June 26, 2008                    s/ Richard A. Simpson
                                                                 Richard A. Simpson, D.C. Bar No. 411893
                                                                 Charles A. Jones, D.C. Bar No. 449127
                                                                 Meredith E. Werner, D.C. Bar No. 493455
                                                                ROSS, DIXON & BELL, LLP
                                                                2001 K Street, N.W.
                                                                Washington, D.C. 20006-1040
                                                                Phone: (202) 662-2000
                                                                Fax: (202) 662-2134
                                                                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Stipulation for Extension of Time was filed electronically with the Court on June 26, 2008.

                                                                 s/ David G. Whitworth, Jr.
                                                                David G. Whitworth, D.C. Bar No. 224139