IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPH E. STIGLITZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| **RITA M. BANK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT MOTION FOR EXTENSION OF TIME

COMES NOW, the parties, by and through their undersigned counsel, and respectfully move this Court to extend the Plaintiff's time in which to file an opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone up to and including Thursday, July 10, 2008, and to extend the Defendant's time in which to file a reply to Plaintiff Joseph E. Stiglitz's Opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone up to and including Thursday, July 24, 2008.

Respectfully submitted,

DATED: July 7, 2008

s/ David G. Whitworth, Jr.
David G. Whitworth, D.C. Bar No. 224139
Lisa M. Goldblatt, D.C. Bar No. 489011
WHITWORTH & TRUNNELL, P.A.
2101 Defense Highway
Crofton, MD 21114
Phone: (410) 793-3977
*Attorneys for Plaintiff*

DATED: July 7, 2008
                                              s/ Richard A. Simpson
                                        Richard A. Simpson, D.C. Bar No. 411893
                                        Charles A. Jones, D.C. Bar No. 449127
                                        Meredith E. Werner, D.C. Bar No. 493455
                                        ROSS, DIXON & BELL, LLP
                                        2001 K Street, N.W.
                                        Washington, D.C. 20006-1040
                                        Phone: (202) 662-2000
                                        Fax: (202) 662-2134
                                        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion for Extension of Time was filed electronically with the Court on July 7, 2008.


                                                                s/ David G. Whitworth, Jr.
                                                   David G. Whitworth, D.C. Bar No. 224139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **JOSEPH E. STIGLITZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 05-1826 RJL |
| | ) |
| **RITA M. BANK,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

Upon consideration of the Joint Motion for Extension of Time, filed jointly by Plaintiff and Defendant, it is this _____ day of July, 2008 hereby GRANTED, and it is further

ORDERED that Plaintiff, Joseph E. Stiglitz shall have up to and including Thursday, July 10, 2008, in which to file an opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone, and the Defendant, Rita Bank, shall have up to and including Thursday, July 24, 2008, in which to file a reply to Plaintiff Joseph E. Stiglitz's Opposition to Defendant Rita Bank's Motion for Fees and Costs in Connection with the Cancelled Deposition of Expert Witness Robert F. Aucone.

_____
Judge

Copies to:

David G. Whitworth, Jr.
Lisa M. Goldblatt
Whitworth & Trunnell, P.A.
2101 Defense Highway
Crofton, Maryland 21114
(301) 261-0035
*Attorneys for Plaintiff*

Richard A. Simpson
Charles A. Jones
Meredith E. Werner
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
(202) 662-2000
*Attorneys for Defendant*