IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF THE WITHDRAWAL OF THE APPEARANCES OF CHARLES A. JONES AND MEREDITH E. WERNER

Pursuant to Local Rule 83.6(b), Charles A. Jones and Meredith E. Werner, counsel for Defendant Rita M. Bank ("Bank"), hereby notice the withdrawal of their appearances in this action. Richard A. Simpson, who has ended his association with Ross, Dixon & Bell, LLP, will continue to represent Ms. Bank in this matter. Mr. Simpson's new contact information can be found below. Ms. Bank has been given reasonable notice of the withdrawal of Mr. Jones and Ms. Werner and consents to it. Through this notice, counsel for all other parties in this action also have been provided reasonable notice of withdrawal of Mr. Jones and Ms. Werner.

Consented to on this the ___3___ of September, 2008 by Rita M. Bank:

_____/s/ Rita M. Bank_____

372424 v 1

Respectfully submitted,

DATED: September 9, 2008                  s/ Meredith E. Werner
                                                Charles A. Jones, D.C. Bar No. 449127
Meredith E. Werner, D.C. Bar No. 493455
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 662-2000
Fax: (202) 662-2134

Richard A. Simpson, D.C. Bar No. 411893
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of the Withdrawal of the Appearances of Charles A. Jones and Meredith E. Werner was filed electronically with the Court on September 9, 2008.

                                                  s/ Meredith E. Werner
                                                  Meredith E. Werner

372424 v 1