## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH E. STIGLITZ,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**RITA M. BANK** )<br><br>Defendant. ) | **Civil Action No. 05-1826 RJL** |

## PRETRIAL STATEMENT OF PLAINTIFF JOSEPH E. STIGLITZ

COMES NOW the Plaintiff, JOSEPH E. STIGLITZ, by and through his attorneys, David G. Whitworth, Linda M. Hamilton, and Wes P. Henderson, pursuant to Local Civil Rule 16.5, and submits this Pretrial Statement.

## I.   STATEMENT OF THE CASE

The Plaintiff, JOSEPH E. STIGLITZ, retained the Defendant, RITA M. BANK, in August 2000 to represent him in divorce proceedings in the District of Columbia. When the Defendant was retained, both the Plaintiff and his former spouse, Jane Hannaway (hereinafter, Hannaway) were residents of the District of Columbia. The Defendant represented the Plaintiff until October 2002 when she advised the Plaintiff that she could no longer represent him due to a conflict of interest. Plaintiff alleges that Defendant committed legal malpractice that caused him damages. Defendant denies the Plaintiff's allegations.

This matter is based upon the diversity jurisdiction of this Court pursuant to 28 U.S.C. Sec. 1332(a). The Plaintiff is a now a resident of the State of New York, and the Defendant is a resident of the State of Maryland. The Plaintiff has claimed in excess of $75,000 in damages.

## II.   STATEMENT OF CLAIMS

The Plaintiff has filed a claim for legal malpractice against the Defendant during her representation, and alleges that the Defendant failed:

1.  to negotiate a settlement of Plaintiff's divorce action in the District of Columbia within a reasonable time frame;

2.  to file suit for divorce in the District of Columbia when explicitly instructed by the Plaintiff to do so in September 2002;

3. to advise the Plaintiff of the risks associated with not filing for the divorce promptly in the District of Columbia;

4.  to advise the Plaintiff of the possible adverse impact upon his divorce proceedings if he relocated to the State of New York, especially to Manhattan, and established residency there;

5.  to advise the Plaintiff that his establishment of residency in Manhattan would expose him to New York law that includes celebrity status and enhanced earning capacity as marital assets during divorce proceedings; and

6.   to inform the Plaintiff of her intention to form a law firm with Hannaway's attorney during her representation of the Plaintiff.  The Defendant began discussions to form a law firm with Hannaway's attorney during the spring of 2002.   However, she did not inform the Plaintiff of this fact until October 2002.

## III.   STATEMENT OF DEFENSES

The Defendant has not asserted any claims against the Plaintiff.

## IV.   SCHEDULE OF WITNESSES

The Plaintiff will present the following witnesses:

1.    Glenn C. Lewis, Esquire*
      The Lewis Law Firm, P.C.
      805 - 15th Street NW, Suite 200
      Washington, D.C. 20005

Mr. Lewis will testify to the relevant standard of care required of the Defendant, and as to her breach of the standard of care that caused Plaintiff damages in her representation of the Plaintiff in his divorce proceedings. Mr. Lewis, in support of Plaintiff's damages claims, will testify as to the timing, reasonable costs, expenses, and attorney's fees that would have been incurred had the divorce proceedings been filed by Defendant in the District of Columbia.

Time Estimate: Three (3) hours for direct testimony.

2.    Joseph E. Stiglitz, Ph.D.
      305 Riverside Drive, #8B
      New York, N.Y. 10025

Dr. Stiglitz will testify regarding the Defendant's representation of him during his divorce proceedings and the damages he incurred as a result of Defendant's negligent representation. He will testify as to the communications with the Defendant, the advice he received from her, and the specific instructions given to the Defendant that were not followed.

Time Estimate: Five (5) hours for direct testimony.

3.    Marcy L. Wachtel, Esquire*
      Katsky Korins, LLP-
      605 Third Avenue, 16th Floor
      New York, New York 10158

Ms. Wachtel will testify that Alton L. Abramowitz, Esquire met the relevant standard of care required of a New York attorney in the State of New York, and specifically Manhattan in his efforts to mitigate damages where celebrity status and enhanced earnings capacity are marital assets that can be distributed by the Court in divorce proceedings. Ms. Wachtel will attest to the

high probability that the Plaintiff was exposed to additional substantial sums awarded to his former spouse based upon these claims if the matter was litigated. Ms. Wachtel shall testify as to her opinions regarding the reasonableness of Mr. Abramowitz's representation and efforts to mitigate Dr. Stiglitz's damages as well as the necessity, reasonableness and fairness of the fees, expenses and costs charged to Dr. Stiglitz in the New York divorce proceedings. Ms. Wachtel will testify that the settlement the Plaintiff ultimately reached in New York was a reasonable mitigation of damages in light of the exposure faced at trial.

Time Estimate: Two (2) hours for direct testimony.

4.      Alton L. Abramowitz, Esquire
        Sherensky, Aronson and Mayefsky, LLP
        750 Lexington Avenue
        New York, N.Y. 10022

Mr. Abramowitz represented the Plaintiff in his divorce litigation in New York. He will testify regarding the necessity of reaching a settlement of the New York divorce litigation based upon the strong likelihood that under New York law, the Plaintiff would be exposed to sharing his future income and royalties with his former spouse under claims of "celebrity status" and/or "enhanced earning capacity". Mr. Abramowitz will testify regarding his efforts to mitigate Plaintiff's damages, including the efforts he undertook and the cost, expenses, and attorney's fees incurred on Dr. Stiglitz's behalf. Mr. Abramowitz will testify that the Plaintiff ultimately reached a settlement agreement in New York that far exceeded the amount that the Plaintiff would have incurred had the divorce been either settled or litigated in the District of Columbia.

Time Estimate: Two (2) hours for direct testimony.

## V.    **LIST OF EXHIBITS**

A list of the Plaintiff's Proposed Trial Exhibits, which was sent to Defendant's counsel on April 7, 2011, is attached hereto as Exhibit A.

## VI.   DESIGNATION OF DEPOSITIONS TO BE OFFERED INTO EVIDENCE

Dr. Stiglitz designates portions of Defendant Bank's deposition transcript.  The relevant portions of Defendant Bank's deposition are identified in Exhibit B attached hereto.  Dr. Stiglitz also reserves the right to present any of witnesses listed above as testifying live by deposition if they will not attend trial voluntarily and cannot be subpoenaed.  Dr. Stiglitz also reserves the right to counter-designate deposition testimony for any witness Defendant presents by deposition.

## VII.   ITEMIZATION OF DAMAGES

Plaintiff Stiglitz is expected to offer two alternative damage methodologies in this matter.

**Damage Methodology One**

This damage methodology is based upon the divorce case proceeding to trial in the District of Columbia.

### Legal Costs

| Description | Amount | Damages |
|---|---|---|
| Dr. Stiglitz's legal fees | $800,428.00 | |
| Expert Witness Costs | $232,679.00 | |
| 50% of Jane Hannaway's Legal Fees paid by Dr. Stiglitz | $210,000.00 | |
| Total Costs | $1,243,107.00 | |
| Expected Costs in DC Trial | $225,000.00 | **$1,018,107.00** |
| Expected Costs in Settlement | $125,000.00 | **$1,118,107.00** |

## World Bank Pension

| Description | Amount | Damages |
|---|---|---|
| Pension Amount Received as of January 2011 | $218,466.00 | |
| Current Monthly Pension Amount | $2,359.00 | |
| February 2011 to May 2011 Pension Amount | $9,436.00 | |
| Total Pension Amount as of May 2011 | $227,902.00 | |
| After Tax Amount | $127,625.00 | |
| Damages for Half the Pension | $63,813.00 | **$63,813.00** |

## World Bank Pension – Future Payments

| Description | Amount | Damages |
|---|---|---|
| Current Monthly Pension Amount | $2,359.00 | |
| Dr. Stiglitz's Remaining Life Expectancy | 15.80 | |
| Expected Future Pension Amount | $447,266.00 | |
| After Tax Pension Amount | $250,469.00 | |
| Damages for Half the Future Pension Amount | $125,235.00 | **$125,235.00** |

## Royalty Distributions

| Royalty Item | Actual Royalty Payments to Hannaway | Expected Payments Under DC Trial | Damages |
|---|---|---|---|
| Lump Sum Paid in 8/2004 | $260,802.00 | | |
| Economics | $1,052.44 | $11,122.08 | |
| Economics (3rd Ed.) (domestic) | $34,251.51 | $19,038.97 | |
| Economics (3rd Ed.) (export) | $1,159.57 | $404.05 | |
| Economics (4th Ed.) | $8,330.07 | $0.00 | |
| Economics (4th Ed) (ISE PA) | $1,982.35 | $0.00 | |
| Economics (UK Version) (1) | $5,163.16 | $8956.71 | |
| Economics (1st Ed) w/ SG | $0.00 | $0.00 | |

| | | | |
|---|---|---|---|
| Economics (2nd Ed) | $28,845.05 | $37,935.74 | |
| Economics of the Public Sector | $276.64 | $294.75 | |
| Economics of the Public Sector (2nd Ed) | $1,602.17 | $2,964.38 | |
| Economics of the Public Sector (3rd Ed) | $29,885.00 | $38,395.48 | |
| Economics Website Password Stigweb | $0.00 | $11.26 | |
| Globalization and its Discontents (2002) (3) | $27,726.03 | $68,023.10 | |
| Globalization and its Discontents (2003) (PA) | $10,527.56 | $0.00 | |
| Making Globalization Work (HC and PA) | $0.00 | $0.00 | |
| Principles of Macro (4th Ed) | $26.19 | $0.00 | |
| Principles of Macro PA | $20.13 | $68.11 | |
| Principles of Macro PA (2nd Ed) | $238.92 | $369.12 | |
| Principles of Macro PA (3rd Ed) | $5,306.70 | $4,241.58 | |
| Principles of Macro (4th Ed) EBK | $140.00 | $0.00 | |
| Principles of Macro PA (4th Ed) | $2,906.76 | $0.00 | |
| Principles of Macro & the Canadian Economy PA (2nd Ed) | ($21.19) | $14.61 | |
| Principles of Micro PA | $224.95 | $676.05 | |
| Principles of Micro PA (2nd Ed) | $21.00 | $(158.98) | |
| Principles of Micro & the Canadian Economy PA (2nd Ed) | $11.95 | $72.71 | |
| Principles of Micro PA (3rd Ed) | $12,066.41 | $9,618.30 | |
| Principles of Micro PA (4th Ed) | $9,135.23 | $0.00 | |
| Principles of Micro PA (4th Ed) EBK Fold | $97.16 | $0.00 | |
| Principles of Micro PA (4th Ed) EBK | $145.47 | $0.00 | |
| Roaring 90s | $7,639.77 | $0.00 | |
| Roaring 90s PA | $359.74 | $0.00 | |

| Total | $449,932.71 | $202,048.03 | **$247,884.68** |
|---|---|---|---|

### Vanguard Account

| Description | Value on August 4, 2004 | Damage |
|---|---|---|
| Vanguard Account No. 976157207 | $795,184.00 | **$397,592.00** |

### Enhanced Earnings

Due to the fact that the underlying matter was ultimately tried in New York, Dr. Stiglitz faced additional exposure due to his celebrity status. Dr. Stiglitz paid $600,000.00 to resolve the enhanced earnings portion of his wife's claim, which he is claiming as an element of his damages in this case.

### Opportunity Costs

Dr. Lewis' standard of care expert has opined that his domestic case would have resolved by June 2002, if handled in the District of Columbia. Inasmuch as Dr. Stiglitz's case did not conclude in New York until August 4, 2004, he is claiming lost opportunities associated with projects that he could not participate in due to his involvement with the New York divorce action. Dr. Stiglitz reasonably anticipates that he lost 500 hours of time at $1,000.00 per hour for a total claim of $500,000.00.

### TOTAL DAMAGES:  METHOD 1 – TRIAL IN DC
#### (As of August 4, 2004)

| Description | Amount |
|---|---|
| Legal Costs | $1,018,107.00 |
| World Bank Pension | $189,047.00 |
| Royalties | $247,885.00 |
| Vanguard Account | $397,592.00 |
| Enhanced Earnings | $600,000.00 |
| Opportunity Costs | $500,000.00 |
| **Total** | **$2,952,631.00** |

### TOTAL DAMAGES:  METHOD 1 – TRIAL IN DC
#### (As of March 11, 2011 after 6.6 years at 3.66% with 5-year T-Bill)

| Description | Amount | Application of T-Bill | Present Loss |
|---|---|---|---|
| Legal Costs | $1,018,107.00 | $272,726.00 | $1,290,833.00 |
| World Bank Pension | $189,047.00 | | $189,047.00 |
| Royalties | $247,885.00 | | $247,885.00 |
| Vanguard Account | $397,592.00 | $143,125.00 | $540,717.00 |
| Enhanced Earnings | $600,000.00 | $160,725.00 | $760,725.00 |

| Opportunity Costs | $500,000.00 | $133,938.00 | $633,938.00 |
| **Total** | | | **$3,663,146.00** |

## Damage Methodology Two

The measure of damages in this methodology is the difference between the settlement offer proposed by Hannaway in or around May 16, 2002 and the value of monies the Plaintiff was required to pay Hannaway pursuant to the August 2004 Stipulation.

### Legal Costs

| Description | Amount | Damages |
|---|---|---|
| Dr. Stiglitz's legal fees | $800,428.00 | |
| Expert Witness Costs | $232,679.00 | |
| 50% of Jane Hannaway's Legal Fees paid by Dr. Stiglitz | $210,000.00 | |
| Total Costs | $1,243,107.00 | |
| Expected Costs in DC Trial | $225,000.00 | **$1,018,107.00** |
| Expected Costs in Settlement | $125,000.00 | **$1,118,107.00** |

### World Bank Pension

| Description | Amount | Damages |
|---|---|---|
| Pension Amount Received as of January 2011 | $218,466.00 | |
| Current Monthly Pension Amount | $2,359.00 | |
| February 2011 to May 2011 Pension Amount | $9,436.00 | |
| Total Pension Amount as of May 2011 | $227,902.00 | |
| After Tax Amount | $127,625.00 | |
| Damages for Half the Pension | $63,813.00 | **$63,813.00** |

**World Bank Pension – Future Payments**

| Description | Amount | Damages |
|---|---|---|
| Current Monthly Pension Amount | $2,359.00 | |
| Dr. Stiglitz's Remaining Life Expectancy | 15.80 | |
| Expected Future Pension Amount | $447,266.00 | |
| After Tax Pension Amount | $250,469.00 | |
| Damages for Half the Future Pension Amount | $125,235.00 | **$125,235.00** |

**Royalties**

| Royalty Item | Actual Royalty Payments to Hannaway |
|---|---|
| Lump Sum Paid in 8/2004 | $260,802.00 |
| Economics | $1,052.44 |
| Economics (3rd Ed.) (domestic) | $34,251.51 |
| Economics (3rd Ed.) (export) | $1,159.57 |
| Economics (4th Ed.) | $8,330.07 |
| Economics (4th Ed) (ISE PA) | $1,982.35 |
| Economics (UK Version) (1) | $5,163.16 |
| Economics (1st Ed) w/ SG | $0.00 |
| Economics (2nd Ed) | $28,845.05 |
| Economics of the Public Sector | $276.64 |
| Economics of the Public Sector (2nd Ed) | $1,602.17 |
| Economics of the Public Sector (3rd Ed) | $29,885.00 |
| Economics Website Password Stigweb | $0.00 |
| Globalization and its Discontents (2002) (3) | $27,726.03 |
| Globalization and its | $10,527.56 |

| | |
|---|---|
| Discontents (2003) (PA) | |
| Making Globalization Work (HC and PA) | $0.00 |
| Principles of Macro (4th Ed) | $26.19 |
| Principles of Macro PA | $20.13 |
| Principles of Macro PA (2nd Ed) | $238.92 |
| Principles of Macro PA (3rd Ed) | $5,306.70 |
| Principles of Macro (4th Ed) EBK | $140.00 |
| Principles of Macro PA (4th Ed) | $2,906.76 |
| Principles of Macro & the Canadian Economy PA (2nd Ed) | ($21.19) |
| Principles of Micro PA | $224.95 |
| Principles of Micro PA (2nd Ed) | $21.00 |
| Principles of Micro & the Canadian Economy PA (2nd Ed) | $11.95 |
| Principles of Micro PA (3rd Ed) | $12,066.41 |
| Principles of Micro PA (4th Ed) | $9,135.23 |
| Principles of Micro PA (4th Ed) EBK Fold | $97.16 |
| Principles of Micro PA (4th Ed) EBK | $145.47 |
| Roaring 90s | $7,639.77 |
| Roaring 90s PA | $359.74 |
| **Total** | $449,932.71 |

## Alimony Payments – Method 2

| Description | Half of 2002 | 2003 | 2004 | Half of 2005 | Total |
|---|---|---|---|---|---|
| Dr. Stiglitz's income | $568,705.00 | $1,886,276.00 | $1,307,712.00 | $629,288.00 | |
| Jane Hannaway's income | $87,804.00 | $169,977.00 | $169,977.00 | $84,988.00 | |
| Difference in Income | $480,902.00 | $1,716,299.00 | $1,137,735.00 | $544,299.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Alimony Payment (27.5%) | $132,248.00 | $471,982.00 | $312,877.00 | $149,682.00 | |
| Tax Benefit to Dr. Stiglitz (44%) | $58,189.00 | $207,672.00 | $137,666.00 | $65,860.00 | |
| Net Loss to Dr. Stiglitz | $74,059.00 | $264,310.00 | $175,211.00 | $83,822.00 | $(597,402.00) |

### Enhanced Earnings

Due to the fact that the underlying matter was ultimately tried in New York, Dr. Stiglitz faced additional exposure due to his celebrity status. Dr. Stiglitz paid $600,000.00 to resolve the enhanced earnings portion of his wife's claim, which he is claiming as an element of his damages in this case.

### Opportunity Costs

Dr. Lewis' standard of care expert has opined that his domestic case would have resolved by June 2002, if handled in the District of Columbia. Inasmuch as Dr. Stiglitz's case did not conclude in New York until August 4, 2004, he is claiming lost opportunities associated with projects that he could not participate in due to his involvement with the New York divorce action. Dr. Stiglitz reasonably anticipates that he lost 500 hours of time at $1,000.00 per hour for a total claim of $500,000.00.

### TOTAL DAMAGES:  METHOD 2 – SETTLEMENT
### (As of August 4, 2004)

| Description | Amount |
|---|---|
| Legal Costs | $1,118,107.00 |
| World Bank Pension | $189,047.00 |
| Royalties | $449,933.00 |
| Alimony | $(597,402.00) |
| Enhanced Earnings | $600,000.00 |
| Opportunity Costs | $500,000.00 |
| **Total** | **$2,259,685.00** |

### TOTAL DAMAGES:  METHOD 2 – SETTLEMENT
### (As of March 11, 2011 after 6.6 years at 3.66% with 5-year T-Bill)

| Description | Amount | Application of T-Bill | Present Loss |
|---|---|---|---|
| Legal Costs | $1,118,107.00 | 299,514.00 | $1,417,621.00 |
| World Bank Pension | $189,047.00 | | $189,047.00 |
| Royalties | $449,933.00 | | $449,933.00 |
| Alimony | $(597,402.00) | $(160,030.00) | $(757,432.00) |

| Enhanced Earnings | $600,000.00 | $160,725.00 | $760,725.00 |
| Opportunity Costs | $500,000.00 | $133,938.00 | $633,938.00 |
| **Total** | | | **$2,693,383.00** |

## VIII.  <u>REQUEST FOR OTHER RELIEF</u>

None.

Respectfully submitted,


<u>    /s/ David G. Whitworth, Jr.               </u>
David G. Whitworth, Jr. #224139
Wes P. Henderson #502935
WHITWORTH SMITH LLC
2102 Defense Highway
Crofton, Maryland 21114-2401
Phone: (410) 721-7169
Fax: (410) 793-0291
DWhitworth@wslegalmal.com


<u>    /s/ Linda M. Hamilton               </u>
Linda M. Hamilton, #336446
Law Offices of Linda M. Hamilton
1300 Mercantile Lane, Suite 149
Largo, Maryland 20774
Phone: (301) 925-7833
Fax: (301) 925-8368
PGLAWI@aol.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Pretrial Statement of Plaintiff Joseph

E. Stiglitz was filed electronically with this Court on April 12, 2011, and that, on April 12, 2011,

I mailed a copy of the foregoing documents by first-class mail, postage prepared, to: Richard A.

Simpson, WILEY REIN , LLP, 1776 K Street, N.W., Washington, DC 20006.


　　　　　　　　　　　　　　　　/s/ David G. Whitworth, Jr.
　　　　　　　　　　　　　　　　David G. Whitworth, Jr.
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ,<br><br>             Plaintiff,<br><br>    v.<br><br>RITA M. BANK,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1826 RJL<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S LIST OF TRIAL EXHIBITS

Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, hereby submits his list of trial exhibits.

## INTRODUCTORY COMMENT

As set forth in the list below, Plaintiff is identifying the exhibits that he intends to utilize at trial. Plaintiff is not identifying any documents that he intends to utilize solely for the purposes of impeachment. Plaintiff reserves the right to amend, modify or otherwise supplement this list. Plaintiff expressly reserves his right to supplement this list so as to identify any documents previously identified or produced in discovery. Plaintiff also reserves the right to use any exhibit identified by the Defendant.

| Exhibit No. | Bates No. | Description |
|---|---|---|
| P-1 | RB6027 - RB6031 | Client Information Sheet – June 15, 2000 |
| P-2 | RB6020 – RB6026 | Bank Consultation Notes – June 15, 2000 |
| P-3 | RB1840 – RB1843 | Letter from Defendant Bank to Plaintiff dated June 16, 2000 with blank retainer agreement |
| P-4 | RB0300 | Retainer Check from Plaintiff to Defendant – August 19, 2010 |
| P-5 | RB1839; RB6032 – RB6034 | Letter from Defendant Bank to Plaintiff with executed Retainer Agreement dated August 24, 2000 |

PLAINTIFF'S
EXHIBIT

A

| P-6 | RB1838 | Letter from Defendant Bank to Plaintiff dated August 30, 2000 re: representation |
| P-7 | RB6019 | Defendant Bank's Notes re: telephone call with Plaintiff – February 14, 2001 |
| P-8 | RB1837 | Letter from Defendant Bank to Sanford K. Ain, Esquire re: Defendant Bank's representation of Plaintiff – February 22, 2001 |
| P-9 | RB6010 – RB6018 | Defendant Bank's Notes re: telephone call with Plaintiff concerning Columbia, Yale and Harvard – February 23, 2001 |
| P-10 | RB1833 - 1834 | Letter from Defendant Bank to Mr. Ain dated March 27, 2001 |
| P-11 | RB6009 | Memorandum from Holly Whittier to Plaintiff's file dated May 14, 2001 regarding move to Columbia University |
| P-12 | RB1735 – RB1742 | Letter to Plaintiff from Defendant Bank referring to Jane Hannaway's list of assets – July 12, 2001 |
| P-13 | AA33 – AA34 | Letter to Plaintiff from Sharon Siegel, Esquire pertaining to Plaintiff's receipt of Nobel Prize and request for financial documents – October 15, 2001 |
| P-14 | RB5960 – RB5966 | Defendant Bank's Notes regarding telephone call with Plaintiff – November 15, 2001 |
| P-15 | RB5200 – RB5257 | Nobel Prize Documentation Dated November 21, 2001 |
| P-16 | RB0001 | Ms. Siegel's Notes regarding California House and Vanguard – January 4, 2002 |
| P-17 | RB5909 – RB5915 | Defendant Bank's Notes regarding telephone call with Plaintiff dated January 14, 2002 |
| P-18 | RB1269 – RB1299; RB1300 – RB1341; RB1342 – RB1381; W001502 – W001519; 000002003-000002030; 000002254 | Tax returns and other financial statements for Jane Hannaway (W-2s, 1099s, etc.) for tax years 1998-2003 |
| P-19 | RB5379-RB5386 | Defendant Bank's calendar entries for May/June 2000 through October 2002 |
| P-20 | RB5880 – RB5886 | Defendant Bank's Notes re: telephone call on March 5, 2002 |
| P-21 | RB5744 – RB5750; RB5857 – RB5861 | Defendant Bank's Notes re: all issues and four (4) way meeting – April 8, 2002 |
| P-22 | RB2247 – | Letter from Defendant Bank to Mr. Ain communicating |

| | RB2252; RB5698 – RB5701 | settlement offer dated April 16, 2002 |
|---|---|---|
| P-23 | RB2211 – RB2214 | Mr. Ain's letter to Defendant Bank re: response to settlement offer and counter-offer dated May 16, 2002 |
| P-24 | RB5824 | Defendant Bank's Notes dated May 28, 2002 |
| P-25 | RB2190 – RB2191 | Letter from Darryl Feldman, Esquire to Defendant Bank dated May 31, 2002 |
| P-26 | RB5819 | Memorandum from Defendant Bank to Ms. Siegel regarding telephone call with Plaintiff – June 17, 2002 |
| P-27 | RB5818 | E-mail from Defendant Bank to Ms. Siegel confirming June 26, 2002 meeting with Plaintiff – June 18, 2002 |
| P-28 | RB2113 – RB2132 | Letter from Defendant Bank to Mr. Ain dated July 2, 2002 |
| P-29 | RB5558 – RB5563 | Letter from Defendant Bank to Mr. Ain with Divorce Complaint to file on September 3, 2002 – August 28, 2002 |
| P-30 | RB5800 | Memorandum prepared by Defendant Bank re: meeting with Plaintiff – September 10, 2002 |
| P-31 | RB6039 – RB6051 | New York Action for Divorce and Related Documents |
| P-32 | AA994 - AA995 | E-mail from Plaintiff to Defendant Bank attaching e-mail Plaintiff sent to Ms. Hannaway – September 22, 2002 |
| P-33 | AA991 – AA993 | E-mail from Plaintiff to Defendant Bank dated September 23, 2002 |
| P-34 | RB5585 | E-mail from Defendant Bank to Mr. Ain regarding production of documents and four-way meeting on October 4, 2002 – October 2, 2002 |
| P-35 | RB5778 | E-mail from Ms. Siegel to Defendant Bank regarding cancellation of four-way meeting and Plaintiff being "unpleasant." - October 3, 2002 |
| P-36 | RB5773 - RB5775 | E-mail from Anya Schriffin to Defendant Bank regarding Plaintiff being "horrified" at case handling – October 3, 2002 |
| P-37 | RB5428 | E-mail from Darryl Feldman, Esquire to Defendant Bank dated October 2, 2002 |
| P-38 | RB5423 – RB5424 | Letter from Defendant Bank to Norman M. Sheresky, Esquire re: sending Plaintiff's files to New York – October 4, 2002 |
| P-39 | RB5412 - RB5414 | E-mails from Plaintiff to Defendant Bank regarding Defendant Bank's merger with Mr. Ain – October 7, 2002 through October 9, 2002 |
| P-40 | RB0301 | E-mail from Defendant Bank to Janet Benton re: inviting a lawsuit – April 24, 2003 |
| P-41 | AA3179 – AA3183 | Letter to Eleanor B. Alter, Esquire from Alton Abramowitz, Esquire dated July 15, 2003 |

3

| P-42 | AA3010 – AA3012 | Letter to Mr. Abramowitz from Ms. Alter dated August 1, 2003 |
| P-43 | AA3625 | Letter from Melina Zacharopoulus, Esquire to Plaintiff dated September 17, 2003 |
| P-44 | AA3325 – AA3353 | E-mail from Mr. Abramowitz to Michael Cragg with attached Affidavit and Memorandum of Law – October 9, 2003 |
| P-45 | N/A | Defendant's Memorandum of Law in Support of his Motion for Partial Summary Judgment on Enhanced Earnings Capacity and Celebrity Status in New York Case – October 10, 2003 |
| P-46 | AA4495 – AA4496 | Letter to Judge Joan B. Lobis from Jennifer Falstrault, Esquire dated November 13, 2003 |
| P-47 | AA4450 – AA4456 | Letter to Judge Joan B. Lobis from Ms. Alter dated November 20, 2003 |
| P-48 | AA4875 – AA4890 | Emails between Mr. Abramowitz and Michael Cragg with attached income charts dated January 12, 2004 to January 13, 2004 |
| P-49 | AA4552 – AA4556 | Email dated January 30, 2004 from Mr. Abramowitz to Mr. Cragg |
| P-50 | AA5269 – AA5275 | Letter to Mr. Abramowitz from Ms. Alter dated February 2, 2004 |
| P-51 | AA5083 – AA5087 | Letter to Ms. Alter from Mr. Abramowitz dated February 11, 2004 |
| P-52 | AA4984 – AA4988 | Letter to Ronald J. Klein from Mr. Abramowitz dated February 13, 2004 with attached retainer and check |
| P-53 | AA5585 – AA5595 | Letter to Ms. Alter from Mr. Abramowitz dated March 4, 2004 |
| P-54 | AA5597 – AA5598 | Letter to Mr. Abramowitz from Ms. Alter dated March 4, 2004 |
| P-55 | AA5563 – AA5564 | Letter to Ms. Alter from Mr. Abramowitz dated March 5, 2004 |
| P-56 | AA5575 – AA5577 | Letter to Mr. Abramowitz from Ms. Alter dated March 5, 2004 |
| P-57 | JS000767 – JS000802 | Ms. Hannaway's Amended Statement of Proposed Disposition in New York Case – March 28, 2004 |
| P-58 | JS000515 – JS000766 | Defendant's Statement of Proposed Disposition in New York case |
| P-59 | | New York Stipulation of Settlement – August 4, 2004 |
| P-60 | JS000508 – JS000514 | Order from New York Court Denying Motion for Partial Summary Judgment dated |
| P-61 | N/A | Expert Report by John R. Johnson of BST Valuation and Litigation Advisors, LLC regarding enhanced earnings capacity and celebrity status of Plaintiff in New York Case |
| P-62 | N/A | Defendant Rita Bank's Answers to Plaintiff's First Set |

| | | of Interrogatories |
|---|---|---|
| P-63 | N/A | Defendant's Responses to Plaintiff's Request for Admissions |
| P-64 | N/A | Defendant Bank's deposition transcript and exhibits - *in Defendant Bank's possession, not attached. |
| | GL062 – GL063 | Curriculum Vitae of Glenn C. Lewis, Esquire |
| P-65 | GL048 – GL051 | Expert Report from Glenn C. Lewis, Esquire |
| P-66 | MW050 – MW055 | Curriculum Vitae for Marcy L. Wachtel, Esquire |
| P-67 | MW033-MW035 | Expert Report from Marcy L. Wachtel, Esquire |
| P-68 | JS000376 – JS000425 | Curriculum Vitae of Joseph E. Stiglitz |
| P-69 | N/A | Copies of Checks relating to Plaintiff's payment of World Bank Pension to Jane Hannaway (See Check Numbers. 4309, 4321, 4236, 4325, 4892, 4402, 3881, and 4154). |
| P-70 | N/A | Life Expectancy Calculator |
| P-71 | N/A | Period Life Table – Actuarial Life Table |
| P-72 | N/A | National Vital Statistics Report United States Life Tables, 2006 |
| P-73 | N/A | National Vital Statistics Report United States Life Tables, 2004 |
| P-74 | N/A | United States Department of Labor – Consumer Price Index – All Urban Consumers |
| P-75 | JES0015926 – JES0015936 | T-Bill Rates (June 2001 – January 2009) |
| P-76 | N/A | United States Department of Treasury – Daily Treasury Yield Curve Rates (2000-2011) |
| P-77 | N/A | S & P Total Return Index - SPTR |
| P-78 | RB1269 – RB1299; RB1300 – RB1341; RB1342 – RB1381; RB5259 – RB5284 | Plaintiff's tax returns and other financial statements for tax years 1998-2008 |
| P-79 | JES0015569A – JES0015922; JES0015923-JES0016199; 006816-006822; 0005535; RB0929-0985 | Royalty Statements from W.W. Norton & Company, Inc. |
| P-80 | RB0302 – RB0375 | Invoices from Defendant Bank to Plaintiff |
| P-81 | AA1081 – AA1193 | Invoices from Sheresky, Aronson & Mayefsky, LLP |

| P-82 | JS000469 – JS000472 | A/R Transaction Listing from Sheresky, Aronson & Mayefsky, LLP dated April 21, 2004 |
|---|---|---|
| P-83 | AA4497 – AA4510 | Invoices from Kasowitz, Benson, Torres & Friedman, LLP |
| P-84 | N/A | Vanguard Account Statement No. 200420000 dated June 30, 2004 |
| P-85 | N/A | The World Bank Group Annual Pension Payroll Statement Reflecting Payments for the period of January 2010 to December 2010 |
| P-86 | N/A | The World Bank Group – Pension Payroll Statement – Payments for the period of September 2002 to January 2011 |
| P-87 | N/A | Invoice No. 13730 from Klein, Lipton, Liebman & Gresen, LLC dated March 9, 2004 in the amount of $28,511.50; Invoice No. 13760 from Klein, Lipton, Liebman & Gresen, LLC dated April 1, 2004 in the amount of $13,677.00 |
| P-88 | N/A | Invoice No. 0401-35 from Cambridge Finance Partners, LLC dated February 10, 2004 in the amount of $61,051.94 and Invoice No. 0403-35 from Cambridge Finance Partners, LLC dated April 12, 2004 in the amount of $87,691.63 |
| P-89 | N/A | Invoice No. 2707600 from Kroll dated April 1, 2003 in the amount of $225.00; Invoice No. 2707675 from Kroll dated May 1, 2003 in the amount of $131.75; Invoice No. 2707847 from Kroll dated July 1, 2003 in the amount of $7,941.00; Invoice No. 2707930 from Kroll dated August 1, 2003 in the amount of $5,855.00; Invoice No. 2708000 from Kroll dated September 1, 2003 in the amount of $1,720.00; Invoice No. 2708085 from Kroll dated October 1, 2003 in the amount of $14,322.10; Invoice No. 2708202 from Kroll dated November 24, 2003 in the amount of $4,626.60; Invoice No. 2708270 from Kroll dated December 9, 2003 in the amount of $11,737.91; Invoice No. 2708484 from Kroll dated February 10, 2004 in the amount of $2,268.00; Invoice No. 2708578 from Kroll dated March 10, 2004 in the amount of $3,356.78; and Stiglitz v. Hannaway 6993-0014 |
| P-90 | JS000972-978; JS001002-1030; JS001036-1137; JS001157-1192; JS001205-1259; JS001270-1336; JS001341- | Invitations to speak and/or lecture in the period of 2002-2004 |

6

| | | |
|---|---|---|
| | JS001360; JS001365-1475; JS001480-1481; JS001486-1493; JS001498-1504; JS15235-15269; JS15296-15342; JS15374-15376; JS15386-JS15449; JS15473-15482; JS15488-15491; JS15500-15516; JS1552-15565 | |
| P-91 | N/A | Plaintiff's damages demonstration |
| P-92 | N/A | Retainer between Jane Hannaway and Kasowitz, Benson, Torres & Friedman, LLP |
| P-93 | N/A | Memorandum of Understanding |
| P-94 | N/A | Realnetworks documentation |
| P-95 | N/A | Emails between Jane Hannaway and Plaintiff from September 8, 2002 to September 23, 2002 |
| P-96 | RB2215-2220 | Barclay's Account Information |
| P-97 | RB5825 | E-mail from Plaintiff to Ms. Siegel dated May 24, 2002 |
| | | *All exhibits identified by Defendant |
| | | *All documents produced and/or identified in discovery |
| | | *All documents produced and/or identified by Defendant |
| | | |

DESIGNATION FOR DEPOSITION OF
RITA M. BANK TAKEN APRIL20, 2006

| PAGE | LINE |
|------|------|
| 12 | 8-21 |
| 13 | 1-21 |
| 23 | 11-21 |
| 24 | 1-21 |
| 25 | 1-21 |
| 26 | 1-4 |
| 27 | 1 |
| 28 | 121 |
| 29 | 1-21 |
| 30 | 1-21 |
| 31 | 1-9 |
| 34 | 7-21 |
| 35 | 1-8 |
| 36 | 16-21 |
| 37 | 1-14 |
| 41 | 7-21 |
| 42 | 1-21 |
| 43 | 1-18 |
| 45 | 9-21 |
| 46 | 1-21 |



PLAINTIFF'S
EXHIBIT

B

| | |
|---|---|
| 47 | 1-4 |
| 47 | 15-21 |
| 48 | 1-21 |
| 49 | 1-21 |
| 50 | 1-21 |
| 51 | 1-21 |
| 52 | 1-21 |
| 53 | 1-21 |
| 54 | 1-21 |
| 55 | 1-21 |
| 56 | 1-21 |
| 57 | 1-21 |
| 58 | 1-21 |
| 59 | 1-21 |
| 60 | 1-21 |
| 61 | 1-21 |
| 62 | 1-21 |
| 63 | 1-3 |
| 63 | 13-21 |
| 64 | 1-21 |
| 65 | 1-21 |
| 66 | 1-21 |
| 67 | 1-21 |

| | |
|---|---|
| 68 | 1-21 |
| 69 | 1-15 |
| 84 | 9-21 |
| 85 | 1-21 |
| 86 | 1-21 |
| 87 | 1-21 |
| 88 | 1-18 |
| 91 | 17-21 |
| 92 | 1-21 |
| 93 | 8-16 |
| 94 | 14-21 |
| 95 | 1-21 |
| 96 | 1-21 |
| 97 | 1-21 |
| 98 | 1-21 |
| 99 | 1-21 |
| 100 | 1-15 |
| 101 | 10-21 |
| 102 | 1-21 |
| 103 | 1-8 |
| 104 | 4-21 |
| 105 | 1-21 |
| 106 | 1-13 |

| | |
|---|---|
| 117 | 13-21 |
| 118 | 1-21 |
| 119 | 1-21 |
| 120 | 1-21 |
| 121 | 1-21 |
| 122 | 1-16 |
| 125 | 3-21 |
| 126 | 1-8 |
| 129 | 1-21 |
| 130 | 1-21 |
| 131 | 1-21 |
| 132 | 1-2` |
| 133 | 1-20 |
| 134 | 13-21 |
| 135 | 1-21 |
| 136 | 1-21 |
| 137 | 1-21 |
| 138 | 16-21 |
| 139 | 1-21 |
| 140 | 1-21 |
| 141 | 3-21 |
| 142 | 1-21 |
| 143 | 1-21 |

| | |
|---|---|
| 144 | 1-5 |
| 144 | 18-21 |
| 145 | 1-21 |
| 146 | 1-21 |
| 147 | 1-16 |
| 148 | 8-21 |
| 149 | 1-21 |
| 150 | 1-6 |
| 151 | 13-21 |
| 152 | 1-3 |
| 159 | 6-21 |
| 160 | 1-19 |
| 163 | 6-21 |
| 164 | 1-21 |
| 165 | 1-5 |
| 169 | 14-21 |
| 170 | 1-13 |
| 171 | 17-21 |
| 172 | 1-19 |
| 173 | 13-21 |
| 174 | 1-21 |
| 175 | 1-21 |
| 176 | 1-21 |

| | |
|---|---|
| 177 | 1-21 |
| 178 | 1-21 |
| 179 | 1-21 |
| 189 | 20-21 |
| 190 | 1-21 |
| 191 | 1-9 |
| 193 | 19-21 |
| 194 | 1-13 |
| 199 | 7-21 |
| 200 | 1-21 |
| 201 | 1-21 |
| 202 | 1-15 |
| 203 | 1-21 |
| 204 | 1-21 |
| 205 | 1 |
| 207 | 15 - 21 |
| 208 | 1-21 |
| 209 | 1-21 |
| 210 | 1-21 |
| 211 | 1-21 |
| 212 | 1-21 |
| 213 | 1-21 |
| 214 | 1-21 |

| | |
|---|---|
| 215 | 1-21 |
| 216 | 1 |
| 217 | 14-21 |
| 218 | 1-21 |
| 219 | 1-21 |
| 220 | 1-21 |
| 221 | 1-13 |
| 222 | 18-21 |
| 223 | 1-21 |
| 224 | 1-31 |
| 225 | 1-21 |
| 226 | 1-21 |
| 227 | 1-21 |
| 228 | 1-21 |
| 229 | 1-11 |

Deposition of Rita M. Bank
Taken on August 17, 2006

| Page Number | Lines |
|---|---|
| 255 | 3 thru 9 |
| 255 | 16- 21 |
| 256 | 1 - 21 |
| 257 | 1-21 |
| 258 | 1 |
| 258 | 9 - 21 |
| 259 | 1-19 |
| 261 | 7 - 21 |
| 262 | 1-12 |
| 267 | 12-21 |
| 268 | 1-16 |
| 272 | 12 - 21 |
| 273 | 1-21 |
| 274 | 1-21 |
| 275 | 1-9 |
| 276 | 8-21 |
| 277 | 1-21 |
| 282 | 1-21 |
| 283 | 1-17 |
| 300 | 7-21 |

| | |
|---|---|
| 300 | 1-3 |
| 305 | 5-21 |
| 306 | 1-15 |
| 307 | 8-21 |
| 308 | 1-21 |
| 309 | 1-15 |
| 315 | 5-21 |
| 316 | 1 - 21 |
| 317 | 1-21 |
| 318 | 1-19 |
| 319 | 16- 21 |
| 320 | 1-21 |
| 327 | 2-17 |
| 328 | 1-21 |
| 329 | 1-19 |
| 330 | 1-16 |
| 331 | 2-14 |
| 333 | 4-20 |
| 334 | 4 - 16 |
| 335 | 6 - 21 |
| 336 | 1-21 |
| 337 | 1-21 |
| 338 | 1-3 |

| | |
|---|---|
| 339 | 10-21 |
| 340 | 1-15 |
| 343 | 14-21 |
| 344 | 1-21 |
| 345 | 1-21 |
| 346 | 1 |
| 347 | 3-18 |
| 348 | 9-21 |
| 349 | 1-21 |
| 350 | 1-21 |
| 351 | 1-8 |
| 352 | 1-16 |
| 353 | 6-21 |
| 354 | 1-5 |
| 354 | 15-21 |
| 355 | 1-9 |
| 355 | 21 |
| 356 | 1-12 |
| 358 | 1-21 |
| 359 | 1-2 |
| 359 | 12-21 |
| 360 | 1-21 |
| 361 | 1-21 |

| 362 | 1-21 |
| 363 | 1-21 |
| 364 | 1-7 |