**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JOSEPH E. STIGLITZ,**

**Plaintiff,**

**v.**

**RITA M. BANK,**

**Defendant.**

**Civil Action No. 05-1826 RJL**

## PLAINTIFF JOSEPH E. STIGLITZ PROPOSED VOIR DIRE

Plaintiff, Joseph E. Stiglitz, by and through his undersigned counsel, requests that this Honorable Court inform the jury panel of the nature of this case, including the claims of the respective parties. Thereafter, Plaintiff requests an individual voir dire inquiry be made as to whether they could render a fair and impartial verdict as to all the parties to the litigation. In the event that any prospective juror answers affirmatively to any of the following questions, it is then requested that the Court make the following inquiry of each prospective juror separately: Would such a relationship, knowledge or information prevent you from rendering a fair and impartial verdict according to the evidence and the instructions of this Court?

1. Are any of the prospective members of the jury panel or any members of their immediate family related to or have had any business or social relationship, either past or present, with the parties to this case or their counsel? (Please introduce same)

Plaintiff: Joseph E. Stiglitz

Counsel for Plaintiff:

David G. Whitworth, Jr.
Wes P. Henderson
Whitworth Smith LLC
2101 Defense Highway
Crofton, Maryland 21114

Linda M. Hamilton
1300 Mercantile Lane
Suite 149
Largo, Maryland 20774

Defendant: Rita M. Bank

Counsel for Defendant: Richard A. Simpson
Mary E. Borja
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006

2. Have any of the prospective jurors or members of their immediate family ever made a claim, filed a lawsuit, instituted an action or been sued for damages?

3. Do any of the prospective jurors, or any members of their immediate family or close friends or acquaintances, work as an attorney, legal secretary, paralegal, or are otherwise employed in the legal profession, including employment with any Court system, or at any time been a student at a school of law?

4. Has any member of the prospective jury panel or members of their immediate family or close friends or acquaintances ever been involved in a claim or lawsuit, either as a plaintiff or defendant, complaining witness, or a witness in court, related in any way to a professional malpractice suit?

5. Do you or any relative or close friend know or have a personal acquaintance with any of the following persons who might be called to testify as witnesses or whose names might be mentioned in this matter:

**a. <u>Alton Abramowitz</u>**
Address: Mayerson Stutman Abramowitz Royer
292 Madison Avenue
New York, NY 10019

**b. <u>Sanford K. Ain</u>**
Address: Ain & Bank
1900 M Street, NW, Suite 600
Washington, DC 20036

**c. <u>Eleanor Alter</u>**
Address: 1633 Broadway
New York, NY 10019

d. **Robert Aucone**

Address: 10079 Briargrove Way
Highlands Ranch, Colorado 80126

e. **Michael I. Cragg**

Address: Cambridge Finance Partners, LLC
955 Massachusetts Avenue
Cambridge, Massachusetts 02139

f. **Darryl A. Feldman**

Address: Ain & Bank
1900 M Street, NW
Suite 600
Washington, DC 20036

g. **Jane Hannaway**

Address: Ordway Street, NW
Washington, DC 20016

h. **John R. Johnson**

Address: Managing Partner
BST Valuation & Litigation Advisors, LLC
1285 Avenue of the Americas, 35th Floor
New York, NY 10019

i. **Armin Kuder**

Address: Kuder, Smollar & Friedman, P.C.
1925 K Street, NW
Suite 200
Washington, DC 20006

j. **Glenn C. Lewis**

Address: The Lewis Law Firm PC
805 15th Street, NW
Suite 200
Washington, DC 20005

k. **Catherine Ross**

Address: The George Washington University Law School
Stuart Hall
2013 G Street, NW
Suite 419
Washington, DC 20052

l. **Anva R. Schiffrin**

Address: 98 Street & Riverside Drive
New York, NY 10025

    m. **Sharon R. Siegel**
Address: Ain & Bank
1900 M. Street, NW
Suite 600
Washington, DC 20036

n. **Marcy L. Wachtel**
Address: Katsky Korins LLP
605 Third Avenue
16th Floor
New York, NY 10158

6. Has any member of the jury panel ever been divorced or currently going through a divorce?

7. Has any family member of a jury panel member ever been divorced or currently going through divorce?

8. Does any prospective member of the jury panel have a problem hearing or difficulty understanding the English language?

9. Is there any prospective member of the jury panel who has any physical problems that you believe may affect your ability to see, hear or understand the testimony if you are selected as a juror?

10. Has any prospective member of the jury panel, or a member of their immediate family or close friend or acquaintance, ever had an experience with courts, lawyers, or judges which you feel would make it difficult for you to be a fair and impartial juror?

11. Is there any prospective member of the jury panel who knows of any other fact or circumstance which would make it difficult for him or her to sit as an impartial juror in this case and render a verdict in accordance with the evidence and the law as provided by the Court?

12. Is there any prospective member of the jury panel who for any other reason may not be able to be a juror on a case such as this and decide the case fairly and impartially?

13. Is there any prospective member of the jury panel who, for any reason

whatsoever, would prefer not to sit on this jury? (Inquiries are requested to be made at the Bench).

Respectfully submitted,

/s/ David G. Whitworth, Jr.
David G. Whitworth, Jr. - DC Bar #224139
Wes P. Henderson – DC Bar #502935
Whitworth Smith LLC
2101 Defense Highway
Crofton, Maryland 21114
Phone: 410-721-7169
Fax: 301-261-0114
DWhitworth@wslegalmal.com
wph@hendersonlawllc.com

/s/ Linda M. Hamilton
Linda M. Hamilton - DC Bar #336446
1300 Mercantile Lane
Suite 149
Largo, Maryland 20774
(301) 925-7833
PGLAWI@aol.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proposed Voir Dire of Plaintiff Joseph E. Stiglitz was filed electronically with this Court on April 15, 2011, and I that, on April 15, 2011, I mailed a copy of the foregoing document by first-class mail, postage prepared, to: Richard A. Simpson, WILEY REIN , LLP, 1776 K Street, N.W., Washington, DC 20006.

/s/ David G. Whitworth, Jr.
David G. Whitworth, Jr.
*Attorney for Plaintiff*