## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPH E. STIGLITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1826 RJL |
| | ) | |
| RITA M. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RITA M. BANK'S PROPOSED VOIR DIRE QUESTIONS**

Defendant, Rita M. Bank ("Bank"), by and through the undersigned counsel, respectfully submits the following voir dire questions for use in the trial of this case:

**Demographic Information**

1. How old are you?

2. What is your marital status?

   (a) Have you ever been divorced?

       (i) How many times?

       (ii) Where did the divorce proceeding(s) happen?

   (b) Do you have children?

   (c) Who resides in your household?

3. What is your current home address?

   (a) How long have you lived at your current address?

4. From what source do you get your daily news?

**Educational Background**

5. What is the highest level of education that you completed?

    (a) If you attended college, trade, or vocational school after high school, what school did you attend?

    (b) What were your major areas of study and what degrees or certificates did you earn?

**Employment/Civic Activities**

6. Are you currently employed?

    (a) If you are currently employed, please state the name of your employer, how long you have worked for this employer, your position or job title.

    (b) If you are not currently employed, please state whether you are a homemaker, a student, unable to work because of disability or some other reason, unemployed, laid off, retired, own your own business, or are self-employed.

7. Please describe the most recent employment of any other adults who live in your household.

**Experience with the Law and Courts**

8. Have you ever had any special training or experience with the law?

9. What sort of familiarity do you have with the law in order to perform your job?

10. Have you or any of your family members or any of your close friends ever worked in any profession connected with the law, the court system, or the legal system?

11. Have you ever taken any courses or done any reading which had anything to do with the law and how it is applied in daily life, or any particular profession?

12. Have you, any immediate family member, or any close friend ever been involved in litigation, controversy, or dispute involving a law firm?

    (a) What was the nature of the dispute and how was it resolved?

13. Have you ever served as a trial juror in a case?

    (a) What was the trial about?

    (b) What was the result of that trial?

    (c) Did anything happen in that trial that would prevent you from judging the merits of this case fairly and impartially?

    **Questions Related to This Case**

14. This case concerns claims of legal malpractice. The plaintiff in this case hired the defendant to represent him in his divorce from his wife. The plaintiff now alleges that the defendant committed various negligent acts in connection with her representation of the plaintiff as his divorce attorney.

    (a) Have you read or heard anything about this case from any source whatsoever?

    (b) Based on this description of the case, have you formed an impression or opinion as to the merits of the case?

    (c) If so, what?

15. The plaintiff in this case is Joseph E. Stiglitz. Do you know or have you ever heard of the plaintiff?

16. The defendant in this case is Rita M. Bank. Do you know or have you ever heard of the defendant?

17. Do you know or have you ever been represented by the plaintiff's attorneys, David G. Whitworth, Wes P. Henderson, or Linda M. Hamilton, or their law firms Whitworth Smith LLC, Henderson Law, LLC, or the Offices of Linda M. Hamilton?

18. Do you know or have you ever been represented by the defendant's attorneys, Richard A. Simpson and Mary E. Borja, or their law firm Wiley Rein, LLP?

19. Do you know any of the following witnesses who may be called in this case?

    Glenn C. Lewis

    Marcy L. Wachtel

    Alton L. Abramowitz

    Eleanor Alter

    Robert ("Bob") Aucone

    Jane Hannaway

    Armin U. ("Rick") Kuder

    Catherine Ross

    Sharon R. Siegel

    Sanford K. ("Sandy") Ain

    Darryl A. Feldman

    Anya R. Shiffrin

20. Have you or has any member of your immediate family ever asserted claims against a law firm or lawyer in connection with their representation of you or your family?

21. The plaintiff in this case is an economist, and he has been awarded the Nobel Prize for his work. Do you have any reason to believe that prize-winning economists are any more credible than any other witnesses?

22. Do you understand that the mere fact that the plaintiff is asking for damages in this case does not mean that he is entitled to damages in any particular amount or to any damages at all against the defendant?

23. Like any dispute, there are two sides to this one.  Here the plaintiff will present his case first.  Can all of you keep an open mind until the defendant has an opportunity to present her case, and you have heard all of the evidence and been instructed on the law by the court at the end of the case?

24. Just because the defendant was sued does not mean that she did anything wrong.  If the evidence is such that the plaintiff does not prove his case, would you have any difficulty returning a verdict for the defendants, with no compensation to the plaintiff?

25. This trial is expected to take six trial days.  Are you unable to serve on this jury, if the trial takes this length of time?

26. Do you suffer from any illness or disability that would preclude you from sitting as a juror in this case and rendering a fair and impartial verdict based solely on the evidence and instructions of this court?

Respectfully submitted,

　　　/s/ Richard A. Simpson　　　
Richard A. Simpson, D.C. Bar No. 411893
Mary E. Borja, D.C. Bar No. 442462
WILEY REIN, LLP
1776 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 719-7000
Fax: (202) 719-7049
Email:  rsimpson@wileyrein.com
　　　　　mborja@wileyrein.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that April 15, 2011 a copy of the foregoing was served electronically through the United States District Court for the District of Columbia's ECF system upon the following:

David G. Whitworth, Esq. (dwhitworth@wslegalmal.com)
Wes P. Henderson, Esq. (wph@hendersonlawllc.com)
WHITWORTH SMITH LLC
2101 Defense Highway
Crofton, MD  21114-2401
Phone: (301) 261-0035

Linda M. Hamilton (pglawi@aol.com)
LAW OFFICES OF LINDA M. HAMILTON
1300 Mercantile Lane
Suite 149
Largo, MD 20774
Phone: (301) 925-7833
Fax: (301) 925-8368

          /s/ Richard A. Simpson
Richard A. Simpson
*Attorney for Defendant*