**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOSEPH E. STIGLITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1826 RJL |
| | ) | |
| RITA M. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION IN LIMINE TO REAFFIRM THE COURT'S ORDER PRECLUDING PLAINTIFF'S PURPORTED EVIDENCE OF "LOST OPPORTUNITY" DAMAGES

Defendant Rita M. Bank ("Bank") respectfully moves this Court to reaffirm its prior Order precluding Plaintiff Joseph E. Stiglitz ("Stiglitz") from presenting evidence on his damages claim regarding "lost opportunity" costs. Filed with this motion, and incorporated by reference herein, is Bank's Memorandum of Law in Support of Defendant's Motion in Limine to Reaffirm the Court's Order Precluding Plaintiff's Purported Evidence of "Lost Opportunity" Damages.

As more fully set forth in Bank's memorandum of law, on January 19, 2010, Bank moved to preclude Stiglitz from offering evidence of damages, including evidence of his entirely speculative "lost opportunity" damages claim. (Docket No. 46). By Order of August 25, 2010, this Court granted Bank's motion. Docket, Minute Order of August 25, 2010. Stiglitz moved for reconsideration of the Court's Order, which the Court denied. Docket, Minute Order of September 28, 2010.

Notwithstanding the Court's earlier orders, in the Amended Pretrial Statement of Plaintiff Joseph E. Stiglitz (Docket No. 74), Stiglitz again seeks to introduce the very same evidence that the Court previously precluded regarding his claimed lost opportunity damages.  Nothing has changed that would support the Court's reconsideration of its earlier ruling.  For the reasons set forth in Bank's initial motion to preclude Stiglitz's purported damages evidence and as set forth herein, Stiglitz's claim for lost opportunity damages is improper, unsupported, and entirely speculative.

Consistent with L.R. 7(m), this motion was discussed in person during the Pretrial Conference with the Court on April 21, 2011, and is being filed pursuant to the Court's April 21, 2001 Order.

A proposed Order is being filed concurrently with this Motion.

Respectfully submitted,

  /s/ Richard A. Simpson
Richard A. Simpson, D.C. Bar No. 411893
Mary E. Borja, D.C. Bar No. 442462
Kimberly A. Ashmore, D.C. Bar No. 974326
WILEY REIN, LLP
1776 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 719-7000
Fax: (202) 719-7049
Email:  rsimpson@wileyrein.com
   mborja@wileyrein.com
   kashmore@wileyrein.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2011 a copy of the foregoing DEFENDANT'S MOTION IN LIMINE TO REAFFIRM THE COURT'S ORDER PRECLUDING PLAINTIFF'S PURPORTED EVIDENCE OF "LOST OPPORTUNITY" DAMAGES was filed electronically with the Court through the Court's Electronic Filing System, which will send notification of such filing to the following:

David G. Whitworth
WHITWORTH SMITH LLC
2101 Defense Highway
Crofton, MD 21114-2401
Phone: (301) 261-0035
Fax: (301) 251-0114
Email: dwhitworth@wslegalmal.com

Linda M. Hamilton
LAW OFFICES OF LINDA M. HAMILTON
1300 Mercantile Lane
Suite 149
Largo, MD 20774
Phone: (301) 925-7833
Fax: (301) 925-8368
Email: pglawi@aol.com

Wes Patrick Henderson
HENDERSON LAW, LLC
1153 Maryland State Route 3N
Suite 46
Gambrills, MD 21054
(410) 215-1728
Email: wph@hendersonlawllc.com

                                                         s/ Richard A. Simpson
                                                         Richard A. Simpson
                                                         *Attorney for Defendant*