IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH E. STIGLITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1826 RJL |
| | ) | |
| RITA M. BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL AND
AMENDED PROPOSED JURY INSTRUCTIONS**

Defendant Rita M. Bank, by counsel, previously submitted Defendant's Proposed Jury Instructions (Docket No. 72). Bank hereby submits the following supplemental and amended proposed jury instructions in light of the Court's rulings on motions in limine. Specifically, Bank withdraws Proposed Instructions Nos. 36-39 as set forth in Defendant's Proposed Jury Instructions (Docket No. 72). Moreover, in addition to the remaining proposed jury instructions included in Defendant's Proposed Jury Instructions (Docket No. 72), Bank submits the additional Supplemental and Amended Proposed Jury Instructions, copies of which are attached below.

## DAMAGES LIMITED TO INCREASED LEGAL FEES AND EXPENSES

The only damages that Stiglitz claims as a result of Bank's alleged breach of the standard of care are legal fees and expenses he paid in New York that he says he would not have incurred if the matter had proceeded in the District of Columbia. Stiglitz has not presented evidence of any other damages, and you may not award any damages other than increased legal fees and expenses.

To establish the amount of increased legal fees and expenses, if any, Stiglitz must prove the actual amount of legal fees and expenses that he paid in New York, and the amount of legal fees and expenses he would have incurred if the divorce action had been conducted in the District of Columbia.[1]

Any damages award must reflect not all fees and expenses Stiglitz paid in New York, but only the difference, if any, between the actual fees and expenses Stiglitz paid in New York and the amount that he would have paid if the matter had been conducted in the District of Columbia.

---

[1] 3 Mallen & Smith, § 21:4, at 15-18; *id.*, § 21:6, at 23-27; *see also Chase v. Gilbert,* 499 A.2d 1203, 1212 (D.C. 1985); *Shimer v. Foaley, Hoag & Eliot LLP*, 795 N.E.2d 599 (Mass. Ct. App. 2003).

-3-

## VERDICT FOR DEFENDANT – CONTRIBUTORY NEGLIGENCE AS BAR
## [*CONDITIONALLY OFFERED*[2]]

If you find (1) that Bank did not breach the standard of care as an attorney; or (2) that Bank breached the standard of care as an attorney but that that breach was not a proximate cause of any injury or damage sustained by Stiglitz, or (3) that some contributory negligence by Stiglitz proximately contributed to help cause the injury or damage of which Stiglitz complains, then your verdict should be for Bank.[3]

---

[2] This proposed jury instruction is conditionally offered to the extent the Court does not give the jury a special verdict form that includes a specific interrogatory regarding contributory negligence.

[3] Fed. Jury Practice & Instructions (5th ed. 2000), § 120.85 (modified).

Dated: July 10, 2011					Respectfully submitted,

					_s/ Richard A. Simpson_
					Richard A. Simpson (D.C. Bar No. 411893)
					Mary E. Borja (D.C. Bar No. 442462)
					Kimberly Ashmore (D.C. Bar No. 974326)
					WILEY REIN, LLP
					1776 K Street, N.W.
					Washington, D.C.  20006
					Phone: (202) 719-7000
					Fax: (202) 719-7049
					Email: rsimpson@wileyrein.com
					           mborja@wileyrein.com
					           kashmore@wileyrein.com

					*Attorneys for Defendant*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2011 a copy of the foregoing Supplemental and Amended Proposed Jury Instructions of Defendant Rita M. Bank was filed electronically with the Court through the Court's Electronic Filing System, which will send notification of such filing to the following:

David G. Whitworth
WHITWORTH SMITH LLC
2101 Defense Highway
Crofton, MD 21114-2401
Phone: (301) 261-0035
Fax: (301) 251-0114
Email: dwhitworth@wslegalmal.com

Linda M. Hamilton
LAW OFFICES OF LINDA M. HAMILTON
1300 Mercantile Lane
Suite 149
Largo, MD 20774
Phone: (301) 925-7833
Fax: (301) 925-8368
Email: pglawi@aol.com

Wes Patrick Henderson
HENDERSON LAW, LLC
1153 Maryland State Route 3N
Suite 46
Gambrills, MD 21054
(410) 215-1728
Email: wph@hendersonlawllc.com

                                                    s/ Richard A. Simpson
                                                    Richard A. Simpson
                                                    Attorney for Defendant