# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH E. STIGLITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1826 RJL |
| ) | |
| RITA M. BANK, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

Defendant Rita M. Bank, by counsel, hereby submits the following Proposed Special Verdict Form.

## Special Verdict Form

1. Did Plaintiff Joseph E. Stiglitz prove, by a preponderance of the evidence, that Defendant, Rita M. Bank, violated the professional standard of care in her representation of Dr. Stiglitz?

YES _____     NO     _____

**If your answer is NO, please do not answer any further questions and please return this form to Mr. Cockrell.  If your answer is YES, please continue to Question 2.**

2. Did Dr. Stiglitz prove, by a preponderance of the evidence, that Ms. Bank's violation of the professional standard of care was a proximate cause of damages to Dr. Stiglitz?

YES _____     NO     _____

**If your answer is NO, please do not answer any further questions and please return this form to Mr. Cockrell.  If your answer is YES, please continue to Questions 3 and 4.**

3. What amount of damages did Dr. Stiglitz prove, by a preponderance of the evidence, were proximately caused by Ms. Bank's breach of the professional standard of care?

$_____

4. Did Ms. Bank prove, by a preponderance of the evidence, that Dr. Stiglitz's own negligence was also a proximate cause of the damages for which Dr. Stiglitz seeks recovery?

YES _____     NO     _____

Dated: July 10, 2011

Respectfully submitted,

  s/ Richard A. Simpson
Richard A. Simpson (D.C. Bar No. 411893)
Mary E. Borja (D.C. Bar No. 442462)
Kimberly Ashmore (D.C. Bar No. 974326)
WILEY REIN, LLP
1776 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 719-7000
Fax: (202) 719-7049
Email: rsimpson@wileyrein.com
   mborja@wileyrein.com
   kashmore@wileyrein.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2011 a copy of the foregoing Supplemental and Amended Proposed Jury Instructions of Defendant Rita M. Bank was filed electronically with the Court through the Court's Electronic Filing System, which will send notification of such filing to the following:

David G. Whitworth
WHITWORTH SMITH LLC
2101 Defense Highway
Crofton, MD 21114-2401
Phone: (301) 261-0035
Fax: (301) 251-0114
Email: dwhitworth@wslegalmal.com

Linda M. Hamilton
LAW OFFICES OF LINDA M. HAMILTON
1300 Mercantile Lane
Suite 149
Largo, MD 20774
Phone: (301) 925-7833
Fax: (301) 925-8368
Email: pglawi@aol.com

Wes Patrick Henderson
HENDERSON LAW, LLC
1153 Maryland State Route 3N
Suite 46
Gambrills, MD 21054
(410) 215-1728
Email: wph@hendersonlawllc.com

                                                s/ Richard A. Simpson
                                                Richard A. Simpson
                                                Attorney for Defendant