IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH E. STIGLITZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1826 RJL |
| RITA M. BANK, | ) |
| Defendant. | ) |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION
FOR ENTRY OF FINAL JUDGMENT**

Defendant Rita M. Bank files this memorandum in support of her Motion For Entry of Final Judgment. Pursuant to Fed. R. Civ. P. 58(b)(1):

> Subject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when:
>
> (A) the jury returns a general verdict;
>
> (B) the court awards only costs or a sum certain; or
>
> (C) the court denies all relief.

Fed. R. Civ. P. 58(b)(1). After trial in this action, the jury found in favor of Defendant, and a jury verdict was entered on July 13, 2011. *See* Dkt. No. 109. Accordingly, judgment should now be entered.

1

2

Defendant therefore respectfully requests that the Court grant this motion for entry of final judgment. A copy of the proposed judgment is filed herewith.

Dated: August 12, 2011                                  Respectfully submitted,

         /s/ Richard A. Simpson
Richard A. Simpson, D.C. Bar No. 411893
Mary E. Borja, D.C. Bar No. 442462
Kimberly A. Ashmore, D.C. Bar No. 74326
WILEY REIN, LLP
1776 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 719-7000
Fax: (202) 719-7049
Email:  rsimpson@wileyrein.com
       mborja@wileyrein.com
       kashmore@wileyrein.com

*Attorneys for Defendant*

13334599.1